# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** AIDS Vaccine Advocacy Coalition, et al.

v.

Department of State, et al.

**Case No:** 25-5098

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

AIDS Vaccine Advocacy Coalition

Journalism Development Network, Inc.

### Counsel Information

**Lead Counsel:** Lauren E. Bateman
**Direct Phone:** (202) 588-7739  Fax: ( )   **Email:** lbateman@citizen.org

**2nd Counsel:** Allison M. Zieve
**Direct Phone:** (202) 588-7723  Fax: ( )   **Email:** azieve@citizen.org

**3rd Counsel:** Nicolas A. Sansone
**Direct Phone:** (202) 588-7714  Fax: ( )   **Email:** nsansone@citizen.org

**Firm Name:** Public Citizen Litigation Group
**Firm Address:** 1600 20th St NW Washington, DC 20009
**Firm Phone:** (202) 588-1000  Fax: ( )   **Email:** pclg@citizen.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)