# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Global Health Council, et al.,

v.

Donald J. Trump, et al.

**Case No:** 25-5097

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☒ Gov't counsel for the ☒ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

- Office of Management and Budget
- Donald J. Trump
- U.S. Department of State
- Peter Marocco
- Marco Rubio
- U.S. Agency for International Development
- Russell T. Vought

### Counsel Information

**Lead Counsel:** Daniel Tenny
**Direct Phone:** (202) 514-1838  **Fax:** ( ) -  **Email:** daniel.tenny@usdoj.gov

**2nd Counsel:** Sean R. Janda
**Direct Phone:** (202) 514-3388  **Fax:** ( ) -  **Email:** sean.r.janda@usdoj.gov

**3rd Counsel:** Brian J. Springer
**Direct Phone:** (202) 616-5446  **Fax:** ( ) -  **Email:** brian.j.springer@usdoj.gov

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff
**Firm Address:** 950 Pennsylvania Avenue NW; Washington, DC 20530
**Firm Phone:** ( ) -  **Fax:** ( ) -  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)