# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5097, 25-5098     2. DATE DOCKETED: 04-02-2025

3. CASE NAME (lead parties only) Global Health Council    v. Trump

4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ○ Yes ⦿ No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
   Civil Action 25-cv-400, 25-cv-402    Bankruptcy _____    Tax _____
   Criminal _____    Adversary _____
   Miscellaneous _____    Ancillary _____

   b. Review is sought of:
   ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
   Judge Amir H. Ali _____    Magistrate Judge _____

   d. Date of order(s) appealed (use date docketed): 03-10-2025    e. Date notice of appeal filed: 04-02-2025

   f. Has any other notice of appeal been filed in this case? ⦿ Yes ○ No   If YES, date filed: 02-25-2025

   g. Are any motions currently pending in trial court? ○ Yes ⦿ No   If YES, date filed: _____
   If YES, identify motion _____

   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ⦿ Yes ○ No
   If NO, why not? _____

   i. Has this case been before the Court under another appeal number? ⦿ Yes   Appeal # 25-5046, -5047   ○ No

   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
   ○ Yes ⦿ No If YES, give each case's court and case name, and docket number:
   _____

   k. Does this case turn on validity or correct interpretation or application of a statute? ⦿ Yes ○ No
   If YES, give popular name and citation of statute Impoundment Control Act, 2 U.S.C. 681 et seq., and others

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ⦿ No   If so, provide program name and participation dates

Signature /s/ Sean R. Janda    Date 05-02-2025
Name of Party Donald J. Trump, et al.
Name of Counsel for Appellant/Petitioner Sean R. Janda
Address 950 Pennsylvania Avenue NW; Washington, DC 20530
Phone ( 202 ) 514-3388    Fax ( N/A ) -

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)