**[ORAL ARGUMENT NOT SCHEDULED]**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE D.C. CIRCUIT

---

Global Health Council, *et al.*,
        Plaintiffs-Appellees,

v.

Donald J. Trump, *et al.*,
        Defendants-Appellants.

————————

AIDS Vaccine Advocacy Coalition, *et al.*,
        Plaintiffs-Appellees,

v.

United States Department of State, *et al.*,
        Defendants-Appellants.

Nos. 25-5097, 25-5098

---

**STATEMENT OF INTENT REGARDING DEFERRED APPENDIX**

      The government notifies the Court that the parties do not intend to use a deferred appendix in this case.

Respectfully submitted,

DANIEL TENNY

/s/ *Sean R. Janda*
SEAN R. JANDA
BRIAN J. SPRINGER
(202) 514-3388
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530

May 2025