# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Global Health Council, et al.

**v.**  Donald J. Trump, et al.

**Case No:** 25-5097

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Global Health Council | Small Business Association for International Co |
| HIAS | Management Sciences for Health, Inc. |
| Chemonics International, Inc. | DAI Global LLC |
| Democracy International, Inc. | American Bar Association |

### Counsel Information

**Lead Counsel:** Stephen K. Wirth

**Direct Phone:** (202) 942-6739   **Fax:** (202) 942-5999   **Email:** stephen.wirth@arnoldporter.com

**2nd Counsel:** Sally L. Pei

**Direct Phone:** (202) 942-6581   **Fax:** (202) 942-5999   **Email:** Sally.Pei@arnoldporter.com

**3rd Counsel:** William C. Perdue

**Direct Phone:** (202) 942-5685   **Fax:** (202) 942-5999   **Email:** William.Perdue@arnoldporter.com

**Firm Name:** Arnold & Porter Kaye Scholer LLP

**Firm Address:** 601 Massachusetts Ave., NW

**Firm Phone:** (202) 942-5000   **Fax:** (202) 942-5999   **Email:** Stephen.Wirth@arnoldporter.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)