# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5097                                       September Term, 2024

1:25-cv-00402-AHA
1:25-cv-00400-AHA

Filed On: May 20, 2025 [2116662]

Global Health Council, et al.,

    Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States of America,
et al.,

    Appellants

------------------------------

Consolidated with 25-5098

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on July 7, 2025, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                        BY:    /s/
                                  Michael C. McGrail
                                  Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)