# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Global Health Council, et al.

v.

Donald J. Trump et al.

**Case No:** 25-5097

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Global Health Council | Chemonics International, Inc. |
| Small Business Association for International Companies | DAI Global LLC |
| HIAS | Democracy International, Inc. |
| Management Sciences for Health, Inc. | American Bar Association |

### Counsel Information

**Lead Counsel:** Daniel Jacobson

**Direct Phone:** ( 301 ) 823-1148    **Fax:** (___) ___-____    **Email:** dan@jacobsonlawyersgroup.com

**2nd Counsel:**

**Direct Phone:** (___) ___-____    **Fax:** (___) ___-____    **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____    **Fax:** (___) ___-____    **Email:**

**Firm Name:** Jacobson Lawyers Group PLLC

**Firm Address:** 1629 K Street NW, Suite 300, Washington, DC 20006

**Firm Phone:** ( 30 ) 823-1148    **Fax:** (___) ___-____    **Email:** dan@jacobsonlawyersgroup.com

**Notes:** This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[Save] [Reset Form] [Print Form]