Nos. 25-5097, 25-5098

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

GLOBAL HEALTH COUNCIL, et al.,

                Plaintiffs-Appellees,

v.

DONALD J. TRUMP, et al.,

                Defendants-Appellants.

_____

## NOTICE OF INTENTION TO PARTICIPATE
## AS AMICUS CURIAE

I, Alan B. Morrison, hereby file this Notice of Intention to Participate for the amicus curiae Alan B. Morrison. All parties have consented to the filing of a brief on his behalf.

Dated: June 10, 2025

                */s/ Alan B. Morrison*
                Alan B. Morrison
                2000 H Street NW
                Washington D.C. 20052
                (202) 994 7120
                abmorrison@law.gwu.edu
                Counsel for the Amicus