ORAL ARGUMENT SCHEDULED FOR JULY 7, 2025
Nos. 25-5097(L); 25-5098 (consol.)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

GLOBAL HEALTH COUNCIL, *et al.*,

*Plaintiffs- Appellees*,

v.

DONALD J. TRUMP, *et al.*,

*Defendant-Appellants*.

AIDS VACCINE ADVOCACY COALITION, *et al.*,

*Plaintiffs-Appellees*,

v.

UNITED STATES DEPARTMENT OF STATE, et al.,

*Defendants-Appellants*.

On Appeal from the United States District Court for the District of Columbia

# NOTICE OF INTENT OF PROTECT DEMOCRACY TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES

Cerin M. Lindgrensavage
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163
Washington DC 20006
(202) 579-4582
cerin.lindgrensavage@protectdemocracy.org

*Counsel for Amicus Curiae*

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, amicus curiae states that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE AMICUS CURIAE BRIEF

Pursuant to D.C. Circuit Rule 29, Protect Democracy herby gives notice of its intention to file an amicus curiae brief in support of Plaintiffs-Appellees. Both Defendants-Appellants and Plaintiffs-Appellees consent to the filing of this brief.

Dated: June 12, 2025                Respectfully Submitted,

By:   */s/ Cerin M. Lindgrensavage*
      Cerin M. Lindgrensavage
      PROTECT DEMOCRACY PROJECT
      2020 Pennsylvania Ave. NW, Suite # 163
      Washington DC 20006
      Tel: (202) 579-4582
      cerin.lindgrensavage@protectdemocracy.org

      *Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, I electronically filed the foregoing document using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and will be served through the CM/ECF system.

Dated: June 12, 2025

Respectfully Submitted,

By: */s/ Cerin M. Lindgrensavage*
Cerin M. Lindgrensavage
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163
Washington DC 20006
Tel: (202) 579-4582
cerin.lindgrensavage@protectdemocracy.org

*Counsel for Amicus Curiae*