[ORAL ARGUMENT SCHEDULED FOR JULY 7, 2025]

Nos. 25-5097, 25-5098

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

GLOBAL HEALTH COUNCIL, et al.,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, et al.,

*Defendants-Appellants*.

AIDS VACCINE ADVOCACY COALITION, et al.,

*Plaintiffs-Appellees*,

v.

UNITED STATES DEPARTMENT OF STATE, et al.,

*Defendants-Appellants*.

*On Appeal from the United States District Court
for the District of Columbia*

## NOTICE OF INTENT OF CONSTITUTIONAL ACCOUNTABILITY CENTER TO PARTICIPATE AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES

Elizabeth B. Wydra
Brianne J. Gorod
Miriam Becker-Cohen
Smita Ghosh
Nina G. Henry
CONSTITUTIONAL
  ACCOUNTABILITY CENTER
1200 18th Street NW, Suite 501
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amicus curiae* states that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT
## TO FILE BRIEF OF *AMICUS CURIAE*

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure*, the Constitutional Accountability Center hereby gives notice that it intends to file a brief as *amicus curiae* in support of Appellees Global Health Council, et al., and AIDS Vaccine Advocacy Coalition, et al. in these consolidated matters. All parties have consented to the filing of this brief.

Respectfully submitted,

/s/ Brianne J. Gorod
Elizabeth B. Wydra (DC Bar No. 483298)
Brianne J. Gorod (DC Bar No. 982075)
Miriam Becker-Cohen (DC Bar No. 1616670)
Smita Ghosh (DC Bar No. 1767180)
Nina G. Henry (DC Bar No. 90017399)
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street NW, Suite 501
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

Dated: June 13, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on June 13, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 13th day of June, 2025.

/s/ Brianne J. Gorod
Brianne J. Gorod

*Counsel for Amicus Curiae*