SCHEDULED FOR ORAL ARGUMENT ON JULY 7, 2025

Nos. 25-5097, 25-5098

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

GLOBAL HEALTH COUNCIL, *et al.*,
PLAINTIFFS-APPELLEES,

v.

DONALD J. TRUMP, *et al.*,
DEFENDANTS-APPELLANTS.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**NOTICE OF INTENT OF THE DISTRICT OF COLUMBIA, ARIZONA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, VERMONT, WASHINGTON, AND WISCONSIN TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF APPELLEES**

BRIAN L. SCHWALB
Attorney General for the
 District of Columbia

EMMA P. SIMSON
Senior Counsel to the
 Attorney General

RYAN WILSON
Senior Counsel for
 Federal Initiatives

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

CARA SPENCER
MARK A. RUCCI
Assistant Attorneys General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6609
caroline.vanzile@dc.gov

## NOTICE OF INTENT TO FILE BRIEF OF AMICI CURIAE

Pursuant to Fed. R. App. P. 29(a)(2) and Circuit Rule 29(b), the District of Columbia and the States of Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, Washington, and Wisconsin provide notice that they intend to file an amicus brief in support of Appellees in the above-captioned appeals.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the
 District of Columbia

EMMA P. SIMSON
Senior Counsel to the
 Attorney General

RYAN WILSON
Senior Counsel for
 Federal Initiatives

June 2025

/s/ Caroline S. Van Zile
CAROLINE S. VAN ZILE
Bar Number 1017942
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

CARA SPENCER
MARK A. RUCCI
Assistant Attorneys General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6609
(202) 741-0649 (fax)
caroline.vanzile@dc.gov

On behalf of:

KRIS MAYES
*Attorney General of Arizona*

ROB BONTA
*Attorney General of California*

PHILIP J. WEISER
*Attorney General of Colorado*

WILLIAM TONG
*Attorney General of Connecticut*

KATHLEEN JENNINGS
*Attorney General of Delaware*

ANNE E. LOPEZ
*Attorney General of Hawaii*

KWAME RAOUL
*Attorney General of Illinois*

AARON M. FREY
*Attorney General of Maine*

ANTHONY G. BROWN
*Attorney General of Maryland*

ANDREA JOY CAMPBELL
*Attorney General of Massachusetts*

DANA NESSEL
*Attorney General of Michigan*

KEITH ELLISON
*Attorney General of Minnesota*

AARON D. FORD
*Attorney General of Nevada*

MATTHEW J. PLATKIN
*Attorney General of New Jersey*

RAÚL TORREZ
*Attorney General of New Mexico*

LETITIA JAMES
*Attorney General of New York*

JEFF JACKSON
*Attorney General of North Carolina*

DAN RAYFIELD
*Attorney General of Oregon*

PETER F. NERONHA
*Attorney General of Rhode Island*

CHARITY R. CLARK
*Attorney General of Vermont*

NICHOLAS W. BROWN
*Attorney General of Washington*

JOSHUA L. KAUL
*Attorney General of Wisconsin*

## CERTIFICATE OF SERVICE

I certify that on June 13, 2025, this notice was electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished using the CM/ECF system.

/s/ Caroline S. Van Zile
CAROLINE S. VAN ZILE

## CERTIFICATE OF COMPLIANCE

I certify that this notice complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2)(A) because the notice contains 74 words, excluding exempted parts. This notice complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32 because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Caroline S. Van Zile
CAROLINE S. VAN ZILE