# Exhibit A

PUBLIC LAW 118–47—MAR. 23, 2024

# FURTHER CONSOLIDATED APPROPRIATIONS ACT, 2024

138 STAT. 460        PUBLIC LAW 118–47—MAR. 23, 2024

Public Law 118–47
118th Congress

## An Act

Mar. 23, 2024
[H.R. 2882]

Making further consolidated appropriations for the fiscal year ending September 30, 2024, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

Further
Consolidated
Appropriations
Act, 2024.

**SECTION 1. SHORT TITLE.**

This Act may be cited as the "Further Consolidated Appropriations Act, 2024".

**SEC. 2. TABLE OF CONTENTS.**

Sec. 1. Short title.
Sec. 2. Table of contents.
Sec. 3. References.
Sec. 4. Explanatory statement.
Sec. 5. Statement of appropriations.
Sec. 6. Availability of funds.
Sec. 7. Adjustments to compensation.

DIVISION A—DEPARTMENT OF DEFENSE APPROPRIATIONS ACT, 2024

Title I—Military Personnel
Title II—Operation and Maintenance
Title III—Procurement
Title IV—Research, Development, Test and Evaluation
Title V—Revolving and Management Funds
Title VI—Other Department of Defense Programs
Title VII—Related Agencies
Title VIII—General Provisions

DIVISION B—FINANCIAL SERVICES AND GENERAL GOVERNMENT
APPROPRIATIONS ACT, 2024

Title I—Department of the Treasury
Title II—Executive Office of the President and Funds Appropriated to the President
Title III—The Judiciary
Title IV—District of Columbia
Title V—Independent Agencies
Title VI—General Provisions—This Act
Title VII—General Provisions—Government-wide
Title VIII—General Provisions—District of Columbia

DIVISION C—DEPARTMENT OF HOMELAND SECURITY APPROPRIATIONS
ACT, 2024

Title I—Departmental Management, Intelligence, Situational Awareness, and Oversight
Title II—Security, Enforcement, and Investigations
Title III—Protection, Preparedness, Response, and Recovery
Title IV—Research, Development, Training, and Services
Title V—General Provisions

DIVISION D—DEPARTMENTS OF LABOR, HEALTH AND HUMAN SERVICES,
AND EDUCATION, AND RELATED AGENCIES APPROPRIATIONS ACT, 2024

Title I—Department of Labor

PUBLIC LAW 118–47—MAR. 23, 2024        138 STAT. 461

Title II—Department of Health and Human Services
Title III—Department of Education
Title IV—Related Agencies
Title V—General Provisions

DIVISION E—LEGISLATIVE BRANCH APPROPRIATIONS ACT, 2024

Title I—Legislative Branch
Title II—General Provisions

DIVISION F—DEPARTMENT OF STATE, FOREIGN OPERATIONS, AND
RELATED PROGRAMS APPROPRIATIONS ACT, 2024

Title I—Department of State and Related Agency
Title II—United States Agency for International Development
Title III—Bilateral Economic Assistance
Title IV—International Security Assistance
Title V—Multilateral Assistance
Title VI—Export and Investment Assistance
Title VII—General Provisions

DIVISION G—OTHER MATTERS

Title I—Extensions and Other Matters
Title II—Udall Foundation Reauthorization
Title III—Funding Limitation for United Nations Relief and Works Agency
Title IV—Budgetary Effects

**SEC. 3. REFERENCES.**

1 USC 1 note.

Except as expressly provided otherwise, any reference to "this Act" contained in any division of this Act shall be treated as referring only to the provisions of that division.

**SEC. 4. EXPLANATORY STATEMENT.**

The explanatory statement regarding this Act, printed in the House section of the Congressional Record on or about March 22, 2024, and submitted by the chair of the Committee on Appropriations of the House, shall have the same effect with respect to the allocation of funds and implementation of divisions A through F of this Act as if it were a joint explanatory statement of a committee of conference.

**SEC. 5. STATEMENT OF APPROPRIATIONS.**

The following sums in this Act are appropriated, out of any money in the Treasury not otherwise appropriated, for the fiscal year ending September 30, 2024.

**SEC. 6. AVAILABILITY OF FUNDS.**

President.

Each amount designated in this Act by the Congress as an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985 shall be available (or repurposed, rescinded, or transferred, if applicable) only if the President subsequently so designates all such amounts and transmits such designations to the Congress.

**SEC. 7. ADJUSTMENTS TO COMPENSATION.**

2 USC 4501 note.

Notwithstanding any other provision of law, no adjustment shall be made under section 601(a) of the Legislative Reorganization Act of 1946 (2 U.S.C. 4501) (relating to cost of living adjustments for Members of Congress) during fiscal year 2024.

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 729

(1) developed, in consultation with NIST and supply chain management risk experts, a mitigation strategy for any identified risks;

(2) determined, in consultation with NIST and the Federal Bureau of Investigation, that the acquisition of such telecommunications equipment for inclusion in a high or moderate impact system is in the vital national security interest of the United States; and

(3) reported that determination to the Committees on Appropriations of the House of Representatives and the Senate in a manner that identifies the telecommunications equipment for inclusion in a high or moderate impact system intended for acquisition and a detailed description of the mitigation strategies identified in paragraph (1), provided that such report may include a classified annex as necessary.

PROHIBITION ON CERTAIN OPERATIONAL EXPENSES

SEC. 209. (a) None of the funds made available in this Act may be used to maintain or establish a computer network unless such network blocks the viewing, downloading, and exchanging of pornography.

(b) Nothing in subsection (a) shall limit the use of funds necessary for any Federal, State, tribal, or local law enforcement agency or any other entity carrying out criminal investigations, prosecution, or adjudication activities or other official government activities.

PLASTIC WASTE REDUCTION

SEC. 210. All agencies and offices funded by this Act that contract with a food service provider or providers shall confer and coordinate with such food service provider or providers, in consultation with disability advocacy groups, to eliminate or reduce plastic waste, including waste from plastic straws, explore the use of biodegradable items, and increase recycling and composting opportunities.

This division may be cited as the "Legislative Branch Appropriations Act, 2024".

## DIVISION F—DEPARTMENT OF STATE, FOREIGN OPERATIONS, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2024

TITLE I

DEPARTMENT OF STATE AND RELATED AGENCY

DEPARTMENT OF STATE

ADMINISTRATION OF FOREIGN AFFAIRS

DIPLOMATIC PROGRAMS

For necessary expenses of the Department of State and the Foreign Service not otherwise provided for, $9,413,107,000, of which $839,910,000 may remain available until September 30, 2025, and of which up to $3,813,707,000 may remain available until expended

*Sidenotes:*
Mitigation strategy.
Determination.
Reports.
Pornography.
Contracts.
Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024.

138 STAT. 730          PUBLIC LAW 118–47—MAR. 23, 2024

Allocations.

for Worldwide Security Protection: *Provided,* That funds made available under this heading shall be allocated in accordance with paragraphs (1) through (4), as follows:

(1) HUMAN RESOURCES.—For necessary expenses for training, human resources management, and salaries, including employment without regard to civil service and classification laws of persons on a temporary basis (not to exceed $700,000), as authorized by section 801 of the United States Information and Educational Exchange Act of 1948 (62 Stat. 11; Chapter 36), $3,336,128,000, of which up to $684,767,000 is for Worldwide Security Protection.

(2) OVERSEAS PROGRAMS.—For necessary expenses for the regional bureaus of the Department of State and overseas activities as authorized by law, $1,828,155,000.

(3) DIPLOMATIC POLICY AND SUPPORT.—For necessary expenses for the functional bureaus of the Department of State, including representation to certain international organizations in which the United States participates pursuant to treaties ratified pursuant to the advice and consent of the Senate or specific Acts of Congress, general administration, and arms control, nonproliferation, and disarmament activities as authorized, $1,091,879,000.

(4) SECURITY PROGRAMS.—For necessary expenses for security activities, $3,156,945,000, of which up to $3,128,940,000 is for Worldwide Security Protection.

(5) REPROGRAMMING.—Notwithstanding any other provision of this Act, funds may be reprogrammed within and between paragraphs (1) through (4) under this heading subject to section 7015 of this Act.

CONSULAR AND BORDER SECURITY PROGRAMS

Of the amounts deposited in the Consular and Border Security Programs account in this or any prior fiscal year pursuant to section 7069(e) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2022 (division K of Public Law 117–103), $50,000,000 shall be available until expended for the purposes of such account, including to reduce passport backlogs and reduce visa wait times: *Provided,* That the Secretary of State may by regulation authorize State officials or the United States Postal Service to collect and retain the execution fee for each application for a passport accepted by such officials or by that Service.

Regulations.
Fees.

CAPITAL INVESTMENT FUND

For necessary expenses of the Capital Investment Fund, as authorized, $389,000,000, to remain available until expended.

OFFICE OF INSPECTOR GENERAL

For necessary expenses of the Office of Inspector General, $131,670,000, of which $16,025,000 may remain available until September 30, 2025, and of which $24,835,000 may remain available until September 30, 2025 for the Special Inspector General for Afghanistan Reconstruction (SIGAR): *Provided,* That funds appropriated under this heading are made available notwithstanding section 209(a)(1) of the Foreign Service Act of 1980 (22 U.S.C.

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 731

3929(a)(1)), as it relates to post inspections: *Provided further,* That funds appropriated under this heading that are made available for the printing and reproduction costs of SIGAR shall not exceed amounts for such costs during the prior fiscal year.

### EDUCATIONAL AND CULTURAL EXCHANGE PROGRAMS

For necessary expenses of educational and cultural exchange programs, as authorized, $741,000,000, to remain available until expended, of which not less than $287,800,000 shall be for the Fulbright Program: *Provided,* That fees or other payments received from, or in connection with, English teaching, educational advising and counseling programs, and exchange visitor programs as authorized may be credited to this account, to remain available until expended: *Provided further,* That a portion of the Fulbright awards from the Eurasia and Central Asia regions shall be designated as Edmund S. Muskie Fellowships, following consultation with the Committees on Appropriations: *Provided further,* That funds appropriated under this heading that are made available for the Benjamin Gilman International Scholarships Program shall also be made available for the John S. McCain Scholars Program, pursuant to section 7075 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2019 (division F of Public Law 116–6): *Provided further,* That any substantive modifications from the prior fiscal year to programs funded under this heading in this Act shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations.

*[margin note: Fellowships and scholarships. Consultation.]*

*[margin note: Consultation. Notification.]*

### REPRESENTATION EXPENSES

For representation expenses as authorized, $7,415,000.

### PROTECTION OF FOREIGN MISSIONS AND OFFICIALS

For necessary expenses, not otherwise provided, to enable the Secretary of State to provide for extraordinary protective services, as authorized, $30,890,000, to remain available until September 30, 2025.

### EMBASSY SECURITY, CONSTRUCTION, AND MAINTENANCE

For necessary expenses for carrying out the Foreign Service Buildings Act of 1926 (22 U.S.C. 292 et seq.), preserving, maintaining, repairing, and planning for real property that are owned or leased by the Department of State, and renovating, in addition to funds otherwise available, the Harry S Truman Building, $902,615,000, to remain available until September 30, 2028, of which not to exceed $25,000 may be used for overseas representation expenses as authorized: *Provided,* That none of the funds appropriated in this paragraph shall be available for acquisition of furniture, furnishings, or generators for other departments and agencies of the United States Government.

In addition, for the costs of worldwide security upgrades, acquisition, and construction as authorized, $1,055,206,000, to remain available until expended.

138 STAT. 732          PUBLIC LAW 118–47—MAR. 23, 2024

### EMERGENCIES IN THE DIPLOMATIC AND CONSULAR SERVICE

For necessary expenses to enable the Secretary of State to meet unforeseen emergencies arising in the Diplomatic and Consular Service, as authorized, $8,885,000, to remain available until expended, of which not to exceed $1,000,000 may be transferred to, and merged with, funds appropriated by this Act under the heading "Repatriation Loans Program Account".

### REPATRIATION LOANS PROGRAM ACCOUNT

For the cost of direct loans, $1,800,000, as authorized: *Provided,* That such costs, including the cost of modifying such loans, shall be as defined in section 502 of the Congressional Budget Act of 1974: *Provided further,* That such funds are available to subsidize gross obligations for the principal amount of direct loans not to exceed $5,167,004.

### PAYMENT TO THE AMERICAN INSTITUTE IN TAIWAN

For necessary expenses to carry out the Taiwan Relations Act (Public Law 96–8), $35,964,000.

### INTERNATIONAL CENTER, WASHINGTON, DISTRICT OF COLUMBIA

Not to exceed $1,842,732 shall be derived from fees collected from other executive agencies for lease or use of facilities at the International Center in accordance with section 4 of the International Center Act (Public Law 90–553), and, in addition, as authorized by section 5 of such Act, $744,000, to be derived from the reserve authorized by such section, to be used for the purposes set out in that section.

### PAYMENT TO THE FOREIGN SERVICE RETIREMENT AND DISABILITY FUND

For payment to the Foreign Service Retirement and Disability Fund, as authorized, $158,900,000.

22 USC 269a note.

## INTERNATIONAL ORGANIZATIONS

### CONTRIBUTIONS TO INTERNATIONAL ORGANIZATIONS

United Nations. Notifications.

For necessary expenses, not otherwise provided for, to meet annual obligations of membership in international multilateral organizations, pursuant to treaties ratified pursuant to the advice and consent of the Senate, conventions, or specific Acts of Congress, $1,543,452,000, of which $96,240,000 may remain available until September 30, 2025: *Provided,* That the Secretary of State shall, at the time of the submission of the President's budget to Congress under section 1105(a) of title 31, United States Code, transmit to the Committees on Appropriations the most recent biennial budget prepared by the United Nations for the operations of the United Nations: *Provided further,* That the Secretary of State shall notify the Committees on Appropriations at least 15 days in advance (or in an emergency, as far in advance as is practicable) of any United Nations action to increase funding for any United Nations program without identifying an offsetting decrease elsewhere in the United Nations budget: *Provided further,* That any payment

Budget.

Time period.

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 733

of arrearages under this heading shall be directed to activities that are mutually agreed upon by the United States and the respective international organization and shall be subject to the regular notification procedures of the Committees on Appropriations: *Provided further,* That none of the funds appropriated under this heading shall be available for a United States contribution to an international organization for the United States share of interest costs made known to the United States Government by such organization for loans incurred on or after October 1, 1984, through external borrowings: *Provided further,* That funds made available under this heading may be made available for United States contributions in support of the International Energy Forum.

CONTRIBUTIONS FOR INTERNATIONAL PEACEKEEPING ACTIVITIES

| | United Nations. |

For necessary expenses to pay assessed and other expenses of international peacekeeping activities directed to the maintenance or restoration of international peace and security, $1,367,407,000, of which $683,704,000 may remain available until September 30, 2025: *Provided,* That none of the funds made available by this Act shall be obligated or expended for any new or expanded United Nations peacekeeping mission unless, at least 15 days in advance of voting for such mission in the United Nations Security Council (or in an emergency as far in advance as is practicable), the Committees on Appropriations are notified of: (1) the estimated cost and duration of the mission, the objectives of the mission, the national interest that will be served, and the exit strategy; and (2) the sources of funds, including any reprogrammings or transfers, that will be used to pay the cost of the new or expanded mission, and the estimated cost in future fiscal years: *Provided further,* That none of the funds appropriated under this heading may be made available for obligation unless the Secretary of State certifies and reports to the Committees on Appropriations on a peacekeeping mission-by-mission basis that the United Nations is implementing effective policies and procedures to prevent United Nations employees, contractor personnel, and peacekeeping troops serving in such mission from trafficking in persons, exploiting victims of trafficking, or committing acts of sexual exploitation and abuse or other violations of human rights, and to hold accountable individuals who engage in such acts while participating in such mission, including prosecution in their home countries and making information about such prosecutions publicly available on the website of the United Nations: *Provided further,* That the Secretary of State shall work with the United Nations and foreign governments contributing peacekeeping troops to implement effective vetting procedures to ensure that such troops have not violated human rights: *Provided further,* That funds shall be available for peacekeeping expenses unless the Secretary of State determines that United States manufacturers and suppliers are not being given opportunities to provide equipment, services, and material for United Nations peacekeeping activities equal to those being given to foreign manufacturers and suppliers: *Provided further,* That none of the funds appropriated or otherwise made available under this heading may be used for any United Nations peacekeeping mission that will involve United States Armed Forces under the command or operational control of a foreign national, unless the President's

Margin notes:
- Time period.
- Notifications.
- Cost estimates.
- Certification.
- Reports.
- Human rights.
- Public information.
- Web posting.
- Procedures.
- Human rights.
- Determination.
- President.
- Recommendations.

138 STAT. 734          PUBLIC LAW 118–47—MAR. 23, 2024

Notifications.

military advisors have submitted to the President a recommendation that such involvement is in the national interest of the United States and the President has submitted to Congress such a recommendation: *Provided further,* That any payment of arrearages with funds appropriated by this Act shall be subject to the regular notification procedures of the Committees on Appropriations.

22 USC 269a note.

## INTERNATIONAL COMMISSIONS

For necessary expenses, not otherwise provided for, to meet obligations of the United States arising under treaties, or specific Acts of Congress, as follows:

Compliance.

### INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES AND MEXICO

For necessary expenses for the United States Section of the International Boundary and Water Commission, United States and Mexico, and to comply with laws applicable to the United States Section, including not to exceed $6,000 for representation expenses, as follows:

#### SALARIES AND EXPENSES

For salaries and expenses, not otherwise provided for, $64,800,000, of which $9,720,000 may remain available until September 30, 2025.

#### CONSTRUCTION

Transfer authority. Consultation. Notification.

For detailed plan preparation and construction of authorized projects, $156,050,000, to remain available until expended, as authorized: *Provided,* That of the funds appropriated under this heading in this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs for the United States Section, up to $5,000,000 may be transferred to, and merged with, funds appropriated under the heading "Salaries and Expenses" to carry out the purposes of the United States Section, which shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations: *Provided further,* That such transfer authority is in addition to any other transfer authority provided in this Act.

#### AMERICAN SECTIONS, INTERNATIONAL COMMISSIONS

For necessary expenses, not otherwise provided, for the International Joint Commission and the International Boundary Commission, United States and Canada, as authorized by treaties between the United States and Canada or Great Britain, and for technical assistance grants and the Community Assistance Program of the North American Development Bank, $16,204,000: *Provided,* That of the amount provided under this heading for the International Joint Commission, up to $1,250,000 may remain available until September 30, 2025, and up to $9,000 may be made available for representation expenses: *Provided further,* That of the amount provided under this heading for the International Boundary Commission, up to $1,000 may be made available for representation expenses.

INTERNATIONAL FISHERIES COMMISSIONS

For necessary expenses for international fisheries commissions, not otherwise provided for, as authorized by law, $65,719,000: *Provided,* That the United States share of such expenses may be advanced to the respective commissions pursuant to section 3324 of title 31, United States Code.

RELATED AGENCY

UNITED STATES AGENCY FOR GLOBAL MEDIA

INTERNATIONAL BROADCASTING OPERATIONS

For necessary expenses to enable the United States Agency for Global Media (USAGM), as authorized, to carry out international communication activities, and to make and supervise grants for radio, Internet, and television broadcasting to the Middle East, $857,214,000, of which $42,861,000 may remain available until September 30, 2025: *Provided,* That in addition to amounts otherwise available for such purposes, up to $75,722,000 of the amount appropriated under this heading may remain available until expended for satellite transmissions, global network distribution, and Internet freedom programs, of which not less than $43,500,000 shall be for Internet freedom programs: *Provided further,* That of the total amount appropriated under this heading, not to exceed $35,000 may be used for representation expenses, of which $10,000 may be used for such expenses within the United States as authorized, and not to exceed $30,000 may be used for representation expenses of Radio Free Europe/Radio Liberty: *Provided further,* That funds appropriated under this heading shall be allocated in accordance with the table included under this heading in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act): *Provided further,* That notwithstanding the previous proviso, funds may be reprogrammed within and between amounts designated in such table, subject to the regular notification procedures of the Committees on Appropriations, except that no such reprogramming may reduce a designated amount by more than 5 percent: *Provided further,* That funds appropriated under this heading shall be made available in accordance with the principles and standards set forth in section 303(a) and (b) of the United States International Broadcasting Act of 1994 (22 U.S.C. 6202) and section 305(b) of such Act (22 U.S.C. 6204): *Provided further,* That the USAGM Chief Executive Officer shall notify the Committees on Appropriations within 15 days of any determination by the USAGM that any of its broadcast entities, including its grantee organizations, provides an open platform for international terrorists or those who support international terrorism, or is in violation of the principles and standards set forth in section 303(a) and (b) of such Act or the entity's journalistic code of ethics: *Provided further,* That in addition to funds made available under this heading, and notwithstanding any other provision of law, up to $5,000,000 in receipts from advertising and revenue from business ventures, up to $500,000 in receipts from cooperating international organizations, and up to $1,000,000 in receipts from privatization efforts of the Voice of America and the International Broadcasting Bureau, shall remain available until expended for carrying out authorized purposes: *Provided further,*

Allocations.

Notifications.

Notifications.
Deadline.
Determination.
Terrorism.

138 STAT. 736          PUBLIC LAW 118–47—MAR. 23, 2024

Notifications.

That significant modifications to USAGM broadcast hours previously justified to Congress, including changes to transmission platforms (shortwave, medium wave, satellite, Internet, and television), for all USAGM language services shall be subject to the regular notification procedures of the Committees on Appropriations: *Provided further,* That up to $7,000,000 from the USAGM Buying Power Maintenance account may be transferred to, and merged with, funds appropriated by this Act under the heading "International Broadcasting Operations", which shall remain available until expended: *Provided further,* That such transfer authority is in addition to any transfer authority otherwise available under any other provision of law and shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations.

Transfer
authority.

Consultation.
Notifications.

BROADCASTING CAPITAL IMPROVEMENTS

For the purchase, rent, construction, repair, preservation, and improvement of facilities for radio, television, and digital transmission and reception; the purchase, rent, and installation of necessary equipment for radio, television, and digital transmission and reception, including to Cuba, as authorized; and physical security worldwide, in addition to amounts otherwise available for such purposes, $9,700,000, to remain available until expended, as authorized.

RELATED PROGRAMS

THE ASIA FOUNDATION

For a grant to The Asia Foundation, as authorized by The Asia Foundation Act (22 U.S.C. 4402), $22,000,000, to remain available until expended.

UNITED STATES INSTITUTE OF PEACE

For necessary expenses of the United States Institute of Peace, as authorized by the United States Institute of Peace Act (22 U.S.C. 4601 et seq.), $55,000,000, to remain available until September 30, 2025, which shall not be used for construction activities.

CENTER FOR MIDDLE EASTERN-WESTERN DIALOGUE TRUST FUND

For necessary expenses of the Center for Middle Eastern-Western Dialogue Trust Fund, as authorized by section 633 of the Departments of Commerce, Justice, and State, the Judiciary, and Related Agencies Appropriations Act, 2004 (22 U.S.C. 2078), the total amount of the interest and earnings accruing to such Fund on or before September 30, 2024, to remain available until expended.

EISENHOWER EXCHANGE FELLOWSHIP PROGRAM

For necessary expenses of Eisenhower Exchange Fellowships, Incorporated, as authorized by sections 4 and 5 of the Eisenhower Exchange Fellowship Act of 1990 (20 U.S.C. 5204–5205), all interest and earnings accruing to the Eisenhower Exchange Fellowship Program Trust Fund on or before September 30, 2024, to remain

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 737

available until expended: *Provided,* That none of the funds appropriated herein shall be used to pay any salary or other compensation, or to enter into any contract providing for the payment thereof, in excess of the rate authorized by section 5376 of title 5, United States Code; or for purposes which are not in accordance with section 200 of title 2 of the Code of Federal Regulations, including the restrictions on compensation for personal services.

*Salaries.*
*Compensation.*
*Contracts.*

### ISRAELI ARAB SCHOLARSHIP PROGRAM

For necessary expenses of the Israeli Arab Scholarship Program, as authorized by section 214 of the Foreign Relations Authorization Act, Fiscal Years 1992 and 1993 (22 U.S.C. 2452 note), all interest and earnings accruing to the Israeli Arab Scholarship Fund on or before September 30, 2024, to remain available until expended.

### EAST-WEST CENTER

To enable the Secretary of State to provide for carrying out the provisions of the Center for Cultural and Technical Interchange Between East and West Act of 1960, by grant to the Center for Cultural and Technical Interchange Between East and West in the State of Hawaii, $22,000,000.

### NATIONAL ENDOWMENT FOR DEMOCRACY

For grants made by the Department of State to the National Endowment for Democracy, as authorized by the National Endowment for Democracy Act (22 U.S.C. 4412), $315,000,000, to remain available until expended, of which $210,316,000 shall be allocated in the traditional and customary manner, including for the core institutes, and $104,684,000 shall be for democracy programs: *Provided*, That the requirements of section 7062(a) of this Act shall not apply to funds made available under this heading.

## OTHER COMMISSIONS

### COMMISSION FOR THE PRESERVATION OF AMERICA'S HERITAGE ABROAD

#### SALARIES AND EXPENSES

For necessary expenses for the Commission for the Preservation of America's Heritage Abroad, as authorized by chapter 3123 of title 54, United States Code, $770,000, of which $116,000 may remain available until September 30, 2025: *Provided,* That the Commission may procure temporary, intermittent, and other services notwithstanding paragraph (3) of section 312304(b) of such chapter: *Provided further,* That such authority shall terminate on October 1, 2024: *Provided further,* That the Commission shall notify the Committees on Appropriations prior to exercising such authority.

*Contracts.*

*Termination date.*
*Notification.*

138 STAT. 738          PUBLIC LAW 118–47—MAR. 23, 2024

UNITED STATES COMMISSION ON INTERNATIONAL RELIGIOUS FREEDOM

SALARIES AND EXPENSES

For necessary expenses for the United States Commission on International Religious Freedom, as authorized by title II of the International Religious Freedom Act of 1998 (22 U.S.C. 6431 et seq.), $4,000,000, to remain available until September 30, 2025, including not more than $4,000 for representation expenses.

COMMISSION ON SECURITY AND COOPERATION IN EUROPE

SALARIES AND EXPENSES

For necessary expenses of the Commission on Security and Cooperation in Europe, as authorized by Public Law 94–304 (22 U.S.C. 3001 et seq.), $2,908,000, including not more than $6,000 for representation expenses, to remain available until September 30, 2025.

CONGRESSIONAL-EXECUTIVE COMMISSION ON THE PEOPLE'S REPUBLIC OF CHINA

SALARIES AND EXPENSES

For necessary expenses of the Congressional-Executive Commission on the People's Republic of China, as authorized by title III of the U.S.-China Relations Act of 2000 (22 U.S.C. 6911 et seq.), $2,300,000, including not more than $3,000 for representation expenses, to remain available until September 30, 2025.

UNITED STATES-CHINA ECONOMIC AND SECURITY REVIEW COMMISSION

SALARIES AND EXPENSES

For necessary expenses of the United States-China Economic and Security Review Commission, as authorized by section 1238 of the Floyd D. Spence National Defense Authorization Act for Fiscal Year 2001 (22 U.S.C. 7002), $4,000,000, including not more than $4,000 for representation expenses, to remain available until September 30, 2025: *Provided,* That the authorities, requirements, limitations, and conditions contained in the second through fifth provisos under this heading in the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2010 (division F of Public Law 111–117) shall continue in effect during fiscal year 2024 and shall apply to funds appropriated under this heading.

Extension.
Applicability.

COMMISSION ON REFORM AND MODERNIZATION OF THE DEPARTMENT OF STATE

SALARIES AND EXPENSES

For necessary expenses of the Commission on Reform and Modernization of the Department of State, as authorized by section 9803 of the Department of State Authorization Act of 2022 (title

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 739

XCVIII of division I of Public Law 117–263), $2,000,000, to remain available until September 30, 2025.

## TITLE II

## UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT

### FUNDS APPROPRIATED TO THE PRESIDENT

#### OPERATING EXPENSES

For necessary expenses to carry out the provisions of section 667 of the Foreign Assistance Act of 1961, $1,695,000,000, of which up to $254,250,000 may remain available until September 30, 2025: *Provided,* That none of the funds appropriated under this heading and under the heading "Capital Investment Fund" in this title may be made available to finance the construction (including architect and engineering services), purchase, or long-term lease of offices for use by the United States Agency for International Development, unless the USAID Administrator has identified such proposed use of funds in a report submitted to the Committees on Appropriations at least 15 days prior to the obligation of funds for such purposes: *Provided further,* That contracts or agreements entered into with funds appropriated under this heading may entail commitments for the expenditure of such funds through the following fiscal year: *Provided further,* That the authority of sections 610 and 109 of the Foreign Assistance Act of 1961 may be exercised by the Secretary of State to transfer funds appropriated to carry out chapter 1 of part I of such Act to "Operating Expenses" in accordance with the provisions of those sections: *Provided further,* That of the funds appropriated or made available under this heading, not to exceed $250,000 may be available for representation and entertainment expenses, of which not to exceed $5,000 may be available for entertainment expenses, and not to exceed $100,500 shall be for official residence expenses, for USAID during the current fiscal year: *Provided further,* That of the funds appropriated under this heading, up to $20,000,000 may be transferred to, and merged with, funds appropriated or otherwise made available in title II of this Act under the heading "Capital Investment Fund", subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations.

Contracts.
Reports.
Time period.

Contracts.

Transfer authority.

Transfer authority.

#### CAPITAL INVESTMENT FUND

For necessary expenses for overseas construction and related costs, and for the procurement and enhancement of information technology and related capital investments, pursuant to section 667 of the Foreign Assistance Act of 1961, $259,100,000, to remain available until expended: *Provided,* That this amount is in addition to funds otherwise available for such purposes: *Provided further,* That funds appropriated under this heading shall be available subject to the regular notification procedures of the Committees on Appropriations.

Notifications.

OFFICE OF INSPECTOR GENERAL

For necessary expenses to carry out the provisions of section 667 of the Foreign Assistance Act of 1961, $85,500,000, of which up to $12,825,000 may remain available until September 30, 2025, for the Office of Inspector General of the United States Agency for International Development.

TITLE III

BILATERAL ECONOMIC ASSISTANCE

FUNDS APPROPRIATED TO THE PRESIDENT

For necessary expenses to enable the President to carry out the provisions of the Foreign Assistance Act of 1961, and for other purposes, as follows:

GLOBAL HEALTH PROGRAMS

Apportionment.

For necessary expenses to carry out the provisions of chapters 1 and 10 of part I of the Foreign Assistance Act of 1961, for global health activities, in addition to funds otherwise available for such purposes, $3,985,450,000, to remain available until September 30, 2025, and which shall be apportioned directly to the United States Agency for International Development: *Provided,* That this amount shall be made available for training, equipment, and technical assistance to build the capacity of public health institutions and organizations in developing countries, and for such activities as: (1) child survival and maternal health programs; (2) immunization and oral rehydration programs; (3) other health, nutrition, water and sanitation programs which directly address the needs of mothers and children, and related education programs; (4) assistance for children displaced or orphaned by causes other than AIDS; (5) programs for the prevention, treatment, control of, and research on HIV/AIDS, tuberculosis, polio, malaria, and other infectious diseases including neglected tropical diseases, and for assistance to communities severely affected by HIV/AIDS, including children infected or affected by AIDS; (6) disaster preparedness training for health crises; (7) programs to prevent, prepare for, and respond to unanticipated and emerging global health threats, including zoonotic diseases; and (8) family planning/ reproductive health: *Provided further,* That funds appropriated under this paragraph may be made available for United States contributions to The GAVI Alliance and to a multilateral vaccine development partnership to support epidemic preparedness: *Pro-*

Determination.
President.
Abortion.

*vided further,* That none of the funds made available in this Act nor any unobligated balances from prior appropriations Acts may be made available to any organization or program which, as determined by the President of the United States, supports or partici- pates in the management of a program of coercive abortion or involuntary sterilization: *Provided further,* That any determination

Deadline.

made under the previous proviso must be made not later than 6 months after the date of enactment of this Act, and must be accompanied by the evidence and criteria utilized to make the determination: *Provided further,* That none of the funds made avail-

Abortion.

able under this Act may be used to pay for the performance of abortion as a method of family planning or to motivate or coerce

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 741

any person to practice abortions: *Provided further,* That nothing in this paragraph shall be construed to alter any existing statutory prohibitions against abortion under section 104 of the Foreign Assistance Act of 1961: *Provided further,* That none of the funds made available under this Act may be used to lobby for or against abortion: *Provided further,* That in order to reduce reliance on abortion in developing nations, funds shall be available only to voluntary family planning projects which offer, either directly or through referral to, or information about access to, a broad range of family planning methods and services, and that any such voluntary family planning project shall meet the following requirements: (1) service providers or referral agents in the project shall not implement or be subject to quotas, or other numerical targets, of total number of births, number of family planning acceptors, or acceptors of a particular method of family planning (this provision shall not be construed to include the use of quantitative estimates or indicators for budgeting and planning purposes); (2) the project shall not include payment of incentives, bribes, gratuities, or financial reward to: (A) an individual in exchange for becoming a family planning acceptor; or (B) program personnel for achieving a numerical target or quota of total number of births, number of family planning acceptors, or acceptors of a particular method of family planning; (3) the project shall not deny any right or benefit, including the right of access to participate in any program of general welfare or the right of access to health care, as a consequence of any individual's decision not to accept family planning services; (4) the project shall provide family planning acceptors comprehensible information on the health benefits and risks of the method chosen, including those conditions that might render the use of the method inadvisable and those adverse side effects known to be consequent to the use of the method; and (5) the project shall ensure that experimental contraceptive drugs and devices and medical procedures are provided only in the context of a scientific study in which participants are advised of potential risks and benefits; and, not less than 60 days after the date on which the USAID Administrator determines that there has been a violation of the requirements contained in paragraph (1), (2), (3), or (5) of this proviso, or a pattern or practice of violations of the requirements contained in paragraph (4) of this proviso, the Administrator shall submit to the Committees on Appropriations a report containing a description of such violation and the corrective action taken by the Agency: *Provided further,* That in awarding grants for natural family planning under section 104 of the Foreign Assistance Act of 1961 no applicant shall be discriminated against because of such applicant's religious or conscientious commitment to offer only natural family planning; and, additionally, all such applicants shall comply with the requirements of the previous proviso: *Provided further,* That for purposes of this or any other Act authorizing or appropriating funds for the Department of State, foreign operations, and related programs, the term "motivate", as it relates to family planning assistance, shall not be construed to prohibit the provision, consistent with local law, of information or counseling about all pregnancy options: *Provided further,* That information provided about the use of condoms as part of projects or activities that are funded from amounts appropriated by this Act shall be medically accurate and shall include the public health benefits and failure rates of such use.

Lobbying.
Abortion.
Family planning.
Requirements.
Determination.
Reports.

Grants.
Discrimination.
Compliance.

Definition.

Condoms.

138 STAT. 742          PUBLIC LAW 118–47—MAR. 23, 2024

Apportionment.

In addition, for necessary expenses to carry out the provisions of the Foreign Assistance Act of 1961 for the prevention, treatment, and control of, and research on, HIV/AIDS, $6,045,000,000, to remain available until September 30, 2028, which shall be apportioned directly to the Department of State: *Provided,* That funds appropriated under this paragraph may be made available, notwithstanding any other provision of law, except for the United States Leadership Against HIV/AIDS, Tuberculosis, and Malaria Act of 2003 (Public Law 108–25), for a United States contribution to the Global Fund to Fight AIDS, Tuberculosis and Malaria (Global Fund): *Provided further,* That the amount of such contribution shall be $1,650,000,000: *Provided further,* That up to 5 percent of the aggregate amount of funds made available to the Global Fund in fiscal year 2024 may be made available to USAID for technical assistance related to the activities of the Global Fund, subject to the regular notification procedures of the Committees on Appropriations: *Provided further,* That of the funds appropriated under this paragraph, up to $22,000,000 may be made available, in addition to amounts otherwise available for such purposes, for administrative expenses of the United States Global AIDS Coordinator, consistent with the direction included under this heading in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act).

Notifications.

### DEVELOPMENT ASSISTANCE

Apportionment.

For necessary expenses to carry out the provisions of sections 103, 105, 106, 214, and sections 251 through 255, and chapter 10 of part I of the Foreign Assistance Act of 1961, $3,931,000,000, to remain available until September 30, 2025: *Provided,* That funds made available under this heading shall be apportioned to the United States Agency for International Development.

### INTERNATIONAL DISASTER ASSISTANCE

Apportionment.
Deadline.

For necessary expenses to carry out the provisions of section 491 of the Foreign Assistance Act of 1961 for international disaster relief, rehabilitation, and reconstruction assistance, $4,779,000,000, to remain available until expended, of which $750,000,000 is designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985: *Provided,* That funds made available under this heading shall be apportioned to the United States Agency for International Development not later than 60 days after the date of enactment of this Act.

### TRANSITION INITIATIVES

Reports.

For necessary expenses for international disaster rehabilitation and reconstruction assistance administered by the Office of Transition Initiatives, United States Agency for International Development, pursuant to section 491 of the Foreign Assistance Act of 1961, and to support transition to democracy and long-term development of countries in crisis, $75,000,000, to remain available until expended: *Provided,* That such support may include assistance to develop, strengthen, or preserve democratic institutions and processes, revitalize basic infrastructure, and foster the peaceful resolution of conflict: *Provided further,* That the USAID Administrator

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 743

shall submit a report to the Committees on Appropriations at least 5 days prior to beginning a new, or terminating a, program of assistance: *Provided further,* That if the Secretary of State determines that it is important to the national interest of the United States to provide transition assistance in excess of the amount appropriated under this heading, up to $15,000,000 of the funds appropriated by this Act to carry out the provisions of part I of the Foreign Assistance Act of 1961 may be used for purposes of this heading and under the authorities applicable to funds appropriated under this heading: *Provided further,* That funds made available pursuant to the previous proviso shall be made available subject to prior consultation with the Committees on Appropriations.

*Determination.*

*Consultation.*

### COMPLEX CRISES FUND

For necessary expenses to carry out the provisions of section 509(b) of the Global Fragility Act of 2019 (title V of division J of Public Law 116–94), $55,000,000, to remain available until expended: *Provided,* That funds appropriated under this heading may be made available notwithstanding any other provision of law, except sections 7007, 7008, and 7018 of this Act and section 620M of the Foreign Assistance Act of 1961: *Provided further,* That funds appropriated under this heading shall be apportioned to the United States Agency for International Development.

*Apportionment.*

### ECONOMIC SUPPORT FUND

For necessary expenses to carry out the provisions of chapter 4 of part II of the Foreign Assistance Act of 1961, $3,890,400,000, to remain available until September 30, 2025, of which $300,000,000 is designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985.

### DEMOCRACY FUND

For necessary expenses to carry out the provisions of the Foreign Assistance Act of 1961 for the promotion of democracy globally, including to carry out the purposes of section 502(b)(3) and (5) of Public Law 98–164 (22 U.S.C. 4411), $205,200,000, to remain available until September 30, 2025, which shall be made available for the Human Rights and Democracy Fund of the Bureau of Democracy, Human Rights, and Labor, Department of State: *Provided,* That funds appropriated under this heading that are made available to the National Endowment for Democracy and its core institutes are in addition to amounts otherwise made available by this Act for such purposes: *Provided further,* That the Assistant Secretary for Democracy, Human Rights, and Labor, Department of State, shall consult with the Committees on Appropriations prior to the initial obligation of funds appropriated under this paragraph.

*Consultation.*

For an additional amount for such purposes, $140,000,000, to remain available until September 30, 2025, which shall be made available for the Bureau for Democracy, Human Rights, and Governance, United States Agency for International Development.

138 STAT. 744       PUBLIC LAW 118–47—MAR. 23, 2024

ASSISTANCE FOR EUROPE, EURASIA AND CENTRAL ASIA

For necessary expenses to carry out the provisions of the Foreign Assistance Act of 1961, the FREEDOM Support Act (Public Law 102–511), and the Support for Eastern European Democracy (SEED) Act of 1989 (Public Law 101–179), $770,334,000, to remain available until September 30, 2025, which shall be available, notwithstanding any other provision of law, except section 7047 of this Act, for assistance and related programs for countries identified in section 3 of the FREEDOM Support Act (22 U.S.C. 5801) and section 3(c) of the SEED Act of 1989 (22 U.S.C. 5402), in addition to funds otherwise available for such purposes, of which $310,000,000 is designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985: *Provided*, That funds appropriated by this Act under the headings "Global Health Programs", "Economic Support Fund", and "International Narcotics Control and Law Enforcement" that are made available for assistance for such countries shall be administered in accordance with the responsibilities of the coordinator designated pursuant to section 102 of the FREEDOM Support Act and section 601 of the SEED Act of 1989: *Provided further,* That funds appropriated under this heading shall be considered to be economic assistance under the Foreign Assistance Act of 1961 for purposes of making available the administrative authorities contained in that Act for the use of economic assistance: *Provided further,* That funds appropriated under this heading may be made available for contributions to multilateral initiatives to counter hybrid threats.

DEPARTMENT OF STATE

MIGRATION AND REFUGEE ASSISTANCE

For necessary expenses not otherwise provided for, to enable the Secretary of State to carry out the provisions of section 2(a) and (b) of the Migration and Refugee Assistance Act of 1962 (22 U.S.C. 2601), and other activities to meet refugee and migration needs; salaries and expenses of personnel and dependents as authorized by the Foreign Service Act of 1980 (22 U.S.C. 3901 et seq.); allowances as authorized by sections 5921 through 5925 of title 5, United States Code; purchase and hire of passenger motor vehicles; and services as authorized by section 3109 of title 5, United States Code, $3,928,000,000, to remain available until expended, of which $750,000,000 is designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985: *Provided,* That of the funds appropriated under this heading, $5,000,000 shall be made available for refugees resettling in Israel.

UNITED STATES EMERGENCY REFUGEE AND MIGRATION ASSISTANCE
FUND

Transfer authority.

For necessary expenses to carry out the provisions of section 2(c) of the Migration and Refugee Assistance Act of 1962 (22 U.S.C. 2601(c)), $100,000, to remain available until expended: *Provided,* That amounts in excess of the limitation contained in paragraph (2) of such section shall be transferred to, and merged with, funds

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 745

made available by this Act under the heading "Migration and Refugee Assistance".

INDEPENDENT AGENCIES

PEACE CORPS

(INCLUDING TRANSFER OF FUNDS)

For necessary expenses to carry out the provisions of the Peace Corps Act (22 U.S.C. 2501 et seq.), including the purchase of not to exceed five passenger motor vehicles for administrative purposes for use outside of the United States, $430,500,000, of which $7,800,000 is for the Office of Inspector General, to remain available until September 30, 2025: *Provided,* That the Director of the Peace Corps may transfer to the Foreign Currency Fluctuations Account, as authorized by section 16 of the Peace Corps Act (22 U.S.C. 2515), an amount not to exceed $5,000,000: *Provided further,* That funds transferred pursuant to the previous proviso may not be derived from amounts made available for Peace Corps overseas operations: *Provided further,* That of the funds appropriated under this heading, not to exceed $104,000 may be available for representation expenses, of which not to exceed $4,000 may be made available for entertainment expenses: *Provided further,* That in addition to the requirements under section 7015(a) of this Act, the Peace Corps shall consult with the Committees on Appropriations prior to any decision to open, close, or suspend a domestic or overseas office or a country program unless there is a substantial risk to volunteers or other Peace Corps personnel: *Provided further,* That none of the funds appropriated under this heading shall be used to pay for abortions: *Provided further,* That notwithstanding the previous proviso, section 614 of division E of Public Law 113–76 shall apply to funds appropriated under this heading.

<div style="float:right">Consultation.

Abortion.

Applicability.</div>

MILLENNIUM CHALLENGE CORPORATION

For necessary expenses to carry out the provisions of the Millennium Challenge Act of 2003 (22 U.S.C. 7701 et seq.) (MCA), $930,000,000, to remain available until expended: *Provided,* That of the funds appropriated under this heading, up to $143,000,000 may be available for administrative expenses of the Millennium Challenge Corporation: *Provided further,* That section 605(e) of the MCA (22 U.S.C. 7704(e)) shall apply to funds appropriated under this heading: *Provided further,* That funds appropriated under this heading may be made available for a Millennium Challenge Compact entered into pursuant to section 609 of the MCA (22 U.S.C. 7708) only if such Compact obligates, or contains a commitment to obligate subject to the availability of funds and the mutual agreement of the parties to the Compact to proceed, the entire amount of the United States Government funding anticipated for the duration of the Compact: *Provided further,* That of the funds appropriated under this heading, not to exceed $100,000 may be available for representation and entertainment expenses, of which not to exceed $5,000 may be available for entertainment expenses: *Provided further,* That the member of the Board described in section 604(c)(3)(B)(ii) of the Millennium Challenge Act of 2003 (22 U.S.C. 7703(c)(3)(B)(ii)), whose term began on September 16, 2019, shall continue to serve in such appointment until December

<div style="float:right">Applicability.

Extension.
Termination date.</div>

138 STAT. 746        PUBLIC LAW 118–47—MAR. 23, 2024

Termination date.

31, 2024: *Provided further,* That in the event that a new member of the Board described in section 604(c)(3)(B) of such Act is appointed prior to December 31, 2024, the term of the member of the Board whose term began on September 16, 2019, shall terminate as of the date of such appointment.

### INTER-AMERICAN FOUNDATION

For necessary expenses to carry out the functions of the Inter-American Foundation in accordance with the provisions of section 401 of the Foreign Assistance Act of 1969, $47,000,000, to remain available until September 30, 2025: *Provided,* That of the funds appropriated under this heading, not to exceed $2,000 may be available for representation expenses.

### UNITED STATES AFRICAN DEVELOPMENT FOUNDATION

For necessary expenses to carry out the African Development Foundation Act (title V of Public Law 96–533; 22 U.S.C. 290h et seq.), $45,000,000, to remain available until September 30, 2025, of which not to exceed $2,000 may be available for representation expenses: *Provided,* That funds made available to grantees may be invested pending expenditure for project purposes when authorized by the Board of Directors of the United States African Development Foundation (USADF): *Provided further,* That interest earned shall be used only for the purposes for which the grant was made: *Provided further,* That notwithstanding section 505(a)(2) of the African Development Foundation Act (22 U.S.C. 290h–3(a)(2)), in exceptional circumstances the Board of Directors of the USADF may waive the $250,000 limitation contained in that section with respect to a project and a project may exceed the limitation by up to 10 percent if the increase is due solely to foreign currency fluctuation: *Provided further,* That the USADF shall submit a report to the appropriate congressional committees after each time such waiver authority is exercised: *Provided further,* That the USADF may make rent or lease payments in advance from appropriations available for such purpose for offices, buildings, grounds, and quarters in Africa as may be necessary to carry out its functions: *Provided further,* That the USADF may maintain bank accounts outside the United States Treasury and retain any interest earned on such accounts, in furtherance of the purposes of the African Development Foundation Act: *Provided further,* That the USADF may not withdraw any appropriation from the Treasury prior to the need of spending such funds for program purposes.

Waiver authority.

Reports.

Payments.

### DEPARTMENT OF THE TREASURY

### INTERNATIONAL AFFAIRS TECHNICAL ASSISTANCE

For necessary expenses to carry out the provisions of section 129 of the Foreign Assistance Act of 1961, $38,000,000, to remain available until expended: *Provided,* That amounts made available under this heading may be made available to contract for services as described in section 129(d)(3)(A) of the Foreign Assistance Act of 1961, without regard to the location in which such services are performed.

Contracts.

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 747

### DEBT RESTRUCTURING

For "Bilateral Economic Assistance—Department of the Treasury—Debt Restructuring" there is appropriated $26,000,000, to remain available until September 30, 2027, for the costs, as defined in section 502 of the Congressional Budget Act of 1974, of modifying loans and loan guarantees for, or credits extended to, such countries as the President may determine, including the costs of selling, reducing, or canceling amounts owed to the United States pursuant to multilateral debt restructurings, including Paris Club debt restructurings and the "Common Framework for Debt Treatments beyond the Debt Service Suspension Initiative": *Provided,* That such amounts may be used notwithstanding any other provision of law.

President. Determination.

### TROPICAL FOREST AND CORAL REEF CONSERVATION

For the costs, as defined in section 502 of the Congressional Budget Act of 1974, of modifying loans and loan guarantees, as the President may determine, for which funds have been appropriated or otherwise made available for programs within the International Affairs Budget Function 150, including the costs of selling, reducing, or canceling amounts owed to the United States as a result of concessional loans made to eligible countries pursuant to part V of the Foreign Assistance Act of 1961, $15,000,000, to remain available until September 30, 2027.

President. Determination.

## TITLE IV

## INTERNATIONAL SECURITY ASSISTANCE

### DEPARTMENT OF STATE

#### INTERNATIONAL NARCOTICS CONTROL AND LAW ENFORCEMENT

For necessary expenses to carry out section 481 of the Foreign Assistance Act of 1961, $1,400,000,000, to remain available until September 30, 2025, of which $115,000,000 is designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985: *Provided,* That the Department of State may use the authority of section 608 of the Foreign Assistance Act of 1961, without regard to its restrictions, to receive excess property from an agency of the United States Government for the purpose of providing such property to a foreign country or international organization under chapter 8 of part I of such Act, subject to the regular notification procedures of the Committees on Appropriations: *Provided further,* That section 482(b) of the Foreign Assistance Act of 1961 shall not apply to funds appropriated under this heading, except that any funds made available notwithstanding such section shall be subject to the regular notification procedures of the Committees on Appropriations: *Provided further,* That funds appropriated under this heading shall be made available to support training and technical assistance for foreign law enforcement, corrections, judges, and other judicial authorities, utilizing regional partners: *Provided further,* That funds made available under this heading that are transferred to another department, agency, or

Notifications.

instrumentality of the United States Government pursuant to section 632(b) of the Foreign Assistance Act of 1961 valued in excess of $5,000,000, and any agreement made pursuant to section 632(a) of such Act, shall be subject to the regular notification procedures of the Committees on Appropriations: *Provided further,* That funds made available under this heading for Program Development and Support may be made available notwithstanding pre-obligation requirements contained in this Act, except for the notification requirements of section 7015.

### NONPROLIFERATION, ANTI-TERRORISM, DEMINING AND RELATED PROGRAMS

For necessary expenses for nonproliferation, anti-terrorism, demining and related programs and activities, $870,000,000, to remain available until September 30, 2025, to carry out the provisions of chapter 8 of part II of the Foreign Assistance Act of 1961 for anti-terrorism assistance, chapter 9 of part II of the Foreign Assistance Act of 1961, section 504 of the FREEDOM Support Act (22 U.S.C. 5854), section 23 of the Arms Export Control Act (22 U.S.C. 2763), or the Foreign Assistance Act of 1961 for demining activities, the clearance of unexploded ordnance, the destruction of small arms, and related activities, notwithstanding any other provision of law, including activities implemented through non-governmental and international organizations, and section 301 of the Foreign Assistance Act of 1961 for a United States contribution to the Comprehensive Nuclear Test Ban Treaty Preparatory Commission, and for a voluntary contribution to the International Atomic Energy Agency (IAEA): *Provided,* That funds made available under this heading for the Nonproliferation and Disarmament Fund shall be made available, notwithstanding any other provision of law and subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations, to promote bilateral and multilateral activities relating to nonproliferation, disarmament, and weapons destruction, and shall remain available until expended: *Provided further,* That such funds may also be used for such countries other than the Independent States of the former Soviet Union and international organizations when it is in the national security interest of the United States to do so: *Provided further,* That funds appropriated under this heading may be made available for the IAEA unless the Secretary of State determines that Israel is being denied its right to participate in the activities of that Agency: *Provided further,* That funds made available for conventional weapons destruction programs, including demining and related activities, in addition to funds otherwise available for such purposes, may be used for administrative expenses related to the operation and management of such programs and activities, subject to the regular notification procedures of the Committees on Appropriations.

*Consultation. Notifications.*

*Determination. Israel.*

*Notifications.*

### PEACEKEEPING OPERATIONS

For necessary expenses to carry out the provisions of section 551 of the Foreign Assistance Act of 1961, $410,458,000, of which $291,425,000 may remain available until September 30, 2025: *Provided,* That funds appropriated under this heading may be used, notwithstanding section 660 of the Foreign Assistance Act of 1961, to provide assistance to enhance the capacity of foreign civilian

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 749

security forces, including gendarmes, to participate in peacekeeping operations: *Provided further,* That of the funds appropriated under this heading, not less than $34,000,000 shall be made available for a United States contribution to the Multinational Force and Observers mission in the Sinai: *Provided further,* That funds appropriated under this heading may be made available to pay assessed expenses of international peacekeeping activities in Somalia under the same terms and conditions, as applicable, as funds appropriated by this Act under the heading "Contributions for International Peacekeeping Activities": *Provided further,* That funds appropriated under this heading shall be subject to the regular notification procedures of the Committees on Appropriations.

*Somalia.*

*Notifications.*

FUNDS APPROPRIATED TO THE PRESIDENT

INTERNATIONAL MILITARY EDUCATION AND TRAINING

For necessary expenses to carry out the provisions of section 541 of the Foreign Assistance Act of 1961, $119,152,000, to remain available until September 30, 2025: *Provided,* That the civilian personnel for whom military education and training may be provided under this heading may include civilians who are not members of a government whose participation would contribute to improved civil-military relations, civilian control of the military, or respect for human rights: *Provided further,* That of the funds appropriated under this heading, $3,000,000 shall remain available until expended to increase the participation of women in programs and activities funded under this heading, following consultation with the Committees on Appropriations: *Provided further,* That of the funds appropriated under this heading, not to exceed $50,000 may be available for entertainment expenses.

*Consultation.*

FOREIGN MILITARY FINANCING PROGRAM

For necessary expenses for grants to enable the President to carry out the provisions of section 23 of the Arms Export Control Act (22 U.S.C. 2763), $6,133,397,000, of which $275,000,000 is designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985: *Provided,* That to expedite the provision of assistance to foreign countries and international organizations, the Secretary of State, following consultation with the Committees on Appropriations and subject to the regular notification procedures of such Committees, may use the funds appropriated under this heading to procure defense articles and services to enhance the capacity of foreign security forces: *Provided further,* That funds appropriated or otherwise made available under this heading shall be nonrepayable notwithstanding any requirement in section 23 of the Arms Export Control Act: *Provided further,* That funds made available under this heading shall be obligated upon apportionment in accordance with paragraph (5)(C) of section 1501(a) of title 31, United States Code.

*Consultation.*
*Notifications.*
*Contracts.*

*Apportionment.*

None of the funds made available under this heading shall be available to finance the procurement of defense articles, defense services, or design and construction services that are not sold by the United States Government under the Arms Export Control Act unless the foreign country proposing to make such procurement has first signed an agreement with the United States Government

*Contracts.*

138 STAT. 750        PUBLIC LAW 118–47—MAR. 23, 2024

Notification.

specifying the conditions under which such procurement may be financed with such funds: *Provided,* That all country and funding level increases in allocations shall be submitted through the regular notification procedures of section 7015 of this Act: *Provided further,* That funds made available under this heading may be used, notwithstanding any other provision of law, for demining, the clearance of unexploded ordnance, and related activities, and may include activities implemented through nongovernmental and international organizations: *Provided further,* That a country that is a member of the North Atlantic Treaty Organization (NATO) or is a major non-NATO ally designated by section 517(b) of the Foreign Assistance Act of 1961 may utilize funds made available under this heading for procurement of defense articles, defense services, or design and construction services that are not sold by the United States Government under the Arms Export Control Act: *Provided further,* That funds appropriated under this heading shall be expended at the minimum rate necessary to make timely payment for defense articles and services: *Provided further,* That not more than $72,000,000 of the funds appropriated under this heading may be obligated for necessary expenses, including the purchase of passenger motor vehicles for replacement only for use outside of the United States, for the general costs of administering military assistance and sales, except that this limitation may be exceeded only through the regular notification procedures of the Committees on Appropriations: *Provided further,* That the Secretary of State may use funds made available under this heading pursuant to the previous proviso for the administrative and other operational costs of the Department of State related to military assistance and sales, assistance under section 551 of the Foreign Assistance Act of 1961, and Department of Defense security assistance programs, in addition to funds otherwise available for such purposes: *Provided further,* That up to $2,000,000 of the funds made available pursuant to the previous proviso may be used for direct hire personnel, except that this limitation may be exceeded by the Secretary of State following consultation with the Committees on Appropriations: *Provided further,* That of the funds made available under this heading for general costs of administering military assistance and sales, not to exceed $4,000 may be available for entertainment expenses and not to exceed $130,000 may be available for representation expenses: *Provided further,* That not more than $1,541,392,546 of funds realized pursuant to section 21(e)(1)(A) of the Arms Export Control Act (22 U.S.C. 2761(e)(1)(A)) may be obligated for expenses incurred by the Department of Defense during fiscal year 2024 pursuant to section 43(b) of the Arms Export Control Act (22 U.S.C. 2792(b)), except that this limitation may be exceeded only through the regular notification procedures of the Committees on Appropriations.

Notifications.

Consultation.

Notifications.

TITLE V

MULTILATERAL ASSISTANCE

FUNDS APPROPRIATED TO THE PRESIDENT

INTERNATIONAL ORGANIZATIONS AND PROGRAMS

For necessary expenses to carry out the provisions of section 301 of the Foreign Assistance Act of 1961, $436,920,000: *Provided,*

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 751

That section 307(a) of the Foreign Assistance Act of 1961 shall not apply to contributions to the United Nations Democracy Fund: *Provided further,* That not later than 60 days after the date of enactment of this Act, such funds shall be made available for core contributions for each entity listed in the table under this heading in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act) unless otherwise provided for in this Act, or if the Secretary of State has justified to the Committees on Appropriations the proposed uses of funds other than for core contributions following prior consultation with, and subject to the regular notification procedures of, such Committees.

Deadline.
Consultation.
Notifications.

INTERNATIONAL FINANCIAL INSTITUTIONS

GLOBAL ENVIRONMENT FACILITY

For payment to the International Bank for Reconstruction and Development as trustee for the Global Environment Facility by the Secretary of the Treasury, $150,200,000, to remain available until expended.

CONTRIBUTION TO THE CLEAN TECHNOLOGY FUND

For contribution to the Clean Technology Fund, $125,000,000, to remain available until expended: *Provided,* That up to $125,000,000 of such amount shall be available to cover costs, as defined in section 502 of the Congressional Budget Act of 1974, of direct loans issued to the Clean Technology Fund: *Provided further,* That such funds are available to subsidize gross obligations for the principal amount of direct loans without limitation.

CONTRIBUTION TO THE INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT

For payment to the International Bank for Reconstruction and Development by the Secretary of the Treasury for the United States share of the paid-in portion of the increases in capital stock, $206,500,000, to remain available until expended.

LIMITATION ON CALLABLE CAPITAL SUBSCRIPTIONS

The United States Governor of the International Bank for Reconstruction and Development may subscribe without fiscal year limitation to the callable capital portion of the United States share of increases in capital stock in an amount not to exceed $1,421,275,728.70.

CONTRIBUTION TO THE INTERNATIONAL DEVELOPMENT ASSOCIATION

For payment to the International Development Association by the Secretary of the Treasury, $1,380,256,000, to remain available until expended.

CONTRIBUTION TO THE ASIAN DEVELOPMENT FUND

For payment to the Asian Development Bank's Asian Development Fund by the Secretary of the Treasury, $87,220,000, to remain available until expended.

138 STAT. 752        PUBLIC LAW 118–47—MAR. 23, 2024

### CONTRIBUTION TO THE AFRICAN DEVELOPMENT BANK

For payment to the African Development Bank by the Secretary of the Treasury for the United States share of the paid-in portion of the increases in capital stock, $54,648,752, to remain available until expended.

### LIMITATION ON CALLABLE CAPITAL SUBSCRIPTIONS

The United States Governor of the African Development Bank may subscribe without fiscal year limitation to the callable capital portion of the United States share of increases in capital stock in an amount not to exceed $856,174,624.

### CONTRIBUTION TO THE AFRICAN DEVELOPMENT FUND

For payment to the African Development Fund by the Secretary of the Treasury, $197,000,000, to remain available until expended.

### CONTRIBUTION TO THE INTERNATIONAL FUND FOR AGRICULTURAL DEVELOPMENT

For payment to the International Fund for Agricultural Development by the Secretary of the Treasury, $43,000,000, to remain available until expended.

### GLOBAL AGRICULTURE AND FOOD SECURITY PROGRAM

For payment to the Global Agriculture and Food Security Program by the Secretary of the Treasury, $10,000,000, to remain available until expended.

### TREASURY INTERNATIONAL ASSISTANCE PROGRAMS

For contributions by the Secretary of the Treasury to international financial institutions and trust funds administered by such institutions, in addition to amounts otherwise available for such purposes, $50,000,000, to remain available until expended: *Provided,* That of the amount made available under this heading, up to $50,000,000 may be available for the costs, as defined in section 502 of the Congressional Budget Act of 1974, of loan guarantees to the International Bank for Reconstruction and Development and the Asian Development Bank: *Provided further,* That funds made available under this heading may be transferred to, and merged with, funds provided under the heading "Contribution to the International Development Association" in this title and under the headings "Department of the Treasury, International Affairs Technical Assistance" and "Department of the Treasury, Debt Restructuring" in title III of this Act: *Provided further,* That such transfer authority is in addition to any transfer authority otherwise available in this Act and under any other provision of law: *Provided further,* That funds made available under this heading, including funds transferred pursuant to the second proviso, shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations.

Transfer authority.

Consultation. Notifications.

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 753

## TITLE VI

## EXPORT AND INVESTMENT ASSISTANCE

### EXPORT-IMPORT BANK OF THE UNITED STATES

#### INSPECTOR GENERAL

For necessary expenses of the Office of Inspector General in carrying out the provisions of the Inspector General Act of 1978 (5 U.S.C. App.), $8,860,000, of which up to $1,329,000 may remain available until September 30, 2025.

#### PROGRAM ACCOUNT

Contracts.

The Export-Import Bank of the United States is authorized to make such expenditures within the limits of funds and borrowing authority available to such corporation, and in accordance with law, and to make such contracts and commitments without regard to fiscal year limitations, as provided by section 9104 of title 31, United States Code, as may be necessary in carrying out the program for the current fiscal year for such corporation: *Provided,* That none of the funds available during the current fiscal year may be used to make expenditures, contracts, or commitments for the export of nuclear equipment, fuel, or technology to any country, other than a nuclear-weapon state as defined in Article IX of the Treaty on the Non-Proliferation of Nuclear Weapons eligible to receive economic or military assistance under this Act, that has detonated a nuclear explosive after the date of enactment of this Act.

#### ADMINISTRATIVE EXPENSES

For administrative expenses to carry out the direct and guaranteed loan and insurance programs, including hire of passenger motor vehicles and services as authorized by section 3109 of title 5, United States Code, and not to exceed $30,000 for official reception and representation expenses for members of the Board of Directors, not to exceed $125,000,000, of which up to $18,750,000 may remain available until September 30, 2025: *Provided,* That the Export-Import Bank (the Bank) may accept, and use, payment or services provided by transaction participants for legal, financial, or technical services in connection with any transaction for which an application for a loan, guarantee or insurance commitment has been made: *Provided further,* That notwithstanding subsection (b) of section 117 of the Export Enhancement Act of 1992, subsection (a) of such section shall remain in effect until September 30, 2024: *Provided further,* That the Bank shall charge fees for necessary expenses (including special services performed on a contract or fee basis, but not including other personal services) in connection with the collection of moneys owed the Bank, repossession or sale of pledged collateral or other assets acquired by the Bank in satisfaction of moneys owed the Bank, or the investigation or appraisal of any property, or the evaluation of the legal, financial, or technical aspects of any transaction for which an application for a loan, guarantee or insurance commitment has been made, or systems infrastructure directly supporting transactions: *Provided further,* That in addition to other funds appropriated for administrative

Termination date. 12 USC 635a note. Fees.

138 STAT. 754        PUBLIC LAW 118–47—MAR. 23, 2024

expenses, such fees shall be credited to this account for such purposes, to remain available until expended.

Loans.

### PROGRAM BUDGET APPROPRIATIONS

For the cost of direct loans, loan guarantees, insurance, and tied-aid grants as authorized by section 10 of the Export-Import Bank Act of 1945, as amended, not to exceed $15,000,000, to remain available until September 30, 2027: *Provided,* That such costs, including the cost of modifying such loans, shall be as defined in section 502 of the Congressional Budget Act of 1974: *Provided further,* That such funds shall remain available until September 30, 2039, for the disbursement of direct loans, loan guarantees, insurance and tied-aid grants obligated in fiscal years 2024 through 2027.

Disbursement.
Grants.
Time periods.

### RECEIPTS COLLECTED

Receipts collected pursuant to the Export-Import Bank Act of 1945 (Public Law 79–173) and the Federal Credit Reform Act of 1990, in an amount not to exceed the amount appropriated herein, shall be credited as offsetting collections to this account: *Provided,* That the sums herein appropriated from the General Fund shall be reduced on a dollar-for-dollar basis by such offsetting collections so as to result in a final fiscal year appropriation from the General Fund estimated at $0.

Reduction.

### UNITED STATES INTERNATIONAL DEVELOPMENT FINANCE CORPORATION

### INSPECTOR GENERAL

For necessary expenses of the Office of Inspector General in carrying out the provisions of the Inspector General Act of 1978 (5 U.S.C. App.), $7,200,000, to remain available until September 30, 2025.

### CORPORATE CAPITAL ACCOUNT

The United States International Development Finance Corporation (the Corporation) is authorized to make such expenditures and commitments within the limits of funds and borrowing authority available to the Corporation, and in accordance with the law, and to make such expenditures and commitments without regard to fiscal year limitations, as provided by section 9104 of title 31, United States Code, as may be necessary in carrying out the programs for the current fiscal year for the Corporation: *Provided,* That for necessary expenses of the activities described in subsections (b), (c), (e), (f), and (g) of section 1421 of the BUILD Act of 2018 (division F of Public Law 115–254) and for administrative expenses to carry out authorized activities described in section 1434(d) of such Act, $983,250,000: *Provided further,* That of the amount provided—

(1) $243,000,000 shall remain available until September 30, 2026, for administrative expenses to carry out authorized activities (including an amount for official reception and representation expenses which shall not exceed $25,000); and

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 755

(2) $740,250,000 shall remain available until September 30, 2026, for the activities described in subsections (b), (c), (e), (f), and (g) of section 1421 of the BUILD Act of 2018, except such amounts obligated in a fiscal year for activities described in section 1421(c) of such Act shall remain available for disbursement for the term of the underlying project: *Provided further,* That amounts made available under this paragraph may be paid to the "United States International Development Finance Corporation—Program Account" for programs authorized by subsections (b), (e), (f), and (g) of section 1421 of the BUILD Act of 2018:

*Provided further,* That funds may only be obligated pursuant to section 1421(g) of the BUILD Act of 2018 subject to prior consultation with the appropriate congressional committees and the regular notification procedures of the Committees on Appropriations: *Provided further,* That funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs for support by the Corporation in upper-middle income countries shall be subject to prior consultation with the Committees on Appropriations: *Provided further,* That in fiscal year 2024 collections of amounts described in section 1434(h) of the BUILD Act of 2018 shall be credited as offsetting collections to this appropriation: *Provided further,* That such collections collected in fiscal year 2024 in excess of $983,250,000 shall be credited to this account and shall be available in future fiscal years only to the extent provided in advance in appropriations Acts: *Provided further,* That in fiscal year 2024, if such collections are less than $983,250,000, receipts collected pursuant to the BUILD Act of 2018 and the Federal Credit Reform Act of 1990, in an amount equal to such shortfall, shall be credited as offsetting collections to this appropriation: *Provided further,* That fees charged for project-specific transaction costs as described in section 1434(k) of the BUILD Act of 2018, and other direct costs associated with origination or monitoring services provided to specific or potential investors, shall not be considered administrative expenses for the purposes of this heading: *Provided further,* That such fees shall be credited to this account for such purposes, to remain available until expended: *Provided further,* That funds appropriated or otherwise made available under this heading may not be used to provide any type of assistance that is otherwise prohibited by any other provision of law or to provide assistance to any foreign country that is otherwise prohibited by any other provision of law: *Provided further,* That the sums herein appropriated from the General Fund shall be reduced on a dollar-for-dollar basis by the offsetting collections described under this heading so as to result in a final fiscal year appropriation from the General Fund estimated at $556,450,000.

*Consultation.*
*Notifications.*

*Consultation.*

*Collections.*

*Reduction.*

PROGRAM ACCOUNT

*Loans.*

Amounts paid from "United States International Development Finance Corporation—Corporate Capital Account" (CCA) shall remain available until September 30, 2026: *Provided,* That amounts paid to this account from CCA or transferred to this account pursuant to section 1434(j) of the BUILD Act of 2018 (division F of Public Law 115–254) shall be available for the costs of direct and guaranteed loans provided by the Corporation pursuant to section

138 STAT. 756        PUBLIC LAW 118–47—MAR. 23, 2024

1421(b) of such Act and the costs of modifying loans and loan guarantees transferred to the Corporation pursuant to section 1463 of such Act: *Provided further,* That such costs, including the cost of modifying such loans, shall be as defined in section 502 of the Congressional Budget Act of 1974: *Provided further,* That such amounts obligated in a fiscal year shall remain available for disbursement for the following 8 fiscal years: *Provided further,* That funds made available in this Act and transferred to carry out the Foreign Assistance Act of 1961 pursuant to section 1434(j) of the BUILD Act of 2018 may remain available for obligation for 1 additional fiscal year: *Provided further,* That the total loan principal or guaranteed principal amount shall not exceed $12,000,000,000.

> Disbursement.
> Time periods.
>
> Time period.

### TRADE AND DEVELOPMENT AGENCY

For necessary expenses to carry out the provisions of section 661 of the Foreign Assistance Act of 1961, $87,000,000, to remain available until September 30, 2025, of which no more than $24,500,000 may be used for administrative expenses: *Provided,* That of the funds appropriated under this heading, not more than $5,000 may be available for representation and entertainment expenses.

## TITLE VII

## GENERAL PROVISIONS

### ALLOWANCES AND DIFFERENTIALS

SEC. 7001. Funds appropriated under title I of this Act shall be available, except as otherwise provided, for allowances and differentials as authorized by subchapter 59 of title 5, United States Code; for services as authorized by section 3109 of such title and for hire of passenger transportation pursuant to section 1343(b) of title 31, United States Code.

### UNOBLIGATED BALANCES REPORT

> Time periods.
> Records.

SEC. 7002. Any department or agency of the United States Government to which funds are appropriated or otherwise made available by this Act shall provide to the Committees on Appropriations a quarterly accounting of cumulative unobligated balances and obligated, but unexpended, balances by program, project, and activity, and Treasury Account Fund Symbol of all funds received by such department or agency in fiscal year 2024 or any previous fiscal year, disaggregated by fiscal year: *Provided,* That the report required by this section shall be submitted not later than 30 days after the end of each fiscal quarter and should specify by account the amount of funds obligated pursuant to bilateral agreements which have not been further sub-obligated.

### CONSULTING SERVICES

> Contracts.

SEC. 7003. The expenditure of any appropriation under title I of this Act for any consulting service through procurement contract, pursuant to section 3109 of title 5, United States Code, shall be limited to those contracts where such expenditures are

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 757

a matter of public record and available for public inspection, except where otherwise provided under existing law, or under existing Executive order issued pursuant to existing law.

DIPLOMATIC FACILITIES

SEC. 7004. (a) CAPITAL SECURITY COST SHARING EXCEPTION.— Notwithstanding paragraph (2) of section 604(e) of the Secure Embassy Construction and Counterterrorism Act of 1999 (title VI of division A of H.R. 3427, as enacted into law by section 1000(a)(7) of Public Law 106–113 and contained in appendix G of that Act), as amended by section 111 of the Department of State Authorities Act, Fiscal Year 2017 (Public Law 114–323), a project to construct a facility of the United States may include office space or other accommodations for members of the United States Marine Corps.

(b) CONSULTATION AND NOTIFICATIONS.—Funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs, which may be made available for the acquisition of property or award of construction contracts for overseas United States diplomatic facilities during fiscal year 2024, shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations: *Provided,* That notifications pursuant to this subsection shall include the information enumerated under this section in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act): *Provided further,* That the Secretary of State shall consult with the Committees on Appropriations at the early project development stage for out-year construction projects, including to discuss security and non-security construction requirements, modifications to scope, and cost reductions identified for such projects, consistent with applicable laws and regulations: *Provided further,* That the Secretary shall submit a quarterly report to the Committees on Appropriations on contingency savings identified from funds appropriated under the heading "Embassy Security, Construction, and Maintenance" by prior Acts making appropriations for the Department of State, foreign operations, and related programs, and the obligation of funds made available by such savings shall be subject to prior consultation with the Committees on Appropriations. *[margin: Time period. Reports.]*

(c) INTERIM AND TEMPORARY FACILITIES ABROAD.—

(1) SECURITY VULNERABILITIES.—Funds appropriated by this Act under the heading "Embassy Security, Construction, and Maintenance" may be made available, following consultation with the appropriate congressional committees, to address security vulnerabilities at interim and temporary United States diplomatic facilities abroad, including physical security upgrades and local guard staffing. *[margin: Consultation.]*

(2) CONSULTATION.—Notwithstanding any other provision of law, the opening, closure, or any significant modification to an interim or temporary United States diplomatic facility shall be subject to prior consultation with the appropriate congressional committees and the regular notification procedures of the Committees on Appropriations, except that such consultation and notification may be waived if there is a security risk to personnel. *[margin: Notification. Waiver authority.]*

(d) SOFT TARGETS.—Funds appropriated by this Act under the heading "Embassy Security, Construction, and Maintenance" may

138 STAT. 758        PUBLIC LAW 118–47—MAR. 23, 2024

be made available for security upgrades to soft targets, including schools, recreational facilities, residences, and places of worship used by United States diplomatic personnel and their dependents.

Guidance. Requirements.

(e) REPORT.—Of the funds appropriated by this Act under the heading "Diplomatic Programs", $100,000,000 may not be obligated until the Secretary of State promulgates new guidance and requirements consistent with section 9301 of the Secure Embassy Construction and Counterterrorism Act of 2022 (title XCIII of division I of Public Law 117–263) and submits to the appropriate congressional committees a report detailing such guidance and requirements, including the impact of implementation on United States diplomatic facilities and construction projects.

(f) FACILITIES.—

Israel.

(1) None of the funds made available by this Act may be used to move the United States embassy in Israel to a location other than Jerusalem.

Repeal.

102 Stat. 2208.

(2) Section 305 of the Departments of Commerce, Justice, and State, the Judiciary, and Related Agencies Appropriations Act, 1989 (Public Law 100–459) is repealed.

PERSONNEL ACTIONS

SEC. 7005. Any costs incurred by a department or agency funded under title I of this Act resulting from personnel actions taken in response to funding reductions included in this Act shall be absorbed within the total budgetary resources available under title I to such department or agency: *Provided,* That the authority to transfer funds between appropriations accounts as may be necessary to carry out this section is provided in addition to authorities included elsewhere in this Act: *Provided further,* That use of funds to carry out this section shall be treated as a reprogramming of funds under section 7015 of this Act.

Transfer authority.

PROHIBITION ON PUBLICITY OR PROPAGANDA

SEC. 7006. No part of any appropriation contained in this Act shall be used for publicity or propaganda purposes within the United States not authorized before enactment of this Act by Congress: *Provided,* That up to $25,000 may be made available to carry out the provisions of section 316 of the International Security and Development Cooperation Act of 1980 (Public Law 96–533; 22 U.S.C. 2151a note).

PROHIBITION AGAINST DIRECT FUNDING FOR CERTAIN COUNTRIES

SEC. 7007. None of the funds appropriated or otherwise made available pursuant to titles III through VI of this Act shall be obligated or expended to finance directly any assistance or reparations for the governments of Cuba, North Korea, Iran, or Syria: *Provided,* That for purposes of this section, the prohibition on obligations or expenditures shall include direct loans, credits, insurance, and guarantees of the Export-Import Bank or its agents.

COUPS D'ÉTAT

SEC. 7008. (a) PROHIBITION.—None of the funds appropriated or otherwise made available pursuant to titles III through VI of this Act shall be obligated or expended to finance directly any

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 759

assistance to the government of any country whose duly elected head of government is deposed by military coup d'état or decree or, after the date of enactment of this Act, a coup d'état or decree in which the military plays a decisive role: *Provided,* That assistance may be resumed to such government if the Secretary of State certifies and reports to the appropriate congressional committees that subsequent to the termination of assistance a democratically elected government has taken office: *Provided further,* That the provisions of this section shall not apply to assistance to promote democratic elections or public participation in democratic processes, or to support a democratic transition: *Provided further,* That funds made available pursuant to the previous provisos shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations.

Certification. Reports.

Consultation. Notifications.

(b) WAIVER.—The Secretary of State, following consultation with the heads of relevant Federal agencies, may waive the restriction in this section on a program-by-program basis if the Secretary certifies and reports to the Committees on Appropriations that such waiver is in the national security interest of the United States: *Provided,* That funds made available pursuant to such waiver shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations.

Consultations. Certification. Reports.

Notifications.

TRANSFER OF FUNDS AUTHORITY

SEC. 7009. (a) DEPARTMENT OF STATE AND UNITED STATES AGENCY FOR GLOBAL MEDIA.—

(1) DEPARTMENT OF STATE.—

(A) IN GENERAL.—Not to exceed 5 percent of any appropriation made available for the current fiscal year for the Department of State under title I of this Act may be transferred between, and merged with, such appropriations, but no such appropriation, except as otherwise specifically provided, shall be increased by more than 10 percent by any such transfers, and no such transfer may be made to increase the appropriation under the heading "Representation Expenses".

(B) EMBASSY SECURITY.—Funds appropriated under the headings "Diplomatic Programs", including for Worldwide Security Protection, "Embassy Security, Construction, and Maintenance", and "Emergencies in the Diplomatic and Consular Service" in this Act may be transferred to, and merged with, funds appropriated under such headings if the Secretary of State determines and reports to the Committees on Appropriations that to do so is necessary to implement the recommendations of the Benghazi Accountability Review Board, for emergency evacuations, or to prevent or respond to security situations and requirements, following consultation with, and subject to the regular notification procedures of, such Committees.

Determination. Reports. Consultation. Notifications.

(C) EMERGENCIES IN THE DIPLOMATIC AND CONSULAR SERVICE.—Of the amount made available under the heading "Diplomatic Programs" for Worldwide Security Protection, not to exceed $50,000,000 may be transferred to, and merged with, funds made available by this Act under the heading "Emergencies in the Diplomatic and Consular

138 STAT. 760                PUBLIC LAW 118–47—MAR. 23, 2024

Service", to be available only for emergency evacuations and rewards, as authorized.

(D) CAPITAL INVESTMENT FUND.—Of the amount made available under the heading, "Diplomatic Programs", up to $50,000,000 may be transferred to, and merged with, funds made available in title I of this Act under the heading "Capital Investment Fund".

Requirement.

(E) PRIOR CONSULTATION.—The transfer authorities provided by subparagraphs (B), (C), and (D) are in addition to any transfer authority otherwise available in this Act and under any other provision of law and the exercise of such authority shall be subject to prior consultation with the Committees on Appropriations.

(2) UNITED STATES AGENCY FOR GLOBAL MEDIA.—Not to exceed 5 percent of any appropriation made available for the current fiscal year for the United States Agency for Global Media under title I of this Act may be transferred between, and merged with, such appropriations, but no such appropriation, except as otherwise specifically provided, shall be increased by more than 10 percent by any such transfers.

(3) TREATMENT AS REPROGRAMMING.—Any transfer pursuant to this subsection shall be treated as a reprogramming of funds under section 7015 of this Act and shall not be available for obligation or expenditure except in compliance with the procedures set forth in that section.

(b) LIMITATION ON TRANSFERS OF FUNDS BETWEEN AGENCIES.—

(1) IN GENERAL.—None of the funds made available under titles II through V of this Act may be transferred to any department, agency, or instrumentality of the United States Government, except pursuant to a transfer made by, or transfer authority provided in, this Act or any other appropriations Act.

(2) ALLOCATION AND TRANSFERS.—Notwithstanding paragraph (1), in addition to transfers made by, or authorized elsewhere in, this Act, funds appropriated by this Act to carry out the purposes of the Foreign Assistance Act of 1961 may be allocated or transferred to agencies of the United States Government pursuant to the provisions of sections 109, 610, and 632 of the Foreign Assistance Act of 1961, and section 1434(j) of the BUILD Act of 2018 (division F of Public Law 115–254).

Contracts.
Requirement.

(3) NOTIFICATION.—Any agreement entered into by the United States Agency for International Development or the Department of State with any department, agency, or instrumentality of the United States Government pursuant to section 632(b) of the Foreign Assistance Act of 1961 valued in excess of $1,000,000 and any agreement made pursuant to section 632(a) of such Act, with funds appropriated by this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs under the headings "Global Health Programs", "Development Assistance", "Economic Support Fund", and "Assistance for Europe, Eurasia and Central Asia" shall be subject to the regular notification procedures of the Committees on Appropriations: *Provided,* That the requirement in the previous sentence shall not apply to agreements entered into between USAID and the Department of State.

PUBLIC LAW 118–47—MAR. 23, 2024        138 STAT. 761

(c) UNITED STATES INTERNATIONAL DEVELOPMENT FINANCE CORPORATION.—

(1) TRANSFERS.—Amounts transferred pursuant to section 1434(j) of the BUILD Act of 2018 (division F of Public Law 115–254) may only be transferred from funds made available under title III of this Act: *Provided,* That any such transfers, or any other amounts transferred to the United States International Development Finance Corporation (the Corporation) pursuant to any provision of law, shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations: *Provided further,* That the Secretary of State, the Administrator of the United States Agency for International Development, and the Chief Executive Officer of the Corporation, as appropriate, shall ensure that the programs funded by such transfers are coordinated with, and complement, foreign assistance programs implemented by the Department of State and USAID.

*Requirement. Consultation. Notification.*

*Coordination.*

(2) TRANSFER OF FUNDS FROM MILLENNIUM CHALLENGE CORPORATION.—Funds appropriated under the heading "Millennium Challenge Corporation" in this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs may be transferred to accounts under the heading "United States International Development Finance Corporation" and, when so transferred, may be used for the costs of activities described in subsections (b) and (c) of section 1421 of the BUILD Act of 2018: *Provided,* That such funds shall be subject to the limitations provided in the second, third, and fifth provisos under the heading "United States International Development Finance Corporation—Program Account" in this Act: *Provided further,* That any transfer executed pursuant to the transfer authority provided in this paragraph shall not exceed 10 percent of an individual Compact awarded pursuant to section 609(a) of the Millennium Challenge Act of 2003 (title VI of Public Law 108–199): *Provided further,* That such funds shall not be available for administrative expenses of the United States International Development Finance Corporation: *Provided further,* That such authority shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations: *Provided further,* That the transfer authority provided in this section is in addition to any other transfer authority provided by law: *Provided further,* That within 60 days of the termination in whole or in part of the Compact from which funds were transferred under this authority to the United States International Development Finance Corporation, any unobligated balances shall be transferred back to the Millennium Challenge Corporation, subject to the regular notification procedures of the Committees on Appropriations.

*Requirement.*

*Requirement. Consultation. Notification.*

*Deadline. Notification.*

(d) TRANSFER OF FUNDS BETWEEN ACCOUNTS.—None of the funds made available under titles II through V of this Act may be obligated under an appropriations account to which such funds were not appropriated, except for transfers specifically provided for in this Act, unless the President, not less than 5 days prior to the exercise of any authority contained in the Foreign Assistance Act of 1961 to transfer funds, consults with and provides a written policy justification to the Committees on Appropriations.

*President. Time period. Consultation. Policy justification.*

138 STAT. 762          PUBLIC LAW 118–47—MAR. 23, 2024

Contracts.
Reports.

(e) AUDIT OF INTER-AGENCY TRANSFERS OF FUNDS.—Any agreement for the transfer or allocation of funds appropriated by this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs entered into between the Department of State or USAID and another agency of the United States Government under the authority of section 632(a) of the Foreign Assistance Act of 1961, or any comparable provision of law, shall expressly provide that the Inspector General (IG) for the agency receiving the transfer or allocation of such funds, or other entity with audit responsibility if the receiving agency does not have an IG, shall perform periodic program and financial audits of the use of such funds and report to the Department of State or USAID, as appropriate, upon completion of such audits: *Provided,* That such audits shall be transmitted to the Committees on Appropriations by the Department of State or USAID, as appropriate: *Provided further,* That funds transferred under such authority may be made available for the cost of such audits.

Transmittals.

PROHIBITION AND LIMITATION ON CERTAIN EXPENSES

SEC. 7010. (a) FIRST-CLASS TRAVEL.—None of the funds made available by this Act may be used for first-class travel by employees of United States Government departments and agencies funded by this Act in contravention of section 301–10.122 through 301–10.124 of title 41, Code of Federal Regulations.

Pornography.

(b) COMPUTER NETWORKS.—None of the funds made available by this Act for the operating expenses of any United States Government department or agency may be used to establish or maintain a computer network for use by such department or agency unless such network has filters designed to block access to sexually explicit websites: *Provided,* That nothing in this subsection shall limit the use of funds necessary for any Federal, State, Tribal, or local law enforcement agency, or any other entity carrying out the following activities: criminal investigations, prosecutions, and adjudications; administrative discipline; and the monitoring of such websites undertaken as part of official business.

(c) PROHIBITION ON PROMOTION OF TOBACCO.—None of the funds made available by this Act shall be available to promote the sale or export of tobacco or tobacco products (including electronic nicotine delivery systems), or to seek the reduction or removal by any foreign country of restrictions on the marketing of tobacco or tobacco products (including electronic nicotine delivery systems), except for restrictions which are not applied equally to all tobacco or tobacco products (including electronic nicotine delivery systems) of the same type.

(d) EMAIL SERVERS OUTSIDE THE .GOV DOMAIN.—None of the funds appropriated by this Act under the headings "Diplomatic Programs" and "Capital Investment Fund" in title I, and "Operating Expenses" and "Capital Investment Fund" in title II that are made available to the Department of State and the United States Agency for International Development may be made available to support the use or establishment of email accounts or email servers created outside the .gov domain or not fitted for automated records management as part of a Federal government records management program in contravention of the Presidential and Federal Records Act Amendments of 2014 (Public Law 113–187).

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 763

(e) REPRESENTATION AND ENTERTAINMENT EXPENSES.—Each Federal department, agency, or entity funded in titles I or II of this Act, and the Department of the Treasury and independent agencies funded in titles III or VI of this Act, shall take steps to ensure that domestic and overseas representation and entertainment expenses further official agency business and United States foreign policy interests, and—

(1) are primarily for fostering relations outside of the Executive Branch;

(2) are principally for meals and events of a protocol nature;

(3) are not for employee-only events; and

(4) do not include activities that are substantially of a recreational character.

(f) LIMITATIONS ON ENTERTAINMENT EXPENSES.—None of the funds appropriated or otherwise made available by this Act under the headings "International Military Education and Training" or "Foreign Military Financing Program" for Informational Program activities or under the headings "Global Health Programs", "Development Assistance", "Economic Support Fund", and "Assistance for Europe, Eurasia and Central Asia" may be obligated or expended to pay for—

(1) alcoholic beverages; or

Alcohol and alcoholic beverages.

(2) entertainment expenses for activities that are substantially of a recreational character, including entrance fees at sporting events, theatrical and musical productions, and amusement parks.

AVAILABILITY OF FUNDS

SEC. 7011. No part of any appropriation contained in this Act shall remain available for obligation after the expiration of the current fiscal year unless expressly so provided by this Act: *Provided,* That funds appropriated for the purposes of chapters 1 and 8 of part I, section 661, chapters 4, 5, 6, 8, and 9 of part II of the Foreign Assistance Act of 1961, section 23 of the Arms Export Control Act (22 U.S.C. 2763), and funds made available for "United States International Development Finance Corporation" and under the heading "Assistance for Europe, Eurasia and Central Asia" shall remain available for an additional 4 years from the date on which the availability of such funds would otherwise have expired, if such funds are initially obligated before the expiration of their respective periods of availability contained in this Act: *Provided further,* That notwithstanding any other provision of this Act, any funds made available for the purposes of chapter 1 of part I and chapter 4 of part II of the Foreign Assistance Act of 1961 which are allocated or obligated for cash disbursements in order to address balance of payments or economic policy reform objectives, shall remain available for an additional 4 years from the date on which the availability of such funds would otherwise have expired, if such funds are initially allocated or obligated before the expiration of their respective periods of availability contained in this Act: *Provided further,* That the Secretary of State and the Administrator of the United States Agency for International Development shall provide a report to the Committees on Appropriations not later than October 31, 2024, detailing by account and source year, the use of this authority during the previous fiscal year: *Provided further,* That an obligation in excess of $2,000,000

Time periods.

Reports.

Requirement.
Notification.

138 STAT. 764        PUBLIC LAW 118–47—MAR. 23, 2024

from deobligated balances of funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs that remain available due to the exercise of the authority of this section shall be subject to the regular notification procedures of the Committees on Appropriations.

LIMITATION ON ASSISTANCE TO COUNTRIES IN DEFAULT

*Time period.*
*Loans.*
*President.*
*Determination.*
*Consultation.*

SEC. 7012. No part of any appropriation provided under titles III through VI in this Act shall be used to furnish assistance to the government of any country which is in default during a period in excess of 1 calendar year in payment to the United States of principal or interest on any loan made to the government of such country by the United States pursuant to a program for which funds are appropriated under this Act unless the President determines, following consultation with the Committees on Appropriations, that assistance for such country is in the national interest of the United States.

PROHIBITION ON TAXATION OF UNITED STATES ASSISTANCE

*Negotiation.*
*Requirement.*

SEC. 7013. (a) PROHIBITION ON TAXATION.—None of the funds appropriated under titles III through VI of this Act may be made available to provide assistance for a foreign country under a new bilateral agreement governing the terms and conditions under which such assistance is to be provided unless such agreement includes a provision stating that assistance provided by the United States shall be exempt from taxation, or reimbursed, by the foreign government, and the Secretary of State and the Administrator of the United States Agency for International Development shall expeditiously seek to negotiate amendments to existing bilateral agreements, as necessary, to conform with this requirement.

*Deadline.*

(b) NOTIFICATION AND REIMBURSEMENT OF FOREIGN TAXES.—An amount equivalent to 200 percent of the total taxes assessed during fiscal year 2024 on funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs by a foreign government or entity against United States assistance programs, either directly or through grantees, contractors, and subcontractors, shall be withheld from obligation from funds appropriated for assistance for fiscal year 2025 and for prior fiscal years and allocated for the central government of such country or for the West Bank and Gaza program, as applicable, if, not later than September 30, 2025, such taxes have not been reimbursed.

(c) DE MINIMIS EXCEPTION.—Foreign taxes of a de minimis nature shall not be subject to the provisions of subsection (b).

(d) REPROGRAMMING OF FUNDS.—Funds withheld from obligation for each foreign government or entity pursuant to subsection (b) shall be reprogrammed for assistance for countries which do not assess taxes on United States assistance or which have an effective arrangement that is providing substantial reimbursement of such taxes, and that can reasonably accommodate such assistance in a programmatically responsible manner.

(e) DETERMINATIONS.—

*Reports.*

(1) IN GENERAL.—The provisions of this section shall not apply to any foreign government or entity that assesses such

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 765

taxes if the Secretary of State reports to the Committees on Appropriations that—

    (A) such foreign government or entity has an effective arrangement that is providing substantial reimbursement of such taxes; or

    (B) the foreign policy interests of the United States outweigh the purpose of this section to ensure that United States assistance is not subject to taxation.

  (2) CONSULTATION.—The Secretary of State shall consult with the Committees on Appropriations at least 15 days prior to exercising the authority of this subsection with regard to any foreign government or entity.

<div style="float:right">Time period.</div>

(f) IMPLEMENTATION.—The Secretary of State shall issue and update rules, regulations, or policy guidance, as appropriate, to implement the prohibition against the taxation of assistance contained in this section.

<div style="float:right">Regulations.<br>Guidance.</div>

(g) DEFINITIONS.—As used in this section:

  (1) BILATERAL AGREEMENT.—The term "bilateral agreement" refers to a framework bilateral agreement between the Government of the United States and the government of the country receiving assistance that describes the privileges and immunities applicable to United States foreign assistance for such country generally, or an individual agreement between the Government of the United States and such government that describes, among other things, the treatment for tax purposes that will be accorded the United States assistance provided under that agreement.

  (2) TAXES AND TAXATION.—The term "taxes and taxation" shall include value added taxes and customs duties but shall not include individual income taxes assessed to local staff.

RESERVATIONS OF FUNDS

SEC. 7014. (a) REPROGRAMMING.—Funds appropriated under titles III through VI of this Act which are specifically designated may be reprogrammed for other programs within the same account notwithstanding the designation if compliance with the designation is made impossible by operation of any provision of this or any other Act: *Provided,* That any such reprogramming shall be subject to the regular notification procedures of the Committees on Appropriations: *Provided further,* That assistance that is reprogrammed pursuant to this subsection shall be made available under the same terms and conditions as originally provided.

<div style="float:right">Requirement.<br>Notification.</div>

(b) EXTENSION OF AVAILABILITY.—In addition to the authority contained in subsection (a), the original period of availability of funds appropriated by this Act and administered by the Department of State or the United States Agency for International Development that are specifically designated for particular programs or activities by this or any other Act may be extended for an additional fiscal year if the Secretary of State or the USAID Administrator, as appropriate, determines and reports promptly to the Committees on Appropriations that the termination of assistance to a country or a significant change in circumstances makes it unlikely that such designated funds can be obligated during the original period of availability: *Provided,* That such designated funds that continue to be available for an additional fiscal year shall be obligated only for the purpose of such designation.

<div style="float:right">Determination.<br>Reports.</div>

138 STAT. 766    PUBLIC LAW 118–47—MAR. 23, 2024

(c) OTHER ACTS.—Ceilings and specifically designated funding levels contained in this Act shall not be applicable to funds or authorities appropriated or otherwise made available by any subsequent Act unless such Act specifically so directs: *Provided,* That specifically designated funding levels or minimum funding requirements contained in any other Act shall not be applicable to funds appropriated by this Act.

NOTIFICATION REQUIREMENTS

SEC. 7015. (a) NOTIFICATION OF CHANGES IN PROGRAMS, PROJECTS, AND ACTIVITIES.—None of the funds made available in titles I, II, and VI, and under the headings "Peace Corps" and "Millennium Challenge Corporation", of this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs to the departments and agencies funded by this Act that remain available for obligation in fiscal year 2024, or provided from any accounts in the Treasury of the United States derived by the collection of fees or of currency reflows or other offsetting collections, or made available by transfer, to the departments and agencies funded by this Act, shall be available for obligation to—

> (1) create new programs;
> (2) suspend or eliminate a program, project, or activity;
> (3) close, suspend, open, or reopen a mission or post;
> (4) create, close, reorganize, downsize, or rename bureaus, centers, or offices; or
> (5) contract out or privatize any functions or activities presently performed by Federal employees;

unless previously justified to the Committees on Appropriations or such Committees are notified 15 days in advance of such obligation.

(b) NOTIFICATION OF REPROGRAMMING OF FUNDS.—None of the funds provided under titles I, II, and VI of this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs, to the departments and agencies funded under such titles that remain available for obligation in fiscal year 2024, or provided from any accounts in the Treasury of the United States derived by the collection of fees available to the department and agency funded under title I of this Act, shall be available for obligation or expenditure for programs, projects, or activities through a reprogramming of funds in excess of $1,000,000 or 10 percent, whichever is less, that—

> (1) augments or changes existing programs, projects, or activities;
> (2) relocates an existing office or employees;
> (3) reduces by 10 percent funding for any existing program, project, or activity, or numbers of personnel by 10 percent as approved by Congress; or
> (4) results from any general savings, including savings from a reduction in personnel, which would result in a change in existing programs, projects, or activities as approved by Congress;

unless the Committees on Appropriations are notified 15 days in advance of such reprogramming of funds.

(c) NOTIFICATION REQUIREMENT.—None of the funds made available by this Act under the headings "Global Health Programs",

*Time period.*

*Contracts.*

*Time period.*

*Time periods.*

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 767

"Development Assistance", "Economic Support Fund", "Democracy
Fund", "Assistance for Europe, Eurasia and Central Asia", "Peace
Corps", "Millennium Challenge Corporation", "International Nar-
cotics Control and Law Enforcement", "Nonproliferation, Anti-ter-
rorism, Demining and Related Programs", "Peacekeeping Oper-
ations", "International Military Education and Training", "Foreign
Military Financing Program", "International Organizations and Pro-
grams", "United States International Development Finance Cor-
poration", and "Trade and Development Agency" shall be available
for obligation for programs, projects, activities, type of materiel
assistance, countries, or other operations not justified or in excess
of the amount justified to the Committees on Appropriations for
obligation under any of these specific headings unless the Commit-
tees on Appropriations are notified 15 days in advance of such
obligation: *Provided,* That the President shall not enter into any          President.
commitment of funds appropriated for the purposes of section 23
of the Arms Export Control Act for the provision of major defense
equipment, other than conventional ammunition, or other major
defense items defined to be aircraft, ships, missiles, or combat
vehicles, not previously justified to Congress or 20 percent in excess
of the quantities justified to Congress unless the Committees on
Appropriations are notified 15 days in advance of such commitment:
*Provided further,* That requirements of this subsection or any
similar provision of this or any other Act shall not apply to any
reprogramming for a program, project, or activity for which funds
are appropriated under titles III through VI of this Act of less
than 10 percent of the amount previously justified to Congress
for obligation for such program, project, or activity for the current
fiscal year: *Provided further,* That any notification submitted pursu-
ant to subsection (f) of this section shall include information (if
known on the date of transmittal of such notification) on the use
of notwithstanding authority.

(d) DEPARTMENT OF DEFENSE PROGRAMS AND FUNDING
NOTIFICATIONS.—

(1) PROGRAMS.—None of the funds appropriated by this          Cost estimate.
Act or prior Acts making appropriations for the Department
of State, foreign operations, and related programs may be made
available to support or continue any program initially funded
under any authority of title 10, United States Code, or any
Act making or authorizing appropriations for the Department
of Defense, unless the Secretary of State, in consultation with
the Secretary of Defense and in accordance with the regular
notification procedures of the Committees on Appropriations,
submits a justification to such Committees that includes a
description of, and the estimated costs associated with, the
support or continuation of such program.

(2) FUNDING.—Notwithstanding any other provision of law,
funds transferred by the Department of Defense to the Depart-
ment of State and the United States Agency for International
Development for assistance for foreign countries and inter-
national organizations shall be subject to the regular notifica-
tion procedures of the Committees on Appropriations.

(3) NOTIFICATION ON EXCESS DEFENSE ARTICLES.—Prior to
providing excess Department of Defense articles in accordance
with section 516(a) of the Foreign Assistance Act of 1961,
the Department of Defense shall notify the Committees on

Appropriations to the same extent and under the same conditions as other committees pursuant to subsection (f) of that section: *Provided,* That before issuing a letter of offer to sell excess defense articles under the Arms Export Control Act, the Department of Defense shall notify the Committees on Appropriations in accordance with the regular notification procedures of such Committees if such defense articles are significant military equipment (as defined in section 47(9) of the Arms Export Control Act) or are valued (in terms of original acquisition cost) at $7,000,000 or more, or if notification is required elsewhere in this Act for the use of appropriated funds for specific countries that would receive such excess defense articles: *Provided further,* That such Committees shall also be informed of the original acquisition cost of such defense articles.

(e) WAIVER.—The requirements of this section or any similar provision of this Act or any other Act, including any prior Act requiring notification in accordance with the regular notification procedures of the Committees on Appropriations, may be waived if failure to do so would pose a substantial risk to human health or welfare: *Provided,* That in case of any such waiver, notification to the Committees on Appropriations shall be provided as early as practicable, but in no event later than 3 days after taking the action to which such notification requirement was applicable, in the context of the circumstances necessitating such waiver: *Provided further,* That any notification provided pursuant to such a waiver shall contain an explanation of the emergency circumstances.

(f) COUNTRY NOTIFICATION REQUIREMENTS.—None of the funds appropriated under titles III through VI of this Act may be obligated or expended for assistance for Afghanistan, Bahrain, Burma, Cambodia, Colombia, Cuba, Egypt, El Salvador, Ethiopia, Guatemala, Haiti, Honduras, Iran, Iraq, Lebanon, Libya, Mexico, Nicaragua, Pakistan, Philippines, the Russian Federation, Rwanda, Somalia, South Sudan, Sudan, Syria, Tunisia, Ukraine, Venezuela, Yemen, and Zimbabwe except as provided through the regular notification procedures of the Committees on Appropriations.

(g) TRUST FUNDS.—Funds appropriated or otherwise made available in title III of this Act and prior Acts making funds available for the Department of State, foreign operations, and related programs that are made available for a trust fund held by an international financial institution shall be subject to the regular notification procedures of the Committees on Appropriations, and such notification shall include the information specified under this section in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act).

(h) OTHER PROGRAM NOTIFICATION REQUIREMENTS.—

(1) DIPLOMATIC PROGRAMS.—Funds appropriated under title I of this Act under the heading "Diplomatic Programs" that are made available for lateral entry into the Foreign Service shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations.

(2) OTHER PROGRAMS.—Funds appropriated by this Act that are made available for the following programs and activities shall be subject to the regular notification procedures of the Committees on Appropriations:

(A) the Global Engagement Center;

Deadline.

Consultation.

PUBLIC LAW 118–47—MAR. 23, 2024        138 STAT. 769

(B) the Power Africa and Prosper Africa initiatives;
(C) community-based police assistance conducted pursuant to the authority of section 7035(a)(1) of this Act;
(D) the Prevention and Stabilization Fund and the Multi-Donor Global Fragility Fund;
(E) the Indo-Pacific Strategy;
(F) the Countering PRC Influence Fund and the Countering Russian Influence Fund;
(G) the Gender Equity and Equality Action Fund; and
(H) funds specifically allocated for the Partnership for Global Infrastructure and Investment.

(3) DEMOCRACY PROGRAM POLICY AND PROCEDURES.—Modifications to democracy program policy and procedures, including relating to the use of consortia, by the Department of State and USAID shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations.

<div style="float:right">Consultation.</div>

(4) ARMS SALES.—The reports, notifications, and certifications, and any other documents, required to be submitted pursuant to section 36(a) of the Arms Export Control Act (22 U.S.C. 2776), and such documents submitted pursuant to section 36(b) through (d) of such Act with respect to countries that have received assistance provided with funds appropriated by this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs, shall be concurrently submitted to the Committees on Appropriations and shall include information about the source of funds for any sale or transfer, as applicable, if known at the time of submission.

<div style="float:right">Reports.<br>Certifications.</div>

(i) WITHHOLDING OF FUNDS.—Funds appropriated by this Act under titles III and IV that are withheld from obligation or otherwise not programmed as a result of application of a provision of law in this or any other Act shall, if reprogrammed, be subject to the regular notification procedures of the Committees on Appropriations.

(j) REQUIREMENT TO INFORM.—The Secretary of State and USAID Administrator, as applicable, shall promptly inform the appropriate congressional committees of each instance in which funds appropriated by this Act for assistance have been diverted or destroyed, to include the type and amount of assistance, a description of the incident and parties involved, and an explanation of the response of the Department of State or USAID, as appropriate.

(k) PRIOR CONSULTATION REQUIREMENT.—The Secretary of State, the Administrator of the United States Agency for International Development, the Chief Executive Officer of the United States International Development Finance Corporation, and the Chief Executive Officer of the Millennium Challenge Corporation shall consult with the Committees on Appropriations at least 7 days prior to informing a government of, or publicly announcing a decision on, the suspension or early termination of assistance to a country or a territory, including as a result of an interagency review of such assistance, from funds appropriated by this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs: *Provided,* That such consultation shall include a detailed justification for such suspension, including a description of the assistance being suspended.

<div style="float:right">Time period.</div>

DOCUMENTS, REPORT POSTING, RECORDS MANAGEMENT, AND RELATED
CYBERSECURITY PROTECTIONS

SEC. 7016. (a) DOCUMENT REQUESTS.—None of the funds appropriated or made available pursuant to titles III through VI of this Act shall be available to a nongovernmental organization, including any contractor, which fails to provide upon timely request any document, file, or record necessary to the auditing requirements of the Department of State and the United States Agency for International Development.

(b) PUBLIC POSTING OF REPORTS.—

(1) Except as provided in paragraphs (2) and (3), any report required by this Act to be submitted to Congress by any Federal agency receiving funds made available by this Act shall be posted on the public website of such agency not later than 45 days following the receipt of such report by Congress.

(2) Paragraph (1) shall not apply to a report if—

(A) the head of such agency determines and reports to the Committees on Appropriations in the transmittal letter accompanying such report that—

(i) the public posting of the report would compromise national security, including the conduct of diplomacy; or

(ii) the report contains proprietary or other privileged information; or

(B) the public posting of the report is specifically exempted in House Report 118–146, Senate Report 118–71, or the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act).

(3) The agency posting such report shall do so only after the report has been made available to the Committees on Appropriations.

(4) The head of the agency posting such report shall do so in a central location on the public website of such agency.

(c) RECORDS MANAGEMENT AND RELATED CYBERSECURITY PROTECTIONS.—The Secretary of State and USAID Administrator shall—

(1) regularly review and update the policies, directives, and oversight necessary to comply with Federal statutes, regulations, and presidential executive orders and memoranda concerning the preservation of all records made or received in the conduct of official business, including record emails, instant messaging, and other online tools;

(2) use funds appropriated by this Act under the headings "Diplomatic Programs" and "Capital Investment Fund" in title I, and "Operating Expenses" and "Capital Investment Fund" in title II, as appropriate, to improve Federal records management pursuant to the Federal Records Act (44 U.S.C. Chapters 21, 29, 31, and 33) and other applicable Federal records management statutes, regulations, or policies for the Department of State and USAID;

(3) direct departing employees, including senior officials, that all Federal records generated by such employees belong to the Federal Government;

(4) substantially reduce, compared to the previous fiscal year, the response time for identifying and retrieving Federal

Determination.
Transmittal.

Review.
Updates.
Compliance.

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 771

records, including requests made pursuant to section 552 of title 5, United States Code (commonly known as the "Freedom of Information Act"); and

(5) strengthen cybersecurity measures to mitigate vulnerabilities, including those resulting from the use of personal email accounts or servers outside the .gov domain, improve the process to identify and remove inactive user accounts, update and enforce guidance related to the control of national security information, and implement the recommendations of the applicable reports of the cognizant Office of Inspector General.

Guidance.
Implementation.

USE OF FUNDS IN CONTRAVENTION OF THIS ACT

SEC. 7017. If the President makes a determination not to comply with any provision of this Act on constitutional grounds, the head of the relevant Federal agency shall notify the Committees on Appropriations in writing within 5 days of such determination, the basis for such determination and any resulting changes to program or policy.

President.
Determination.
Notification.
Deadline.

PROHIBITION ON FUNDING FOR ABORTIONS AND INVOLUNTARY STERILIZATION

SEC. 7018. None of the funds made available to carry out part I of the Foreign Assistance Act of 1961, as amended, may be used to pay for the performance of abortions as a method of family planning or to motivate or coerce any person to practice abortions. None of the funds made available to carry out part I of the Foreign Assistance Act of 1961, as amended, may be used to pay for the performance of involuntary sterilization as a method of family planning or to coerce or provide any financial incentive to any person to undergo sterilizations. None of the funds made available to carry out part I of the Foreign Assistance Act of 1961, as amended, may be used to pay for any biomedical research which relates in whole or in part, to methods of, or the performance of, abortions or involuntary sterilization as a means of family planning. None of the funds made available to carry out part I of the Foreign Assistance Act of 1961, as amended, may be obligated or expended for any country or organization if the President certifies that the use of these funds by any such country or organization would violate any of the above provisions related to abortions and involuntary sterilizations.

President.
Certification.

ALLOCATIONS AND REPORTS

SEC. 7019. (a) ALLOCATION TABLES.—Subject to subsection (b), funds appropriated by this Act under titles III through V shall be made available in the amounts specifically designated in the respective tables included in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act): *Provided,* That such designated amounts for foreign countries and international organizations shall serve as the amounts for such countries and international organizations transmitted to Congress in the report required by section 653(a) of the Foreign Assistance Act of 1961, and shall be made available for such foreign countries and international organizations notwithstanding the date of the transmission of such report.

138 STAT. 772        PUBLIC LAW 118–47—MAR. 23, 2024

(b) AUTHORIZED DEVIATIONS.—Unless otherwise provided for by this Act, the Secretary of State and the Administrator of the United States Agency for International Development, as applicable, may only deviate up to 10 percent from the amounts specifically designated in the respective tables included in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act): *Provided,* That such percentage may be exceeded only if the Secretary of State or USAID Administrator, as applicable, determines and reports in writing to the Committees on Appropriations on a case-by-case basis that such deviation is necessary to respond to significant, exigent, or unforeseen events, or to address other exceptional circumstances directly related to the national security interest of the United States, including a description of such events or circumstances: *Provided further,* That deviations pursuant to the preceding proviso shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations.

Determination.

Requirement.
Consultation.
Notification.

(c) LIMITATION.—For specifically designated amounts that are included, pursuant to subsection (a), in the report required by section 653(a) of the Foreign Assistance Act of 1961, deviations authorized by subsection (b) may only take place after submission of such report.

(d) EXCEPTIONS.—

(1) Subsections (a) and (b) shall not apply to—

(A) funds for which the initial period of availability has expired; and

(B) amounts designated by this Act as minimum funding requirements.

(2) The authority of subsection (b) to deviate from amounts designated in the respective tables included in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act) shall not apply to the table included under the heading "Global Health Programs" in such statement.

(3) With respect to the amounts designated for "Global Programs" in the table under the heading "Economic Support Fund" included in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act), the matter preceding the first proviso in subsection (b) of this section shall be applied by substituting "5 percent" for "10 percent", and the provisos in such subsection (b) shall not apply.

Applicability.

(e) REPORTS.—The Secretary of State, USAID Administrator, and other designated officials, as appropriate, shall submit the reports required, in the manner described, in House Report 118–146, Senate Report 118–71, and the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act), unless otherwise directed in such explanatory statement.

(f) CLARIFICATION.—Funds appropriated by this Act under the headings "International Disaster Assistance" and "Migration and Refugee Assistance" shall not be included for purposes of meeting amounts designated for countries in this Act, unless such headings are specifically designated as the source of funds.

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 773

MULTI-YEAR PLEDGES

SEC. 7020. None of the funds appropriated or otherwise made available by this Act may be used to make any pledge for future year funding for any multilateral or bilateral program funded in titles III through VI of this Act unless such pledge is: (1) previously justified, including the projected future year costs, in a congressional budget justification; (2) included in an Act making appropriations for the Department of State, foreign operations, and related programs or previously authorized by an Act of Congress; (3) notified in accordance with the regular notification procedures of the Committees on Appropriations, including the projected future year costs; or (4) the subject of prior consultation with the Committees on Appropriations and such consultation was conducted at least 7 days in advance of the pledge.

PROHIBITION ON ASSISTANCE TO GOVERNMENTS SUPPORTING INTERNATIONAL TERRORISM

SEC. 7021. (a) LETHAL MILITARY EQUIPMENT EXPORTS.—

(1) PROHIBITION.—None of the funds appropriated or otherwise made available under titles III through VI of this Act may be made available to any foreign government which provides lethal military equipment to a country the government of which the Secretary of State has determined supports international terrorism for purposes of section 1754(c) of the Export Reform Control Act of 2018 (50 U.S.C. 4813(c)): *Provided,* That the prohibition under this section with respect to a foreign government shall terminate 12 months after that government ceases to provide such military equipment: *Provided further,* That this section applies with respect to lethal military equipment provided under a contract entered into after October 1, 1997.

(2) DETERMINATION.—Assistance restricted by paragraph (1) or any other similar provision of law, may be furnished if the President determines that to do so is important to the national interest of the United States.

(3) REPORT.—Whenever the President makes a determination pursuant to paragraph (2), the President shall submit to the Committees on Appropriations a report with respect to the furnishing of such assistance, including a detailed explanation of the assistance to be provided, the estimated dollar amount of such assistance, and an explanation of how the assistance furthers the United States national interest.

(b) BILATERAL ASSISTANCE.—

(1) LIMITATIONS.—Funds appropriated for bilateral assistance in titles III through VI of this Act and funds appropriated under any such title in prior Acts making appropriations for the Department of State, foreign operations, and related programs, shall not be made available to any foreign government which the President determines—

(A) grants sanctuary from prosecution to any individual or group which has committed an act of international terrorism;

(B) otherwise supports international terrorism; or

(C) is controlled by an organization designated as a terrorist organization under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189).

---

*[margin notes]*

Notification.
Consultation.
Time period.

President.
Determinations.

Termination date.

Applicability.

Estimate.

138 STAT. 774          PUBLIC LAW 118–47—MAR. 23, 2024

Federal Register,
publication.
Time period.
Notification.

(2) WAIVER.—The President may waive the application of paragraph (1) to a government if the President determines that national security or humanitarian reasons justify such waiver: *Provided,* That the President shall publish each such waiver in the Federal Register and, at least 15 days before the waiver takes effect, shall notify the Committees on Appropriations of the waiver (including the justification for the waiver) in accordance with the regular notification procedures of the Committees on Appropriations.

AUTHORIZATION REQUIREMENTS

SEC. 7022. Funds appropriated by this Act, except funds appropriated under the heading "Trade and Development Agency", may be obligated and expended notwithstanding section 10 of Public Law 91–672 (22 U.S.C. 2412), section 15 of the State Department Basic Authorities Act of 1956 (22 U.S.C. 2680), section 313 of the Foreign Relations Authorization Act, Fiscal Years 1994 and 1995 (22 U.S.C. 6212), and section 504(a)(1) of the National Security Act of 1947 (50 U.S.C. 3094(a)(1)).

DEFINITION OF PROGRAM, PROJECT, AND ACTIVITY

SEC. 7023. For the purpose of titles II through VI of this Act, "program, project, and activity" shall be defined at the appropriations Act account level and shall include all appropriations and authorizations Acts funding directives, ceilings, and limitations with the exception that for the "Economic Support Fund", "Assistance for Europe, Eurasia and Central Asia", and "Foreign Military Financing Program" accounts, "program, project, and activity" shall also be considered to include country, regional, and central program level funding within each such account, and for the development assistance accounts of the United States Agency for International Development, "program, project, and activity" shall also be considered to include central, country, regional, and program level funding, either as—

(1) justified to Congress; or

(2) allocated by the Executive Branch in accordance with the report required by section 653(a) of the Foreign Assistance Act of 1961 or as modified pursuant to section 7019 of this Act.

AUTHORITIES FOR THE PEACE CORPS, INTER-AMERICAN FOUNDATION,
AND UNITED STATES AFRICAN DEVELOPMENT FOUNDATION

SEC. 7024. Unless expressly provided to the contrary, provisions of this or any other Act, including provisions contained in prior Acts authorizing or making appropriations for the Department of State, foreign operations, and related programs, shall not be construed to prohibit activities authorized by or conducted under the Peace Corps Act, the Inter-American Foundation Act, or the African Development Foundation Act: *Provided,* That prior to conducting activities in a country for which assistance is prohibited, the agency shall consult with the Committees on Appropriations and report to such Committees within 15 days of taking such action.

Consultation.
Reports.

PUBLIC LAW 118–47—MAR. 23, 2024    138 STAT. 775

COMMERCE, TRADE AND SURPLUS COMMODITIES

SEC. 7025. (a) WORLD MARKETS.—None of the funds appropriated or made available pursuant to titles III through VI of this Act for direct assistance and none of the funds otherwise made available to the Export-Import Bank and the United States International Development Finance Corporation shall be obligated or expended to finance any loan, any assistance, or any other financial commitments for establishing or expanding production of any commodity for export by any country other than the United States, if the commodity is likely to be in surplus on world markets at the time the resulting productive capacity is expected to become operative and if the assistance will cause substantial injury to United States producers of the same, similar, or competing commodity: *Provided,* That such prohibition shall not apply to the Export-Import Bank if in the judgment of its Board of Directors the benefits to industry and employment in the United States are likely to outweigh the injury to United States producers of the same, similar, or competing commodity, and the Chairman of the Board so notifies the Committees on Appropriations: *Provided further,* That this subsection shall not prohibit—

Notification.

(1) activities in a country that is eligible for assistance from the International Development Association, is not eligible for assistance from the International Bank for Reconstruction and Development, and does not export on a consistent basis the agricultural commodity with respect to which assistance is furnished; or

(2) activities in a country the President determines is recovering from widespread conflict, a humanitarian crisis, or a complex emergency.

President. Determination.

(b) EXPORTS.—None of the funds appropriated by this or any other Act to carry out chapter 1 of part I of the Foreign Assistance Act of 1961 shall be available for any testing or breeding feasibility study, variety improvement or introduction, consultancy, publication, conference, or training in connection with the growth or production in a foreign country of an agricultural commodity for export which would compete with a similar commodity grown or produced in the United States: *Provided,* That this subsection shall not prohibit—

(1) activities designed to increase food security in developing countries where such activities will not have a significant impact on the export of agricultural commodities of the United States;

(2) research activities intended primarily to benefit United States producers;

(3) activities in a country that is eligible for assistance from the International Development Association, is not eligible for assistance from the International Bank for Reconstruction and Development, and does not export on a consistent basis the agricultural commodity with respect to which assistance is furnished; or

(4) activities in a country the President determines is recovering from widespread conflict, a humanitarian crisis, or a complex emergency.

President. Determination.

(c) INTERNATIONAL FINANCIAL INSTITUTIONS.—The Secretary of the Treasury shall instruct the United States executive director of each international financial institution to use the voice and

22 USC 262h note.

138 STAT. 776        PUBLIC LAW 118–47—MAR. 23, 2024

vote of the United States to oppose any assistance by such institu-
tion, using funds appropriated or otherwise made available by this
Act, for the production or extraction of any commodity or mineral
for export, if it is in surplus on world markets and if the assistance
will cause substantial injury to United States producers of the
same, similar, or competing commodity.

SEPARATE ACCOUNTS

Requirements.
22 USC 2362
note.

SEC. 7026. (a) SEPARATE ACCOUNTS FOR LOCAL CURRENCIES.—
(1) AGREEMENTS.—If assistance is furnished to the govern-
ment of a foreign country under chapters 1 and 10 of part
I or chapter 4 of part II of the Foreign Assistance Act of
1961 under agreements which result in the generation of local
currencies of that country, the Administrator of the United
States Agency for International Development shall—
(A) require that local currencies be deposited in a
separate account established by that government;
(B) enter into an agreement with that government
which sets forth—
(i) the amount of the local currencies to be gen-
erated; and
(ii) the terms and conditions under which the cur-
rencies so deposited may be utilized, consistent with
this section; and
(C) establish by agreement with that government the
responsibilities of USAID and that government to monitor
and account for deposits into and disbursements from the
separate account.
(2) USES OF LOCAL CURRENCIES.—As may be agreed upon
with the foreign government, local currencies deposited in a
separate account pursuant to subsection (a), or an equivalent
amount of local currencies, shall be used only—
(A) to carry out chapter 1 or 10 of part I or chapter
4 of part II of the Foreign Assistance Act of 1961 (as
the case may be), for such purposes as—
(i) project and sector assistance activities; or
(ii) debt and deficit financing; or
(B) for the administrative requirements of the United
States Government.
(3) PROGRAMMING ACCOUNTABILITY.—USAID shall take all
necessary steps to ensure that the equivalent of the local cur-
rencies disbursed pursuant to subsection (a)(2)(A) from the
separate account established pursuant to subsection (a)(1) are
used for the purposes agreed upon pursuant to subsection (a)(2).
(4) TERMINATION OF ASSISTANCE PROGRAMS.—Upon termi-
nation of assistance to a country under chapter 1 or 10 of
part I or chapter 4 of part II of the Foreign Assistance Act
of 1961 (as the case may be), any unencumbered balances
of funds which remain in a separate account established pursu-
ant to subsection (a) shall be disposed of for such purposes
as may be agreed to by the government of that country and
the United States Government.

Notifications.

(b) SEPARATE ACCOUNTS FOR CASH TRANSFERS.—
(1) IN GENERAL.—If assistance is made available to the
government of a foreign country, under chapter 1 or 10 of
part I or chapter 4 of part II of the Foreign Assistance Act

of 1961, as cash transfer assistance or as nonproject sector assistance, that country shall be required to maintain such funds in a separate account and not commingle with any other funds.

(2) APPLICABILITY OF OTHER PROVISIONS OF LAW.—Such funds may be obligated and expended notwithstanding provisions of law which are inconsistent with the nature of this assistance, including provisions which are referenced in the Joint Explanatory Statement of the Committee of Conference accompanying House Joint Resolution 648 (House Report No. 98–1159).

(3) NOTIFICATION.—At least 15 days prior to obligating any such cash transfer or nonproject sector assistance, the President shall submit a notification through the regular notification procedures of the Committees on Appropriations, which shall include a detailed description of how the funds proposed to be made available will be used, with a discussion of the United States interests that will be served by such assistance (including, as appropriate, a description of the economic policy reforms that will be promoted by such assistance).

*Time period.*
*President.*

(4) EXEMPTION.—Nonproject sector assistance funds may be exempt from the requirements of paragraph (1) only through the regular notification procedures of the Committees on Appropriations.

ELIGIBILITY FOR ASSISTANCE

SEC. 7027. (a) ASSISTANCE THROUGH NONGOVERNMENTAL ORGANIZATIONS.—Restrictions contained in this or any other Act with respect to assistance for a country shall not be construed to restrict assistance in support of programs of nongovernmental organizations from funds appropriated by this Act to carry out the provisions of chapters 1, 10, 11, and 12 of part I and chapter 4 of part II of the Foreign Assistance Act of 1961 and from funds appropriated under the heading "Assistance for Europe, Eurasia and Central Asia": *Provided,* That before using the authority of this subsection to furnish assistance in support of programs of nongovernmental organizations, the President shall notify the Committees on Appropriations pursuant to the regular notification procedures, including a description of the program to be assisted, the assistance to be provided, and the reasons for furnishing such assistance: *Provided further,* That nothing in this subsection shall be construed to alter any existing statutory prohibitions against abortion or involuntary sterilizations contained in this or any other Act.

*Notifications.*

*President.*

*Abortion.*
*Sterilization.*

(b) PUBLIC LAW 480.—During fiscal year 2024, restrictions contained in this or any other Act with respect to assistance for a country shall not be construed to restrict assistance under the Food for Peace Act (Public Law 83–480; 7 U.S.C. 1721 et seq.): *Provided,* That none of the funds appropriated to carry out title I of such Act and made available pursuant to this subsection may be obligated or expended except as provided through the regular notification procedures of the Committees on Appropriations.

(c) EXCEPTION.—This section shall not apply—

(1) with respect to section 620A of the Foreign Assistance Act of 1961 or any comparable provision of law prohibiting

138 STAT. 778          PUBLIC LAW 118–47—MAR. 23, 2024

assistance to countries that support international terrorism; or

(2) with respect to section 116 of the Foreign Assistance Act of 1961 or any comparable provision of law prohibiting assistance to the government of a country that violates internationally recognized human rights.

PROMOTION OF UNITED STATES ECONOMIC INTERESTS

SEC. 7028. (a) DIPLOMATIC ENGAGEMENT.—Consistent with section 704 of the Championing American Business Through Diplomacy Act of 2019 (title VII of division J of Public Law 116–94), the Secretary of State, in consultation with the Secretary of Commerce, should prioritize the allocation of funds appropriated by this Act under the heading "Diplomatic Programs" for support of Chief of Mission diplomatic engagement to foster commercial relations and safeguard United States economic and business interests in the country in which each Chief of Mission serves, including activities and initiatives to create and maintain an enabling environment, promote and protect such interests, and resolve commercial disputes: *Provided,* That each Mission Resource Request and Bureau Resource Request shall include amounts required to prioritize the activities described in this subsection.

(b) TRAINING.—In carrying out section 705 of title VII of division J of Public Law 116–94, the Secretary of State shall annually assess training needs across the economic and commercial diplomacy issue areas and ensure, after a review of course offerings, course attendance records, and course evaluation results, that current offerings meet training needs.

(c) ASSISTANCE.—The Secretary of State should direct each Chief of Mission to consider how best to advance and support commercial relations and the safeguarding of United States business interests in the development and execution of the applicable Integrated Country Strategy and the Mission Resource Request for each country receiving bilateral assistance from funds appropriated by this Act.

INTERNATIONAL FINANCIAL INSTITUTIONS

SEC. 7029. (a) EVALUATIONS.—The Secretary of the Treasury shall instruct the United States executive director of each international financial institution to use the voice of the United States to encourage such institution to adopt and implement a publicly available policy, including the strategic use of peer reviews and external experts, to conduct independent, in-depth evaluations of the effectiveness of at least 35 percent of all loans, grants, programs, and significant analytical non-lending activities in advancing the institution's goals of reducing poverty and promoting equitable economic growth, consistent with relevant safeguards, to ensure that decisions to support such loans, grants, programs, and activities are based on accurate data and objective analysis.

(b) SAFEGUARDS.—

(1) STANDARD.—The Secretary of the Treasury shall instruct the United States Executive Director of the International Bank for Reconstruction and Development and the International Development Association to use the voice and vote of the United States to oppose any loan, grant, policy, or strategy if such institution has adopted and is implementing

Assessment.
Review.
22 USC 4028
note.

Public
information.

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 779

any social or environmental safeguard relevant to such loan, grant, policy, or strategy that provides less protection than World Bank safeguards in effect on September 30, 2015.

(2) ACCOUNTABILITY, STANDARDS, AND BEST PRACTICES.— The Secretary of the Treasury shall instruct the United States executive director of each international financial institution to use the voice and vote of the United States to oppose loans or other financing for projects unless such projects—

(A) provide for accountability and transparency, including the collection, verification, and publication of beneficial ownership information related to extractive industries and on-site monitoring during the life of the project;

(B) will be developed and carried out in accordance with best practices regarding environmental conservation, cultural protection, and empowerment of local populations, including free, prior and informed consent of affected Indigenous communities;

(C) do not provide incentives for, or facilitate, forced displacement or other violations of human rights; and

<div style="float:right">Human rights.</div>

(D) do not partner with or otherwise involve enterprises owned or controlled by the armed forces.

(c) COMPENSATION.—None of the funds appropriated under title V of this Act may be made as payment to any international financial institution while the United States executive director to such institution is compensated by the institution at a rate which, together with whatever compensation such executive director receives from the United States, is in excess of the rate provided for an individual occupying a position at level IV of the Executive Schedule under section 5315 of title 5, United States Code, or while any alternate United States executive director to such institution is compensated by the institution at a rate in excess of the rate provided for an individual occupying a position at level V of the Executive Schedule under section 5316 of title 5, United States Code.

(d) HUMAN RIGHTS.—The Secretary of the Treasury shall instruct the United States executive director of each international financial institution to use the voice and vote of the United States to promote human rights due diligence and risk management, as appropriate, in connection with any loan, grant, policy, or strategy of such institution in accordance with the requirements specified under this section in Senate Report 118–71.

(e) FRAUD AND CORRUPTION.—The Secretary of the Treasury shall instruct the United States executive director of each international financial institution to use the voice of the United States to include in loan, grant, and other financing agreements improvements in borrowing countries' financial management and judicial capacity to investigate, prosecute, and punish fraud and corruption.

(f) BENEFICIAL OWNERSHIP INFORMATION.—The Secretary of the Treasury shall instruct the United States executive director of each international financial institution to use the voice of the United States to encourage such institution to collect, verify, and publish, to the maximum extent practicable, beneficial ownership information (excluding proprietary information) for any corporation or limited liability company, other than a publicly listed company, that receives funds from any such financial institution.

138 STAT. 780          PUBLIC LAW 118–47—MAR. 23, 2024

(g) WHISTLEBLOWER PROTECTIONS.—The Secretary of the Treasury shall instruct the United States executive director of each international financial institution to use the voice of the United States to encourage such institution to effectively implement and enforce policies and procedures which meet or exceed best practices in the United States for the protection of whistleblowers from retaliation, including—

(1) protection against retaliation for internal and lawful public disclosure;

(2) legal burdens of proof;

(3) statutes of limitation for reporting retaliation;

(4) access to binding independent adjudicative bodies, including shared cost and selection external arbitration; and

(5) results that eliminate the effects of proven retaliation, including provision for the restoration of prior employment.

(h) GRIEVANCE MECHANISMS AND PROCEDURES.—The Secretary of the Treasury shall instruct the United States executive director of each international financial institution to use the voice of the United States to support independent investigative and adjudicative mechanisms and procedures that meet or exceed best practices in the United States to provide due process and fair compensation, including the right to reinstatement, for employees who are subjected to harassment, discrimination, retaliation, false allegations, or other misconduct.

President.
Budget request.
Determination.
Reports.

(i) CAPITAL INCREASES.—None of the funds appropriated by this Act may be made available to support a new capital increase for an international financial institution unless the President submits a budget request for such increase to Congress and the Secretary of the Treasury determines and reports to the Committees on Appropriations that—

(1) the institution has completed a thorough analysis of the development challenges facing the relevant geographical region, the role of the institution in addressing such challenges and its role relative to other financing partners, and the steps to be taken to enhance the efficiency and effectiveness of the institution; and

(2) the governors of such institution have approved the capital increase.

China.

(j) REPORT.—Not later than 120 days after the date of enactment of this Act, the Secretary of the Treasury shall submit a report to the Committees on Appropriations detailing any funding provided in the prior calendar year by a financial intermediary fund overseen by the Department of the Treasury to the People's Republic of China or any country or region subject to comprehensive sanctions by the United States.

ECONOMIC RESILIENCE INITIATIVE

SEC. 7030. (a) ASSISTANCE.—Funds appropriated by this Act under the heading "Economic Support Fund" shall be made available for the Economic Resilience Initiative to enhance the economic security and stability of the United States and partner countries, including through efforts to counter economic coercion: *Provided,* That such funds are in addition to funds otherwise made available for such purposes by this Act, including funds made available under the heading "Treasury International Assistance Programs": *Provided further,* That funds made available by this subsection

Consultation.
Notification.

PUBLIC LAW 118–47—MAR. 23, 2024        138 STAT. 781

may only be made available following consultation with, and the
regular notification procedures of, the Committees on Appropria-
tions, and shall include—

(1) not less than $55,000,000 for strategic infrastructure
investments, which shall be administered by the Secretary
of State in consultation with the heads of other relevant Federal
agencies: *Provided,* That such funds may be transferred to,
and merged with, funds appropriated by this Act to the Export-
Import Bank of the United States under the heading "Program
Account", to the United States International Development
Finance Corporation under the heading "Corporate Capital
Account", and under the heading "Trade and Development
Agency": *Provided further,* That such transfer authority is in
addition to any other transfer authority provided by this Act
or any other Act, and is subject to the regular notification
procedures of the Committees on Appropriations;

(2) not less than $50,000,000 to enhance critical mineral
supply chain security;

(3) not less than $60,000,000 for economic resilience pro-
grams administered by the Administrator of the United States
Agency for International Development, consistent with the
strategy required in subsection (d); and

(4) not less than $50,000,000 for the Cyberspace, Digital
Connectivity, and Related Technologies Fund in accordance
with Chapter 10 of Part II of the Foreign Assistance Act of
1961: *Provided,* That the authority of section 592(f) of such
Act may apply to amounts made available for such Fund under
the heading "Economic Support Fund" and such funds may
be made available for the Digital Connectivity and Cybersecu-
rity Partnership program consistent with section 6306 of the
Department of State Authorization Act of 2023 (division F
of Public Law 118–31): *Provided further,* That funds made
available pursuant to this paragraph are in addition to funds
otherwise made available for such purposes and shall be coordi-
nated with the USAID Administrator, including for relevant
USAID programming.

(b) LOAN GUARANTEES.—Funds appropriated under the
headings "Economic Support Fund" and "Assistance for Europe,
Eurasia and Central Asia" by this Act and prior Acts making
appropriations for the Department of State, foreign operations, and
related programs, including funds made available pursuant to this
section, may be made available for the costs, as defined in section
502 of the Congressional Budget Act of 1974, of loan guarantees
for Egypt, Jordan, Small Island Developing States, and Ukraine,
which are authorized to be provided and which shall be adminis-
tered by the United States Agency for International Development
unless otherwise provided for by this Act or any other provision
of law: *Provided,* That amounts made available under this sub-
section for the costs of such guarantees shall not be considered
assistance for the purposes of provisions of law limiting assistance
to a country: *Provided further,* That funds made available pursuant
to the authorities of this subsection shall be subject to prior con-
sultation with the appropriate congressional committees and the
regular notification procedures of the Committees on Appropria-
tions.

(c) CHIPS FOR AMERICA INTERNATIONAL TECHNOLOGY SECURITY
AND INNOVATION FUND.—

Transfer authority.

Notification.

Applicability.

Foreign countries.

Requirement. Consultation. Notification.

Allocations.

138 STAT. 782        PUBLIC LAW 118–47—MAR. 23, 2024

Deadline.

(1) Within 45 days of enactment of this Act, the Secretary of State shall allocate amounts made available from the Creating Helpful Incentives to Produce Semiconductors (CHIPS) for America International Technology Security and Innovation Fund for fiscal year 2024 pursuant to the transfer authority in section 102(c)(1) of the CHIPS Act of 2022 (division A of Public Law 117–167), to the accounts specified and in the amounts specified, in the table titled "CHIPS for America International Technology Security and Innovation Fund" in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act): *Provided,* That such funds shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations.

Requirement.
Consultation.
Notification.

President.

(2) Neither the President nor his designee may allocate any amounts that are made available for any fiscal year under section 102(c)(2) of the CHIPS Act of 2022 if there is in effect an Act making or continuing appropriations for part of a fiscal year for the Department of State, Foreign Operations, and Related Programs: *Provided,* That in any fiscal year, the matter preceding this proviso shall not apply to the allocation, apportionment, or allotment of amounts for continuing administration of programs allocated using funds transferred from the CHIPS for America International Technology Security and Innovation Fund, which may be allocated pursuant to the transfer authority in section 102(c)(1) of the CHIPS Act of 2022 only in amounts that are no more than the allocation for such purposes in paragraph (1) of this subsection.

(3) Concurrent with the annual budget submission of the President for fiscal year 2025, the Secretary of State shall submit to the Committees on Appropriations proposed allocations by account and by program, project, or activity, with detailed justifications, for amounts made available under section 102(c)(2) of the CHIPS Act of 2022 for fiscal year 2025.

Time period.
Reports.

(4) The Secretary of State shall provide the Committees on Appropriations quarterly reports on the status of balances of projects and activities funded by the CHIPS for America International Technology Security and Innovation Fund for amounts allocated pursuant to paragraph (1) of this subsection, including all uncommitted, committed, and unobligated funds.

Loans.

(5) Amounts transferred to the Export-Import Bank and the United States International Development Finance Corporation pursuant to the transfer authority in section 102(c)(1) of the CHIPS Act of 2022 (division A of Public Law 117–167) may be made available for the costs of direct loans and loan guarantees, including the cost of modifying such loans, as defined in section 502 of the Congressional Budget Act of 1974.

Deadline.
Consultation.

(d) STRATEGY.—Not later than 90 days after the date of enactment of this Act and following consultation with the Committees on Appropriations, the Secretary of State, Secretary of the Treasury, and USAID Administrator, in consultation with the heads of other relevant Federal agencies, shall jointly submit a strategy to the Committees on Appropriations detailing the planned uses of funds provided by this Act, prior Acts making appropriations for the Department of State, foreign operations, and related programs,

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 783

and other Acts, consistent with the purposes of this section, including through cooperation with the private sector.

FINANCIAL MANAGEMENT, BUDGET TRANSPARENCY, AND ANTI-
CORRUPTION

SEC. 7031. (a) LIMITATION ON DIRECT GOVERNMENT-TO-GOVERN-
MENT ASSISTANCE.—

(1) REQUIREMENTS.—Funds appropriated by this Act may be made available for direct government-to-government assist-ance only if—

(A) the requirements included in section 7031(a)(1)(A) through (E) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2019 (division F of Public Law 116–6) are fully met; and

(B) the government of the recipient country is taking steps to reduce corruption.

(2) CONSULTATION AND NOTIFICATION.—In addition to the requirements in paragraph (1), funds may only be made avail-able for direct government-to-government assistance subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations: *Provided,* That such notification shall contain an explanation of how the proposed activity meets the requirements of paragraph (1): *Provided further,* That the requirements of this paragraph shall only apply to direct government-to-government assistance in excess of $10,000,000 and all funds available for cash transfer, budget support, and cash payments to individuals.

*Applicability.*

(3) SUSPENSION OF ASSISTANCE.—The Administrator of the United States Agency for International Development or the Secretary of State, as appropriate, shall suspend any direct government-to-government assistance if the Administrator or the Secretary has credible information of material misuse of such assistance, unless the Administrator or the Secretary reports to the Committees on Appropriations that it is in the national interest of the United States to continue such assist-ance, including a justification, or that such misuse has been appropriately addressed.

*Reports.*

(4) SUBMISSION OF INFORMATION.—The Secretary of State shall submit to the Committees on Appropriations, concurrent with the fiscal year 2025 congressional budget justification materials, amounts planned for assistance described in para-graph (1) by country, proposed funding amount, source of funds, and type of assistance.

(5) DEBT SERVICE PAYMENT PROHIBITION.—None of the funds made available by this Act may be used by the govern-ment of any foreign country for debt service payments owed by any country to any international financial institution or to the Government of the People's Republic of China.

*China.*

(b) NATIONAL BUDGET AND CONTRACT TRANSPARENCY.—

(1) MINIMUM REQUIREMENTS OF FISCAL TRANSPARENCY.— The Secretary of State shall continue to update and strengthen the "minimum requirements of fiscal transparency" for each government receiving assistance appropriated by this Act, as identified in the report required by section 7031(b) of the

*Updates.*

138 STAT. 784    PUBLIC LAW 118–47—MAR. 23, 2024

Department of State, Foreign Operations, and Related Programs Appropriations Act, 2014 (division K of Public Law 113–76).

Public information.
Web posting.

(2) DETERMINATION AND REPORT.—For each government identified pursuant to paragraph (1), the Secretary of State, not later than 180 days after the date of enactment of this Act, shall make or update any determination of "significant progress" or "no significant progress" in meeting the minimum requirements of fiscal transparency, and make such determinations publicly available in an annual "Fiscal Transparency Report" to be posted on the Department of State website: *Provided,* That such report shall include the elements included under this section in House Report 118–146.

(3) ASSISTANCE.—Not less than $7,000,000 of the funds appropriated by this Act under the heading "Economic Support Fund" shall be made available for programs and activities to assist governments identified pursuant to paragraph (1) to improve budget transparency and to support civil society organizations in such countries that promote budget transparency.

8 USC 1182 note.

(c) ANTI-KLEPTOCRACY AND HUMAN RIGHTS.—

(1) INELIGIBILITY.—

(A) Officials of foreign governments and their immediate family members about whom the Secretary of State has credible information have been involved, directly or indirectly, in significant corruption, including corruption related to the extraction of natural resources, or a gross violation of human rights, including the wrongful detention of locally employed staff of a United States diplomatic mission or a United States citizen or national, shall be ineligible for entry into the United States.

Determination.

(B) Concurrent with the application of subparagraph (A), the Secretary shall, as appropriate, refer the matter to the Office of Foreign Assets Control, Department of the Treasury, to determine whether to apply sanctions authorities in accordance with United States law to block the transfer of property and interests in property, and all financial transactions, in the United States involving any person described in such subparagraph.

(C) The Secretary shall also publicly or privately designate or identify the officials of foreign governments and their immediate family members about whom the Secretary has such credible information without regard to whether the individual has applied for a visa.

(2) EXCEPTION.—Individuals shall not be ineligible for entry into the United States pursuant to paragraph (1) if such entry would further important United States law enforcement objectives or is necessary to permit the United States to fulfill its obligations under the United Nations Headquarters Agreement: *Provided,* That nothing in paragraph (1) shall be construed to derogate from United States Government obligations under applicable international agreements.

Determination.

(3) WAIVER.—The Secretary may waive the application of paragraph (1) if the Secretary determines that the waiver would serve a compelling national interest or that the circumstances which caused the individual to be ineligible have changed sufficiently.

PUBLIC LAW 118–47—MAR. 23, 2024        138 STAT. 785

(4) REPORT.—Not later than 30 days after the date of enactment of this Act, and every 90 days thereafter until September 30, 2025, the Secretary of State shall submit a report, including a classified annex if necessary, to the appropriate congressional committees and the Committees on the Judiciary describing the information related to corruption or violation of human rights concerning each of the individuals found ineligible in the previous 12 months pursuant to paragraph (1)(A) as well as the individuals who the Secretary designated or identified pursuant to paragraph (1)(B), or who would be ineligible but for the application of paragraph (2), a list of any waivers provided under paragraph (3), and the justification for each waiver.

<div style="float:right">Time periods. Termination date. Classified information. List.</div>

(5) POSTING OF REPORT.—Any unclassified portion of the report required under paragraph (4) shall be posted on the Department of State website.

(6) CLARIFICATION.—For purposes of paragraphs (1), (4), and (5), the records of the Department of State and of diplomatic and consular offices of the United States pertaining to the issuance or refusal of visas or permits to enter the United States shall not be considered confidential.

(d) EXTRACTION OF NATURAL RESOURCES.—

(1) ASSISTANCE.—Funds appropriated by this Act shall be made available to promote and support transparency and accountability of expenditures and revenues related to the extraction of natural resources, including by strengthening implementation and monitoring of the Extractive Industries Transparency Initiative, implementing and enforcing section 8204 of the Food, Conservation, and Energy Act of 2008 (Public Law 110–246; 122 Stat. 2052) and the amendments made by such section, and to prevent the sale of conflict minerals, and for technical assistance to promote independent audit mechanisms and support civil society participation in natural resource management.

(2) PUBLIC DISCLOSURE AND INDEPENDENT AUDITS.—

(A) The Secretary of the Treasury shall instruct the executive director of each international financial institution to use the voice and vote of the United States to oppose any assistance by such institutions (including any loan, credit, grant, or guarantee) to any country for the extraction and export of a natural resource if the government of such country has in place laws, regulations, or procedures to prevent or limit the public disclosure of company payments as required by United States law, and unless such government has adopted laws, regulations, or procedures in the sector in which assistance is being considered that: (1) accurately account for and publicly disclose payments to the government by companies involved in the extraction and export of natural resources; (2) include independent auditing of accounts receiving such payments and the public disclosure of such audits; and (3) require public disclosure of agreement and bidding documents, as appropriate.

(B) The requirements of subparagraph (A) shall not apply to assistance for the purpose of building the capacity of such government to meet the requirements of such subparagraph.

(e) FOREIGN ASSISTANCE WEBSITE.—Funds appropriated by this Act under titles I and II, and funds made available for any independent agency in title III, as appropriate, shall be made available to support the provision of additional information on United States Government foreign assistance on the "ForeignAssistance.gov" website: *Provided,* That all Federal agencies funded under this Act shall provide such information on foreign assistance, upon request and in a timely manner, to the Department of State and the United States Agency for International Development.

DEMOCRACY PROGRAMS

SEC. 7032. (a) FUNDING.—

(1) IN GENERAL.—Of the funds appropriated by this Act under the headings "Development Assistance", "Economic Support Fund", "Democracy Fund", "Assistance for Europe, Eurasia and Central Asia", and "International Narcotics Control and Law Enforcement", $2,900,000,000 should be made available for democracy programs.

(2) PROGRAMS.—Of the funds made available for democracy programs under the headings "Economic Support Fund" and "Assistance for Europe, Eurasia and Central Asia" pursuant to paragraph (1), not less than $117,040,000 shall be made available to the Bureau of Democracy, Human Rights, and Labor, Department of State.

(b) AUTHORITIES.—

(1) AVAILABILITY.—Funds made available by this Act for democracy programs pursuant to subsection (a) and under the heading "National Endowment for Democracy" may be made available notwithstanding any other provision of law, and with regard to the National Endowment for Democracy (NED), any regulation.

(2) BENEFICIARIES.—Funds made available by this Act for the NED are made available pursuant to the authority of the National Endowment for Democracy Act (title V of Public Law 98–164), including all decisions regarding the selection of beneficiaries.

(c) DEFINITION OF DEMOCRACY PROGRAMS.—For purposes of funds appropriated by this Act, the term "democracy programs" means programs that support good governance, credible and competitive elections, freedom of expression, association, assembly, and religion, human rights, labor rights, independent media, and the rule of law, and that otherwise strengthen the capacity of democratic political parties, governments, nongovernmental organizations and institutions, and citizens to support the development of democratic states and institutions that are responsive and accountable to citizens.

(d) PROGRAM PRIORITIZATION.—Funds made available pursuant to subsection (a) to strengthen ministries and agencies should be prioritized in countries that demonstrate a strong commitment to the separation of powers, checks and balances, the rule of law, and credible electoral processes.

(e) RESTRICTIONS ON FOREIGN GOVERNMENT INTERFERENCE.—

(1) PRIOR APPROVAL.—With respect to the provision of assistance for democracy programs in this Act, the organizations implementing such assistance, the specific nature of the assistance, and the participants in such programs shall not

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 787

be subject to prior approval by the government of any foreign country.

(2) DISCLOSURE OF IMPLEMENTING PARTNER INFORMATION.— If the Secretary of State, in consultation with the Administrator of the United States Agency for International Development, determines that the government of the country is undemocratic or has engaged in or condoned harassment, threats, or attacks against organizations implementing democracy programs, any new bilateral agreement governing the terms and conditions under which assistance is provided to such country shall not require the disclosure of the names of implementing partners of democracy programs, and the Secretary of State and the USAID Administrator shall expeditiously seek to negotiate amendments to existing bilateral agreements, as necessary, to conform to this requirement.

Determination. Negotiation.

(f) CONTINUATION OF CURRENT PRACTICES.—USAID shall continue to implement civil society and political competition and consensus building programs abroad with funds appropriated by this Act in a manner that recognizes the unique benefits of grants and cooperative agreements in implementing such programs.

(g) PROTECTION OF CIVIL SOCIETY ACTIVISTS AND JOURNALISTS.—Funds appropriated by this Act under the headings "Economic Support Fund" and "Democracy Fund" shall be made available to support and protect civil society activists and journalists who have been threatened, harassed, or attacked, including journalists affiliated with the United States Agency for Global Media.

(h) INTERNATIONAL FREEDOM OF EXPRESSION AND INDEPENDENT MEDIA.—Funds appropriated by this Act under the heading "Economic Support Fund" shall be made available for programs to protect international freedom of expression and independent media, including through multilateral initiatives.

INTERNATIONAL RELIGIOUS FREEDOM

SEC. 7033. (a) INTERNATIONAL RELIGIOUS FREEDOM OFFICE.— Funds appropriated by this Act under the heading "Diplomatic Programs" shall be made available for the Office of International Religious Freedom, Department of State.

(b) ASSISTANCE.—Funds appropriated by this Act under the headings "Economic Support Fund", "Democracy Fund", and "International Broadcasting Operations" shall be made available for international religious freedom programs and funds appropriated by this Act under the headings "International Disaster Assistance" and "Migration and Refugee Assistance" shall be made available for humanitarian assistance for vulnerable and persecuted ethnic and religious minorities: *Provided,* That funds made available by this Act under the headings "Economic Support Fund" and "Democracy Fund" pursuant to this section shall be the responsibility of the Ambassador-at-Large for International Religious Freedom, in consultation with other relevant United States Government officials, and shall be subject to prior consultation with the Committees on Appropriations.

Requirement. Consultation.

(c) AUTHORITY.—Funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs under the heading "Economic Support Fund" may be made available notwithstanding any other provision

138 STAT. 788          PUBLIC LAW 118–47—MAR. 23, 2024

of law for assistance for ethnic and religious minorities in Iraq and Syria.

Extension.

(d) DESIGNATION OF NON-STATE ACTORS.—Section 7033(e) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2017 (division J of Public Law 115–31) shall continue in effect during fiscal year 2024.

SPECIAL PROVISIONS

SEC. 7034. (a) VICTIMS OF WAR, DISPLACED CHILDREN, AND DISPLACED BURMESE.—Funds appropriated in title III of this Act that are made available for victims of war, displaced children, displaced Burmese, and to combat trafficking in persons and assist victims of such trafficking may be made available notwithstanding any other provision of law.

(b) FORENSIC ASSISTANCE.—

(1) Of the funds appropriated by this Act under the heading "Economic Support Fund", not less than $20,000,000 shall be made available for forensic anthropology assistance related to the exhumation and identification of victims of war crimes, crimes against humanity, and genocide, which shall be administered by the Assistant Secretary for Democracy, Human Rights, and Labor, Department of State: *Provided*, That such funds shall be in addition to funds made available by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs for assistance for countries.

(2) Of the funds appropriated by this Act under the heading "International Narcotics Control and Law Enforcement", not less than $10,000,000 shall be made available for DNA forensic technology programs to combat human trafficking in Central America and Mexico.

(c) WORLD FOOD PROGRAMME.—Funds managed by the Bureau for Humanitarian Assistance, United States Agency for International Development, from this or any other Act that remain available for obligation may be made available as a general contribution to the World Food Programme.

(d) DIRECTIVES AND AUTHORITIES.—

(1) RESEARCH AND TRAINING.—Funds appropriated by this Act under the heading "Assistance for Europe, Eurasia and Central Asia" shall be made available to carry out the Program for Research and Training on Eastern Europe and the Independent States of the Former Soviet Union as authorized by the Soviet-Eastern European Research and Training Act of 1983 (22 U.S.C. 4501 et seq.).

Notification.

(2) GENOCIDE VICTIMS MEMORIAL SITES.—Funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs under the headings "Economic Support Fund" and "Assistance for Europe, Eurasia and Central Asia" may be made available as contributions to establish and maintain memorial sites of genocide, subject to the regular notification procedures of the Committees on Appropriations.

(3) PRIVATE SECTOR PARTNERSHIPS.—Of the funds appropriated by this Act under the headings "Development Assistance" and "Economic Support Fund" that are made available for private sector partnerships, including partnerships with

philanthropic foundations, up to $50,000,000 may remain available until September 30, 2026: *Provided,* That funds made available pursuant to this paragraph may only be made available following prior consultation with, and the regular notification procedures of, the Committees on Appropriations.

(4) ADDITIONAL AUTHORITY.—Of the amounts made available by this Act under the heading "Diplomatic Programs", up to $500,000 may be made available for grants pursuant to section 504 of the Foreign Relations Authorization Act, Fiscal Year 1979 (22 U.S.C. 2656d), including to facilitate collaboration with Indigenous communities.

(5) INNOVATION.—The USAID Administrator may use funds appropriated by this Act under title III to make innovation incentive awards in accordance with the terms and conditions of section 7034(e)(4) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2019 (division F of Public Law 116–6), except that each individual award may not exceed $500,000.

(6) DEVELOPMENT INNOVATION VENTURES.—Funds appropriated by this Act under the heading "Development Assistance" and made available for the Development Innovation Ventures program may be made available for the purposes of chapter I of part I of the Foreign Assistance Act of 1961.

(7) EXCHANGE VISITOR PROGRAM.—None of the funds made available by this Act may be used to modify the Exchange Visitor Program administered by the Department of State to implement the Mutual Educational and Cultural Exchange Act of 1961 (Public Law 87–256; 22 U.S.C. 2451 et seq.), except through the formal rulemaking process pursuant to the Administrative Procedure Act (5 U.S.C. 551 et seq.) and notwithstanding the exceptions to such rulemaking process in such Act: *Provided,* That funds made available for such purpose shall only be made available after consultation with, and subject to the regular notification procedures of, the Committees on Appropriations, regarding how any proposed modification would affect the public diplomacy goals of, and the estimated economic impact on, the United States: *Provided further,* That such consultation shall take place not later than 30 days prior to the publication in the Federal Register of any regulatory action modifying the Exchange Visitor Program.

(8) PAYMENTS.—Funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs under the headings "Diplomatic Programs" and "Operating Expenses", except for funds designated by Congress as an emergency requirement pursuant to a concurrent resolution on the budget or the Balanced Budget and Emergency Deficit Control Act of 1985, are available to provide payments pursuant to section 901(i)(2) of title IX of division J of the Further Consolidated Appropriations Act, 2020 (22 U.S.C. 2680b(i)(2)): *Provided,* That funds made available pursuant to this paragraph shall be subject to prior consultation with the Committees on Appropriations.

(9) AFGHAN ALLIES.—Subsection (b) of section 602 of the Afghan Allies Protection Act of 2009 (8 U.S.C. 1101 note) is amended as follows—

(A) in paragraph (3)(F)—

Consultation.
Notification.

Consultation.
Requirement.
Notification.

Deadline.
Federal Register,
publication.

Requirement.
Consultation.

(i) in the heading, by striking "2023" and inserting "2024";

(ii) in the matter preceding clause (i), in the first sentence, by striking "38,500" and inserting "50,500"; and

(iii) in clause (ii), by striking "December 31, 2024" and inserting "December 31, 2025"; and

(B) in paragraph (13), in the matter preceding subparagraph (A), by striking "January 31, 2024" and inserting "January 31, 2026".

Consultation.

(e) PARTNER VETTING.—Prior to initiating a partner vetting program, providing a direct vetting option, or making a significant change to the scope of an existing partner vetting program, the Secretary of State and USAID Administrator, as appropriate, shall consult with the Committees on Appropriations: *Provided,* That the Secretary and the Administrator shall provide a direct vetting option for prime awardees in any partner vetting program initiated or significantly modified after the date of enactment of this Act, unless the Secretary or Administrator, as applicable, informs the Committees on Appropriations on a case-by-case basis that a direct vetting option is not feasible for such program: *Provided further,* That the Secretary and the Administrator may restrict the award of, terminate, or cancel contracts, grants, or cooperative agreements or require an awardee to restrict the award of, terminate, or cancel a sub-award based on information in connection with a partner vetting program.

Notification.

President.

(f) CONTINGENCIES.—During fiscal year 2024, the President may use up to $125,000,000 under the authority of section 451 of the Foreign Assistance Act of 1961, notwithstanding any other provision of law.

Compliance.

(g) INTERNATIONAL CHILD ABDUCTIONS.—The Secretary of State should withhold funds appropriated under title III of this Act for assistance for the central government of any country that is not taking appropriate steps to comply with the Convention on the Civil Aspects of International Child Abductions, done at the Hague on October 25, 1980: *Provided,* That the Secretary shall report to the Committees on Appropriations within 15 days of withholding funds under this subsection.

Reports.

Deadline.

(h) TRANSFER OF FUNDS FOR EXTRAORDINARY PROTECTION.—The Secretary of State may transfer to, and merge with, funds under the heading "Protection of Foreign Missions and Officials" unobligated balances of expired funds appropriated under the heading "Diplomatic Programs" for fiscal year 2024, at no later than the end of the fifth fiscal year after the last fiscal year for which such funds are available for the purposes for which appropriated: *Provided,* That not more than $50,000,000 may be transferred.

Extension.
Time period.

(i) PROTECTIONS AND REMEDIES FOR EMPLOYEES OF DIPLOMATIC MISSIONS AND INTERNATIONAL ORGANIZATIONS.—The terms and conditions of section 7034(k) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2020 (division G of Public Law 116–94) shall continue in effect during fiscal year 2024.

Extension.
Time period.

(j) IMPACT ON JOBS.—Section 7056 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2021 (division K of Public Law 116–260) shall continue in effect during fiscal year 2024.

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 791

(k) EXTENSION OF AUTHORITIES.—

(1) INCENTIVES FOR CRITICAL POSTS.—The authority contained in section 1115(d) of the Supplemental Appropriations Act, 2009 (Public Law 111–32) shall remain in effect through September 30, 2024.

(2) CATEGORICAL ELIGIBILITY.—The Foreign Operations, Export Financing, and Related Programs Appropriations Act, 1990 (Public Law 101–167) is amended—

(A) in section 599D (8 U.S.C. 1157 note)—

(i) in subsection (b)(3), by striking "and 2023" and inserting "2023, and 2024"; and

(ii) in subsection (e), by striking "2023" each place it appears and inserting "2024"; and

(B) in section 599E(b)(2) (8 U.S.C. 1255 note), by striking "2023" and inserting "2024".

(3) SPECIAL INSPECTOR GENERAL FOR AFGHANISTAN RECONSTRUCTION COMPETITIVE STATUS.—Notwithstanding any other provision of law, any employee of the Special Inspector General for Afghanistan Reconstruction (SIGAR) who completes at least 12 months of continuous service after enactment of this Act or who is employed on the date on which SIGAR terminates, whichever occurs first, shall acquire competitive status for appointment to any position in the competitive service for which the employee possesses the required qualifications.

(4) TRANSFER OF BALANCES.—Section 7081(h) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2017 (division J of Public Law 115–31) shall continue in effect during fiscal year 2024.

(5) PROTECTIVE SERVICES.—Section 7071 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2022 (division K of Public Law 117–103) shall continue in effect during fiscal year 2024 and shall be applied to funds appropriated by this Act by substituting "$40,000,000" for "$30,000,000".

(6) EXTENSION OF LOAN GUARANTEES TO ISRAEL.—Chapter 5 of title I of the Emergency Wartime Supplemental Appropriations Act, 2003 (Public Law 108–11; 117 Stat. 576) is amended under the heading "Loan Guarantees to Israel"—

(A) in the matter preceding the first proviso, by striking "September 30, 2028" and inserting "September 30, 2029"; and

(B) in the second proviso, by striking "September 30, 2028" and inserting "September 30, 2029".

(7) EXTENSION OF CERTAIN PERSONAL SERVICES CONTRACT AUTHORITY.—The authority provided in section 2401 of division C of the Extending Government Funding and Delivering Emergency Assistance Act (Public Law 117–43) shall remain in effect through September 30, 2024.

(l) MONITORING AND EVALUATION.—

(1) BENEFICIARY FEEDBACK.—Funds appropriated by this Act that are made available for monitoring and evaluation of assistance under the headings "Development Assistance", "International Disaster Assistance", and "Migration and Refugee Assistance" shall be made available for the regular and systematic collection of feedback obtained directly from beneficiaries to enhance the quality and relevance of such assistance:

Time periods.
5 USC 5753 note.

8 USC 1715 note.

Applicability.

138 STAT. 792        PUBLIC LAW 118–47—MAR. 23, 2024

Deadline.
Web posting.
Procedures.
Guidelines.

*Provided,* That not later than 90 days after the date of enactment of this Act, the Secretary of State and USAID Administrator shall submit to the Committees on Appropriations, and post on their respective websites, updated procedures for implementing partners that receive funds under such headings for regularly and systematically collecting and responding to such feedback, including guidelines for the reporting on actions taken in response to the feedback received: *Provided further,* That the Secretary of State and USAID Administrator shall regularly—

Oversight.

(A) conduct oversight to ensure that such feedback is regularly collected and used by implementing partners to maximize the cost-effectiveness and utility of such assistance; and

Consultation.

(B) consult with the Committees on Appropriations on the results of such oversight.

(2) EVALUATIONS.—Of the funds appropriated by this Act under titles III and IV, not less than $15,000,000, to remain available until expended, shall be made available for impact evaluations, including ex-post evaluations, of the effectiveness and sustainability of United States Government-funded assistance programs: *Provided,* That of the funds made available pursuant to this paragraph, $10,000,000 shall be administered in coordination with the Office of the Chief Economist, USAID, and may be used for administrative expenses of such Office: *Provided further,* That funds made available pursuant to this paragraph are in addition to funds otherwise made available for such purposes.

(m) HIV/AIDS WORKING CAPITAL FUND.—Funds available in the HIV/AIDS Working Capital Fund established pursuant to section 525(b)(1) of the Foreign Operations, Export Financing, and Related Programs Appropriations Act, 2005 (Public Law 108–447) may be made available for pharmaceuticals and other products for child survival, malaria, tuberculosis, and emerging infectious diseases to the same extent as HIV/AIDS pharmaceuticals and other products, subject to the terms and conditions in such section:

Requirement.
Notification.

*Provided,* That the authority in section 525(b)(5) of the Foreign Operations, Export Financing, and Related Programs Appropriations Act, 2005 (Public Law 108–447) shall be exercised by the Assistant Administrator for Global Health, USAID, with respect to funds deposited for such non-HIV/AIDS pharmaceuticals and other products, and shall be subject to the regular notification procedures of the Committees on Appropriations: *Provided further,* That the Secretary of State shall include in the congressional budget justification an accounting of budgetary resources, disbursements, balances, and reimbursements related to such fund.

(n) LOCAL WORKS.—

(1) FUNDING.—Of the funds appropriated by this Act under the headings "Development Assistance" and "Economic Support Fund", not less than $100,000,000 shall be made available for Local Works pursuant to section 7080 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2015 (division J of Public Law 113–235), which may remain available until September 30, 2028.

Time period.
22 USC 2152i note.

(2) ELIGIBLE ENTITIES.—For the purposes of section 7080 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2015 (division J of Public Law

113–235), "eligible entities" shall be defined as small local, international, and United States-based nongovernmental organizations, educational institutions, and other small entities that have received less than a total of $5,000,000 from USAID over the previous 5 fiscal years: *Provided,* That departments or centers of such educational institutions may be considered individually in determining such eligibility.

(o) EXTENSION OF PROCUREMENT AUTHORITY.—Section 7077 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2012 (division I of Public Law 112–74) shall continue in effect during fiscal year 2024.

*Time period.*

(p) EXTENSION.—Section 7034(r) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2022 (division K of Public Law 117–103) shall apply during fiscal year 2024.

*Applicability.*
*Time period.*

(q) STAFF CARE SERVICES FOR AFGHAN NATIONALS.—Up to $50,000 of the funds appropriated by this Act and prior acts making appropriations for the Department of State, foreign operations, and related programs that are made available to carry out section 7901 of title 5, United States Code, may be used by USAID to provide services to individuals who have served as locally employed staff of the USAID mission in Afghanistan.

(r) WAR CRIMES ACCOUNTABILITY.—Of the funds appropriated by this Act under the heading "Economic Support Fund", not less than $5,000,000 shall be made available for the purposes authorized by section 2015 of Public Law 107–206, as amended by section 7073 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2023 (division K of Public Law 117–328), including not less than $2,500,000 as a contribution to the Trust Fund for Victims.

(s) DEFINITIONS.—

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—Unless otherwise defined in this Act, for purposes of this Act the term "appropriate committees" means the Committees on Appropriations and Foreign Relations of the Senate and the Committees on Appropriations and Foreign Affairs of the House of Representatives.

*8 USC 1182 note.*

(2) FUNDS APPROPRIATED BY THIS ACT AND PRIOR ACTS.— Unless otherwise defined in this Act, for purposes of this Act the term "funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs" means funds that remain available for obligation, and have not expired.

(3) INTERNATIONAL FINANCIAL INSTITUTIONS.—In this Act "international financial institutions" means the International Bank for Reconstruction and Development, the International Development Association, the International Finance Corporation, the Inter-American Development Bank, the International Monetary Fund, the International Fund for Agricultural Development, the Asian Development Bank, the Asian Development Fund, the Inter-American Investment Corporation, the North American Development Bank, the European Bank for Reconstruction and Development, the African Development Bank, the African Development Fund, and the Multilateral Investment Guarantee Agency.

*22 USC 262h note.*

(4) PACIFIC ISLANDS COUNTRIES.—In this Act, the term "Pacific Islands countries" means the Cook Islands, the Republic

of Fiji, the Republic of Kiribati, the Republic of the Marshall Islands, the Federated States of Micronesia, the Republic of Nauru, Niue, the Republic of Palau, the Independent State of Papua New Guinea, the Independent State of Samoa, the Solomon Islands, the Kingdom of Tonga, Tuvalu, and the Republic of Vanuatu.

(5) SPEND PLAN.—In this Act, the term "spend plan" means a plan for the uses of funds appropriated for a particular entity, country, program, purpose, or account and which shall include, at a minimum, a description of—

(A) realistic and sustainable goals, criteria for measuring progress, and a timeline for achieving such goals;

(B) amounts and sources of funds by account;

(C) how such funds will complement other ongoing or planned programs; and

(D) implementing partners, to the maximum extent practicable.

(6) SUCCESSOR OPERATING UNIT.—Any reference to a particular operating unit or office in this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs shall be deemed to include any successor operating unit performing the same or similar functions.

22 USC 2152i note.

(7) USAID.—In this Act, the term "USAID" means the United States Agency for International Development.

## LAW ENFORCEMENT AND SECURITY

SEC. 7035. (a) ASSISTANCE.—

(1) COMMUNITY-BASED POLICE ASSISTANCE.—Funds made available under titles III and IV of this Act to carry out the provisions of chapter 1 of part I and chapters 4 and 6 of part II of the Foreign Assistance Act of 1961, may be used, notwithstanding section 660 of that Act, to enhance the effectiveness and accountability of civilian police authority through training and technical assistance in human rights, the rule of law, anti-corruption, strategic planning, and through assistance to foster civilian police roles that support democratic governance, including assistance for programs to prevent conflict, respond to disasters, address gender-based violence, and foster improved police relations with the communities they serve.

(2) COMBAT CASUALTY CARE.—

(A) Consistent with the objectives of the Foreign Assistance Act of 1961 and the Arms Export Control Act, funds appropriated by this Act under the headings "Peacekeeping Operations" and "Foreign Military Financing Program" shall be made available for combat casualty training and equipment in an amount above the prior fiscal year.

Applicability. Determination.

(B) The Secretary of State shall offer combat casualty care training and equipment as a component of any package of lethal assistance funded by this Act with funds appropriated under the headings "Peacekeeping Operations" and "Foreign Military Financing Program": *Provided,* That the requirement of this subparagraph shall apply to a country in conflict, unless the Secretary determines that such country has in place, to the maximum extent practicable, functioning combat casualty care treatment and equipment

PUBLIC LAW 118–47—MAR. 23, 2024　　　138 STAT. 795

that meets or exceeds the standards recommended by the Committee on Tactical Combat Casualty Care: *Provided further,* That any such training and equipment for combat casualty care shall be made available through an open and competitive process.

(3) CASUALTY REHABILITATION.—Of the funds appropriated under the heading "Assistance for Europe, Eurasia and Central Asia" in this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs, not less than $2,000,000 shall be made available for a program to provide medical and casualty rehabilitation services, consistent with the purposes under this section in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act).

(4) TRAINING RELATED TO INTERNATIONAL HUMANITARIAN LAW.—The Secretary of State shall offer training related to the requirements of international humanitarian law as a component of any package of lethal assistance funded by this Act with funds appropriated under the headings "Peacekeeping Operations" and "Foreign Military Financing Program": *Provided,* That the requirement of this paragraph shall not apply to a country that is a member of the North Atlantic Treaty Organization (NATO), is a major non-NATO ally designated by section 517(b) of the Foreign Assistance Act of 1961, or is complying with international humanitarian law: *Provided further,* That any such training shall be made available through an open and competitive process.

(5) INTERNATIONAL PRISON CONDITIONS.—Funds appropriated by this Act under the headings "Development Assistance", "Economic Support Fund", and "International Narcotics Control and Law Enforcement" shall be made available for assistance to eliminate inhumane conditions in foreign prisons and other detention facilities, notwithstanding section 660 of the Foreign Assistance Act of 1961: *Provided,* That the Secretary of State and the USAID Administrator shall consult with the Committees on Appropriations on the proposed uses of such funds prior to obligation and not later than 60 days after the date of enactment of this Act: *Provided further,* That such funds shall be in addition to funds otherwise made available by this Act for such purpose.

(b) AUTHORITIES.—

(1) RECONSTITUTING CIVILIAN POLICE AUTHORITY.—In providing assistance with funds appropriated by this Act under section 660(b)(6) of the Foreign Assistance Act of 1961, support for a nation emerging from instability may be deemed to mean support for regional, district, municipal, or other sub-national entity emerging from instability, as well as a nation emerging from instability.

(2) DISARMAMENT, DEMOBILIZATION, AND REINTEGRATION.— Section 7034(d) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2015 (division J of Public Law 113–235) shall continue in effect during fiscal year 2024.

(3) COMMERCIAL LEASING OF DEFENSE ARTICLES.—Notwithstanding any other provision of law, and subject to the regular notification procedures of the Committees on Appropriations, the authority of section 23(a) of the Arms Export Control Act

Consultation.
Deadline.

Extension.
Time period.

Requirement.
Notification.
Israel.
Egypt.
Contracts.
President.
Determination.
22 USC 2763
note.

(22 U.S.C. 2763) may be used to provide financing to Israel, Egypt, the North Atlantic Treaty Organization (NATO), and major non-NATO allies for the procurement by leasing (including leasing with an option to purchase) of defense articles from United States commercial suppliers, not including Major Defense Equipment (other than helicopters and other types of aircraft having possible civilian application), if the President determines that there are compelling foreign policy or national security reasons for those defense articles being provided by commercial lease rather than by government-to-government sale under such Act.

(4) SPECIAL DEFENSE ACQUISITION FUND.—Not to exceed $900,000,000 may be obligated pursuant to section 51(c)(2) of the Arms Export Control Act (22 U.S.C. 2795(c)(2)) for the purposes of the Special Defense Acquisition Fund (the Fund), to remain available for obligation until September 30, 2026: *Provided,* That the provision of defense articles and defense services to foreign countries or international organizations from the Fund shall be subject to the concurrence of the Secretary of State.

*Requirement.*

(5) EXTENSION OF WAR RESERVES STOCKPILE AUTHORITY.— Section 514(b)(2)(A) of the Foreign Assistance Act of 1961 (22 U.S.C. 2321h(b)(2)(A)) is amended by striking "or 2025" and inserting "2025 and 2026".

(6) PROGRAM CLARIFICATION.—Notwithstanding section 503(a)(3) of Public Law 87–195 (22 U.S.C. 2311(a)(3)), the procurement of defense articles and services funded on a non-repayable basis under section 23 of the Arms Export Control Act may be priced to include the costs of salaries of members of the Armed Forces of the United States engaged in security assistance activities pursuant to 10 U.S.C. 341 (relating to the State Partnership Program): *Provided,* That this paragraph shall only apply to funds that remain available for obligation in fiscal year 2024.

*Applicability.*

(7) REPROGRAMMING.—Notwithstanding any other provision of law or regulation, equipment procured with funds appropriated in prior Acts making appropriations for the Department of State, foreign operations, and related programs under the heading "Pakistan Counterinsurgency Capability Fund" may be used for any other program and in any region: *Provided,* That any such transfer shall be subject to prior consultation with the appropriate congressional committees and the regular notification procedures of the Committees on Appropriations.

*Requirement. Consultation. Notification.*

(c) LIMITATIONS.—

(1) CHILD SOLDIERS.—Funds appropriated by this Act should not be used to support any military training or operations that include child soldiers.

(2) LANDMINES AND CLUSTER MUNITIONS.—

(A) LANDMINES.—Notwithstanding any other provision of law, demining equipment available to the United States Agency for International Development and the Department of State and used in support of the clearance of landmines and unexploded ordnance for humanitarian purposes may be disposed of on a grant basis in foreign countries, subject to such terms and conditions as the Secretary of State may prescribe.

PUBLIC LAW 118–47—MAR. 23, 2024        138 STAT. 797

(B) CLUSTER MUNITIONS.—No military assistance shall be furnished for cluster munitions, no defense export license for cluster munitions may be issued, and no cluster munitions or cluster munitions technology shall be sold or transferred, unless—

(i) the submunitions of the cluster munitions, after arming, do not result in more than 1 percent unexploded ordnance across the range of intended operational environments, and the agreement applicable to the assistance, transfer, or sale of such cluster munitions or cluster munitions technology specifies that the cluster munitions will only be used against clearly defined military targets and will not be used where civilians are known to be present or in areas normally inhabited by civilians; or

(ii) such assistance, license, sale, or transfer is for the purpose of demilitarizing or permanently disposing of such cluster munitions.

(3) CROWD CONTROL.—If the Secretary of State has information that a unit of a foreign security force uses excessive force to repress peaceful expression or assembly concerning corruption, harm to the environment or human health, or the fairness of electoral processes, or in countries that are undemocratic or undergoing democratic transition, the Secretary shall promptly determine if such information is credible: *Provided,* That if the information is determined to be credible, funds appropriated by this Act should not be used for tear gas, small arms, light weapons, ammunition, or other items for crowd control purposes for such unit, unless the Secretary of State determines that the foreign government is taking effective measures to bring the responsible members of such unit to justice. *[margin: Determinations.]*

(4) OVERSIGHT AND ACCOUNTABILITY.—

(A) Prior to the signing of a new Letter of Offer and Acceptance (LOA) involving funds appropriated under the heading "Foreign Military Financing Program", the Secretary of State shall consult with each recipient government to ensure that the LOA between the United States and such recipient government complies with the purposes of section 4 of the Arms Export Control Act (22 U.S.C. 2754) and that the defense articles, services, and training procured with funds appropriated under such heading are consistent with United States national security policy. *[margin: Consultation. Compliance.]*

(B) The Secretary of State shall promptly inform the appropriate congressional committees of any instance in which the Secretary of State has credible information that such assistance was used in a manner contrary to such agreement. *[margin: Notification.]*

(d) OTHER MATTERS.— *[margin: Definitions.]*

(1) SECURITY ASSISTANCE REPORT.—Not later than 120 days after the date of enactment of this Act, the Secretary of State shall submit to the Committees on Appropriations a report on funds obligated and expended during fiscal year 2023, by country and purpose of assistance, under the headings "Peacekeeping Operations", "International Military Education and Training", and "Foreign Military Financing Program".

138 STAT. 798          PUBLIC LAW 118–47—MAR. 23, 2024

(2) ANNUAL FOREIGN MILITARY TRAINING REPORT.—For the purposes of implementing section 656 of the Foreign Assistance Act of 1961, the term "military training provided to foreign military personnel by the Department of Defense and the Department of State" shall be deemed to include all military training provided by foreign governments with funds appropriated to the Department of Defense or the Department of State, except for training provided by the government of a country designated by section 517(b) of such Act (22 U.S.C. 2321k(b)) as a major non-NATO ally: *Provided,* That such third-country training shall be clearly identified in the report submitted pursuant to section 656 of such Act.

(3) LEAHY LAW.—For purposes of implementing section 620M of the Foreign Assistance Act of 1961, the term "credible information" means information that, considering the source of such information and the surrounding circumstances, supports a reasonable belief that a violation has occurred, and shall not be determined solely on the basis of the number of sources; whether the source has been critical of a policy of the United States Government or its security partners; whether the source has a personal connection to the information being reported; or whether the United States Government is able to independently verify the information.

COUNTERING THE FLOW OF FENTANYL AND OTHER SYNTHETIC DRUGS

SEC. 7036. (a) ASSISTANCE.—Of the funds appropriated by this Act under the headings "Economic Support Fund" and "International Narcotics Control and Law Enforcement", not less than $125,000,000 shall be made available for programs to counter the flow of fentanyl, fentanyl precursors, and other synthetic drugs into the United States: *Provided,* That such funds shall be in addition to funds otherwise made available for such purposes.

(b) USES OF FUNDS.—Funds made available pursuant to subsection (a) shall be made available to support—

China.
Mexico.

(1) efforts to stop the flow of fentanyl, fentanyl precursors, and other synthetic drugs and their precursor materials to the United States from and through the People's Republic of China (PRC), Mexico, and other countries;

(2) law enforcement cooperation and capacity building efforts aimed at disrupting and dismantling transnational criminal organizations involved in the production and trafficking of fentanyl, fentanyl precursors, and other synthetic drugs;

(3) implementation of the Fighting Emerging Narcotics Through Additional Nations to Yield Lasting Results Act (part 7 of subtitle C of the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023, Public Law 117–263); and

(4) engagement, including through multilateral organizations and frameworks, to catalyze collective action to address the public health and security threats posed by fentanyl, fentanyl precursors, and other synthetic drugs, including through the Global Coalition to Address Synthetic Drug Threats.

(c) COUNTER FENTANYL COORDINATION.—The Secretary of State shall designate an existing senior official of the Department of

PUBLIC LAW 118–47—MAR. 23, 2024    138 STAT. 799

State at the rank of Deputy Assistant Secretary or above to coordinate counter fentanyl efforts, whose responsibilities shall include—

(1) ensuring that funds made available pursuant to subsection (a) are implemented in a targeted and effective manner, including by providing policy guidance and coordination; and

(2) coordinating diplomatic engagement and other activities with the heads of other relevant Federal agencies and domestic and international stakeholders.

(d) REPORTS.—

(1) The Secretary of State shall, in consultation with the heads of other relevant Federal agencies and not later than 90 days after the date of enactment of this Act, submit a report to the appropriate congressional committees detailing and assessing the cooperation of the PRC in countering the flow of fentanyl, fentanyl precursors, and other synthetic drugs, and describing actions taken by the United States in coordination with other countries to engage the PRC on taking concrete and measurable steps to stop the flow of fentanyl, fentanyl precursors, and other synthetic drugs from the PRC to other countries: *Provided,* That such report shall be updated and resubmitted quarterly thereafter until September 30, 2025. *(margin note: Assessment. China.)*

(2) Not later than 60 days after the date of enactment of this Act, the Secretary shall submit a report to the appropriate congressional committees detailing how assistance for Mexico is strategically aligned to address the proliferation of fentanyl, fentanyl precursors, and other synthetic drugs from Mexico to the United States. *(margin note: Updates. Time period. Termination date. Mexico.)*

PALESTINIAN STATEHOOD

SEC. 7037. (a) LIMITATION ON ASSISTANCE.—None of the funds appropriated under titles III through VI of this Act may be provided to support a Palestinian state unless the Secretary of State determines and certifies to the appropriate congressional committees that— *(margin note: Determination. Certification.)*

(1) the governing entity of a new Palestinian state—

(A) has demonstrated a firm commitment to peaceful co-existence with the State of Israel; and

(B) is taking appropriate measures to counter terrorism and terrorist financing in the West Bank and Gaza, including the dismantling of terrorist infrastructures, and is cooperating with appropriate Israeli and other appropriate security organizations; and

(2) the Palestinian Authority (or the governing entity of a new Palestinian state) is working with other countries in the region to vigorously pursue efforts to establish a just, lasting, and comprehensive peace in the Middle East that will enable Israel and an independent Palestinian state to exist within the context of full and normal relationships, which should include—

(A) termination of all claims or states of belligerency;

(B) respect for and acknowledgment of the sovereignty, territorial integrity, and political independence of every state in the area through measures including the establishment of demilitarized zones;

(C) their right to live in peace within secure and recognized boundaries free from threats or acts of force;

138 STAT. 800 PUBLIC LAW 118–47—MAR. 23, 2024

(D) freedom of navigation through international waterways in the area; and

(E) a framework for achieving a just settlement of the refugee problem.

(b) SENSE OF CONGRESS.—It is the sense of Congress that the governing entity should enact a constitution assuring the rule of law, an independent judiciary, and respect for human rights for its citizens, and should enact other laws and regulations assuring transparent and accountable governance.

President.
Determination.

(c) WAIVER.—The President may waive subsection (a) if the President determines that it is important to the national security interest of the United States to do so.

(d) EXEMPTION.—The restriction in subsection (a) shall not apply to assistance intended to help reform the Palestinian Authority and affiliated institutions, or the governing entity, in order to help meet the requirements of subsection (a), consistent with the provisions of section 7040 of this Act ("Limitation on Assistance for the Palestinian Authority").

PROHIBITION ON ASSISTANCE TO THE PALESTINIAN BROADCASTING CORPORATION

SEC. 7038. None of the funds appropriated or otherwise made available by this Act may be used to provide equipment, technical support, consulting services, or any other form of assistance to the Palestinian Broadcasting Corporation.

ASSISTANCE FOR THE WEST BANK AND GAZA

Deadline.
Certification.
Procedures.
Records.
Review.

SEC. 7039. (a) OVERSIGHT.—For fiscal year 2024, 30 days prior to the initial obligation of funds for the bilateral West Bank and Gaza Program, the Secretary of State shall certify to the Committees on Appropriations that procedures have been established to assure the Comptroller General of the United States will have access to appropriate United States financial information in order to review the uses of United States assistance for the Program funded under the heading "Economic Support Fund" for the West Bank and Gaza.

Terrorism.
Determinations.

(b) VETTING.—Prior to the obligation of funds appropriated by this Act under the heading "Economic Support Fund" for assistance for the West Bank and Gaza, the Secretary of State shall take all appropriate steps to ensure that such assistance is not provided to or through any individual, private or government entity, or educational institution that the Secretary knows or has reason to believe advocates, plans, sponsors, engages in, or has engaged in, terrorist activity nor, with respect to private entities or educational institutions, those that have as a principal officer of the entity's governing board or governing board of trustees any individual that has been determined to be involved in, or advocating terrorist activity or determined to be a member of a designated foreign terrorist organization: *Provided,* That the Secretary of State shall, as appropriate, establish procedures specifying the steps to be taken in carrying out this subsection and shall terminate assistance to any individual, entity, or educational institution which the Secretary has determined to be involved in or advocating terrorist activity.

Procedures.
Termination.

(c) PROHIBITION.—

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 801

(1) RECOGNITION OF ACTS OF TERRORISM.—None of the funds appropriated under titles III through VI of this Act for assistance under the West Bank and Gaza Program may be made available for—

(A) the purpose of recognizing or otherwise honoring individuals who commit, or have committed acts of terrorism; and

(B) any educational institution located in the West Bank or Gaza that is named after an individual who the Secretary of State determines has committed an act of terrorism.

*Determination.*

(2) SECURITY ASSISTANCE AND REPORTING REQUIREMENT.—Notwithstanding any other provision of law, none of the funds made available by this or prior appropriations Acts, including funds made available by transfer, may be made available for obligation for security assistance for the West Bank and Gaza until the Secretary of State reports to the Committees on Appropriations on—

(A) the benchmarks that have been established for security assistance for the West Bank and Gaza and on the extent of Palestinian compliance with such benchmarks; and

(B) the steps being taken by the Palestinian Authority to end torture and other cruel, inhuman, and degrading treatment of detainees, including by bringing to justice members of Palestinian security forces who commit such crimes.

(d) OVERSIGHT BY THE UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT.—

(1) The Administrator of the United States Agency for International Development shall ensure that Federal or non-Federal audits of all contractors and grantees, and significant subcontractors and sub-grantees, under the West Bank and Gaza Program, are conducted at least on an annual basis to ensure, among other things, compliance with this section.

*Audits.*
*Contracts.*
*Grants.*
*Deadline.*
*Compliance.*

(2) Of the funds appropriated by this Act, up to $1,400,000 may be used by the Office of Inspector General of the United States Agency for International Development for audits, investigations, and other activities in furtherance of the requirements of this subsection: *Provided,* That such funds are in addition to funds otherwise available for such purposes.

(e) COMPTROLLER GENERAL OF THE UNITED STATES AUDIT.—Subsequent to the certification specified in subsection (a), the Comptroller General of the United States shall conduct an audit and an investigation of the treatment, handling, and uses of all funds for the bilateral West Bank and Gaza Program, including all funds provided as cash transfer assistance, in fiscal year 2024 under the heading "Economic Support Fund", and such audit shall address—

*Investigation.*

(1) the extent to which such Program complies with the requirements of subsections (b) and (c); and

*Compliance.*

(2) an examination of all programs, projects, and activities carried out under such Program, including both obligations and expenditures.

*Examination.*

(f) NOTIFICATION PROCEDURES.—Funds made available in this Act for West Bank and Gaza shall be subject to the regular notification procedures of the Committees on Appropriations.

*Requirement.*

138 STAT. 802    PUBLIC LAW 118–47—MAR. 23, 2024

LIMITATION ON ASSISTANCE FOR THE PALESTINIAN AUTHORITY

President.

SEC. 7040. (a) PROHIBITION OF FUNDS.—None of the funds appropriated by this Act to carry out the provisions of chapter 4 of part II of the Foreign Assistance Act of 1961 may be obligated or expended with respect to providing funds to the Palestinian Authority.

Certification.

(b) WAIVER.—The prohibition included in subsection (a) shall not apply if the President certifies in writing to the Speaker of the House of Representatives, the President pro tempore of the Senate, and the Committees on Appropriations that waiving such prohibition is important to the national security interest of the United States.

(c) PERIOD OF APPLICATION OF WAIVER.—Any waiver pursuant to subsection (b) shall be effective for no more than a period of 6 months at a time and shall not apply beyond 12 months after the enactment of this Act.

(d) REPORT.—Whenever the waiver authority pursuant to subsection (b) is exercised, the President shall submit a report to the Committees on Appropriations detailing the justification for the waiver, the purposes for which the funds will be spent, and the accounting procedures in place to ensure that the funds are properly disbursed: *Provided,* That the report shall also detail the steps the Palestinian Authority has taken to arrest terrorists, confiscate weapons and dismantle the terrorist infrastructure.

Reports.

(e) CERTIFICATION.—If the President exercises the waiver authority under subsection (b), the Secretary of State must certify and report to the Committees on Appropriations prior to the obligation of funds that the Palestinian Authority has established a single treasury account for all Palestinian Authority financing and all financing mechanisms flow through this account, no parallel financing mechanisms exist outside of the Palestinian Authority treasury account, and there is a single comprehensive civil service roster and payroll, and the Palestinian Authority is acting to counter incitement of violence against Israelis and is supporting activities aimed at promoting peace, coexistence, and security cooperation with Israel.

(f) PROHIBITION TO HAMAS AND THE PALESTINE LIBERATION ORGANIZATION.—

(1) None of the funds appropriated in titles III through VI of this Act may be obligated for salaries of personnel of the Palestinian Authority located in Gaza or may be obligated or expended for assistance to Hamas or any entity effectively controlled by Hamas, any power-sharing government of which Hamas is a member, or that results from an agreement with Hamas and over which Hamas exercises undue influence.

Certification.
Reports.
Compliance.

(2) Notwithstanding the limitation of paragraph (1), assistance may be provided to a power-sharing government only if the President certifies and reports to the Committees on Appropriations that such government, including all of its ministers or such equivalent, has publicly accepted and is complying with the principles contained in section 620K(b)(1)(A) and (B) of the Foreign Assistance Act of 1961, as amended.

(3) The President may exercise the authority in section 620K(e) of the Foreign Assistance Act of 1961, as added by the Palestinian Anti-Terrorism Act of 2006 (Public Law 109–446) with respect to this subsection.

PUBLIC LAW 118–47—MAR. 23, 2024        138 STAT. 803

(4) Whenever the certification pursuant to paragraph (2) is exercised, the Secretary of State shall submit a report to the Committees on Appropriations within 120 days of the certification and every quarter thereafter on whether such government, including all of its ministers or such equivalent are continuing to comply with the principles contained in section 620K(b)(1)(A) and (B) of the Foreign Assistance Act of 1961, as amended: *Provided*, That the report shall also detail the amount, purposes and delivery mechanisms for any assistance provided pursuant to the abovementioned certification and a full accounting of any direct support of such government.

*Reports. Time period. Compliance.*

(5) None of the funds appropriated under titles III through VI of this Act may be obligated for assistance for the Palestine Liberation Organization.

MIDDLE EAST AND NORTH AFRICA

SEC. 7041. (a) EGYPT.—

(1) ASSISTANCE.—Of the funds appropriated by this Act, not less than $1,425,000,000 should be made available for assistance for Egypt, of which—

(A) not less than $125,000,000 shall be made available from funds under the heading "Economic Support Fund", of which not less than $40,000,000 should be made available for higher education programs, including not less than $15,000,000 for scholarships for Egyptian students with high financial need to attend not-for-profit institutions of higher education in Egypt that are currently accredited by a regional accrediting agency recognized by the United States Department of Education, or meets standards equivalent to those required for United States institutional accreditation by a regional accrediting agency recognized by such Department: *Provided,* That such funds shall be made available for democracy programs, and for development programs in the Sinai; and

(B) not less than $1,300,000,000 should be made available from funds under the heading "Foreign Military Financing Program", to remain available until September 30, 2025: *Provided,* That such funds may be transferred to an interest bearing account in the Federal Reserve Bank of New York, following consultation with the Committees on Appropriations and the uses of any interest earned on such funds shall be subject to the regular notification procedures of the Committees on Appropriations.

*Transfer authority. Consultation. Requirement. Notification.*

(2) CERTIFICATION AND REPORT.—Funds appropriated by this Act that are available for assistance for Egypt may be made available notwithstanding any other provision of law restricting assistance for Egypt, except for this subsection and section 620M of the Foreign Assistance Act of 1961, and may only be made available for assistance for the Government of Egypt if the Secretary of State certifies and reports to the Committees on Appropriations that such government is—

(A) sustaining the strategic relationship with the United States; and

(B) meeting its obligations under the 1979 Egypt-Israel Peace Treaty.

138 STAT. 804    PUBLIC LAW 118–47—MAR. 23, 2024

Certification.
Reports.

Waiver authority.
Determination.

(3) WITHHOLDING.—Of the funds made available pursuant to paragraph (1)(B), $320,000,000 shall be withheld from obligation until the Secretary certifies and reports to the Committees on Appropriations that the Government of Egypt is meeting the requirements under this section in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act): *Provided,* That the Secretary may waive such requirement if the Secretary determines and reports to the Committees on Appropriations that such funds are necessary for counterterrorism, border security, or nonproliferation programs or that it is otherwise important to the national security interest of the United States to do so, including a detailed justification for the use of such waiver and the reasons why any of the requirements cannot be met: *Provided further,* That the report required by the previous proviso shall be submitted in unclassified form but may be accompanied by a classified annex.

(b) IRAN.—

(1) FUNDING.—Funds appropriated by this Act under the headings "Diplomatic Programs", "Economic Support Fund", and "Nonproliferation, Anti-terrorism, Demining and Related Programs" shall be made available—

(A) to support the United States policy to prevent Iran from achieving the capability to produce or otherwise obtain a nuclear weapon;

(B) to support an expeditious response to any violation of United Nations Security Council Resolutions or to efforts that advance Iran's nuclear program;

(C) to support the implementation and enforcement of sanctions against Iran for support of nuclear weapons development, terrorism, human rights abuses, and ballistic missile and weapons proliferation; and

(D) for democracy programs in support of the aspirations of the Iranian people.

(2) REPORTS.—

(A) SEMI-ANNUAL REPORT.—The Secretary of State shall submit to the Committees on Appropriations the semi-annual report required by section 135(d)(4) of the Atomic Energy Act of 1954 (42 U.S.C. 2160e(d)(4)), as added by section 2 of the Iran Nuclear Agreement Review Act of 2015 (Public Law 114–17).

(B) SANCTIONS REPORT.—Not later than 180 days after the date of enactment of this Act, the Secretary of State, in consultation with the Secretary of the Treasury, shall submit to the appropriate congressional committees a report on—

(i) the status of United States bilateral sanctions on Iran;

(ii) the reimposition and renewed enforcement of secondary sanctions; and

(iii) the impact such sanctions have had on Iran's destabilizing activities throughout the Middle East.

(3) LIMITATIONS.—None of the funds appropriated by this Act may be used to—

(A) implement an agreement with the Government of Iran relating to the nuclear program of Iran, or a renewal of the Joint Comprehensive Plan of Action adopted on

October 18, 2015, in contravention of the Iran Nuclear Agreement Review Act of 2015 (42 U.S.C. 2160e); or

(B) revoke the designation of the Islamic Revolutionary Guard Corps as a Foreign Terrorist Organization pursuant to section 219 of the Immigration and Nationality Act (8 U.S.C. 1189).

(c) IRAQ.—

(1) Funds appropriated under titles III and IV of this Act shall be made available for assistance for Iraq for—

(A) bilateral economic assistance and international security assistance, including in the Kurdistan Region of Iraq;

(B) stabilization assistance, including in Anbar Province;

(C) programs to support government transparency and accountability, support judicial independence, protect the right of due process, end the use of torture, and combat corruption;

(D) humanitarian assistance, including in the Kurdistan Region of Iraq;

(E) programs to protect and assist religious and ethnic minority populations; and

(F) programs to increase United States private sector investment.

(2) LIMITATION.—Funds appropriated by this Act under title III and made available for bilateral economic assistance for Iraq may not be made available to an organization or entity for which the Secretary of State has credible information is controlled by the Badr Organization.

<div style="float:right; font-style:italic;">Badr Organization.</div>

(d) ISRAEL.—Of the funds appropriated by this Act under the heading "Foreign Military Financing Program", not less than $3,300,000,000 shall be available for grants only for Israel which shall be disbursed within 30 days of enactment of this Act: *Provided,* That to the extent that the Government of Israel requests that funds be used for such purposes, grants made available for Israel under this heading shall, as agreed by the United States and Israel, be available for advanced weapons systems, of which not less than $725,300,000 shall be available for the procurement in Israel of defense articles and defense services, including research and development.

<div style="float:right;">Disbursement. Deadline.</div>

(e) JORDAN.—Of the funds appropriated by this Act under titles III and IV, not less than $1,650,000,000 shall be made available for assistance for Jordan, of which not less than $845,100,000 shall be made available for budget support for the Government of Jordan and not less than $425,000,000 shall be made available under the heading "Foreign Military Financing Program".

(f) LEBANON.—

(1) LIMITATION.—None of the funds appropriated by this Act may be made available for the Lebanese Internal Security Forces (ISF) or the Lebanese Armed Forces (LAF) if the ISF or the LAF is controlled by a foreign terrorist organization, as designated pursuant to section 219 of the Immigration and Nationality Act (8 U.S.C. 1189).

<div style="float:right;">Lebanese Internal Security Forces. Lebanese Armed Forces. Terrorism.</div>

(2) SECURITY ASSISTANCE.—

(A) Funds appropriated by this Act under the headings "International Narcotics Control and Law Enforcement" and "Foreign Military Financing Program" that are made

<div style="float:right;">Consultation.</div>

available for assistance for Lebanon may be made available for programs and equipment for the ISF and the LAF to address security and stability requirements in areas affected by conflict in Syria, following consultation with the appropriate congressional committees.

(B) Funds appropriated by this Act under the heading "Foreign Military Financing Program" that are made available for assistance for Lebanon may only be made available for programs to—

(i) professionalize the LAF to mitigate internal and external threats from non-state actors, including Hizballah;

(ii) strengthen the security of borders and combat terrorism, including training and equipping the LAF to secure the borders of Lebanon and address security and stability requirements in areas affected by conflict in Syria, interdicting arms shipments, and preventing the use of Lebanon as a safe haven for terrorist groups; and

(iii) implement United Nations Security Council Resolution 1701:

Spend plan.

*Provided,* That prior to obligating funds made available by this subparagraph for assistance for the LAF, the Secretary of State shall submit to the Committees on Appropriations a spend plan, including actions to be taken to ensure equipment provided to the LAF is used only for the intended purposes, except such plan may not be considered as meeting the notification requirements under section 7015 of this Act or under section 634A of the Foreign Assistance Act of 1961: *Provided further,* That any notification submitted pursuant to such section shall include any funds specifically intended for lethal military equipment.

Notification.

(3) ASSISTANCE.—Funds appropriated by this Act under the heading "Economic Support Fund" that are made available for assistance for Lebanon may be made available notwithstanding section 1224 of the Foreign Relations Authorization Act, Fiscal Year 2003 (Public Law 107–228; 22 U.S.C. 2346 note).

(g) MOROCCO.—Funds appropriated under titles III and IV of this Act shall be made available for assistance for Morocco.

(h) SAUDI ARABIA.—

(1) None of the funds appropriated by this Act under the heading "International Military Education and Training" should be made available for assistance for the Government of Saudi Arabia.

(2) None of the funds appropriated or otherwise made available by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs should be obligated or expended by the Export-Import Bank of the United States to guarantee, insure, or extend (or participate in the extension of) credit in connection with the export of nuclear technology, equipment, fuel, materials, or other nuclear technology-related goods or services to Saudi Arabia unless the Government of Saudi Arabia—

(A) has in effect a nuclear cooperation agreement pursuant to section 123 of the Atomic Energy Act of 1954 (42 U.S.C. 2153);

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 807

(B) has committed to renounce uranium enrichment and reprocessing on its territory under that agreement; and

(C) has signed and implemented an Additional Protocol to its Comprehensive Safeguards Agreement with the International Atomic Energy Agency.

(i) SYRIA.—

(1) NON-LETHAL ASSISTANCE.—Funds appropriated by this Act under titles III and IV may be made available, notwithstanding any other provision of law, for non-lethal stabilization assistance for Syria, including for emergency medical and rescue response and chemical weapons investigations.

(2) LIMITATIONS.—Funds made available pursuant to paragraph (1) of this subsection—

(A) may not be made available for a project or activity that supports or otherwise legitimizes the Government of Iran, foreign terrorist organizations (as designated pursuant to section 219 of the Immigration and Nationality Act (8 U.S.C. 1189)), or a proxy of Iran in Syria;

(B) may not be made available for activities that further the strategic objectives of the Government of the Russian Federation that the Secretary of State determines may threaten or undermine United States national security interests; and

(C) should not be used in areas of Syria controlled by a government led by Bashar al-Assad or associated forces or made available to an organization or entity effectively controlled by an official or immediate family member of an official of such government.

(3) UNITED STATES GOVERNMENT AL-HOL ACTION PLAN.—Of the funds appropriated under title III of this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs, not less than $25,000,000 shall be made available to implement the "U.S. Government Al-Hol Action Plan".

(4) MONITORING, OVERSIGHT, CONSULTATION, AND NOTIFICATION.—

(A) Prior to the obligation of funds appropriated by this Act and made available for assistance for Syria, the Secretary of State shall take all practicable steps to ensure that mechanisms are in place for monitoring, oversight, and control of such assistance inside Syria.

(B) Funds made available pursuant to this subsection may only be made available following consultation with the appropriate congressional committees and shall be subject to the regular notification procedures of the Committees on Appropriations: *Provided,* That such consultation shall include the steps taken to comply with subparagraph (A) and steps intended to be taken to comply with section 7015(j) of this Act.

(j) TUNISIA.—Funds appropriated under titles III and IV of this Act shall be made available for assistance for Tunisia for programs to support democratic governance and civil society, protect due process of law, and maintain regional stability and security, following consultation with the Committees on Appropriations.

(k) WEST BANK AND GAZA.—

*Terrorism.*
*Iran.*

*Russia.*
*Determination.*

*Bashar al-Assad.*

*Requirement.*

*Compliance.*

*Consultation.*

PUBLIC LAW 118–47—MAR. 23, 2024

(1) REPORT ON ASSISTANCE.—Prior to the initial obligation of funds made available by this Act under the heading "Economic Support Fund" for assistance for the West Bank and Gaza, the Secretary of State shall report to the Committees on Appropriations that the purpose of such assistance is to—

(A) advance Middle East peace;

(B) improve security in the region;

(C) continue support for transparent and accountable government institutions;

(D) promote a private sector economy; or

(E) address urgent humanitarian needs.

(2) LIMITATIONS.—

(A)(i) None of the funds appropriated under the heading "Economic Support Fund" in this Act may be made available for assistance for the Palestinian Authority, if after the date of enactment of this Act—

(I) the Palestinians obtain the same standing as member states or full membership as a state in the United Nations or any specialized agency thereof outside an agreement negotiated between Israel and the Palestinians; or

(II) the Palestinians initiate an International Criminal Court (ICC) judicially authorized investigation, or actively support such an investigation, that subjects Israeli nationals to an investigation for alleged crimes against Palestinians.

*Waiver authority. Certification. Reports.*

(ii) The Secretary of State may waive the restriction in clause (i) of this subparagraph resulting from the application of subclause (I) of such clause if the Secretary certifies to the Committees on Appropriations that to do so is in the national security interest of the United States, and submits a report to such Committees detailing how the waiver and the continuation of assistance would assist in furthering Middle East peace.

*President. Waiver authority. Determinations. Certifications.*

(B)(i) The President may waive the provisions of section 1003 of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989 (Public Law 100–204) if the President determines and certifies in writing to the Speaker of the House of Representatives, the President pro tempore of the Senate, and the appropriate congressional committees that the Palestinians have not, after the date of enactment of this Act—

(I) obtained in the United Nations or any specialized agency thereof the same standing as member states or full membership as a state outside an agreement negotiated between Israel and the Palestinians; and

(II) initiated or actively supported an ICC investigation against Israeli nationals for alleged crimes against Palestinians.

*Time period.*

(ii) Not less than 90 days after the President is unable to make the certification pursuant to clause (i) of this subparagraph, the President may waive section 1003 of Public Law 100–204 if the President determines and certifies in writing to the Speaker of the House of Representatives, the President pro tempore of the Senate, and the Committees on Appropriations that the Palestinians have

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 809

entered into direct and meaningful negotiations with Israel: *Provided,* That any waiver of the provisions of section 1003 of Public Law 100–204 under clause (i) of this subparagraph or under previous provisions of law must expire before the waiver under this clause may be exercised.

(iii) Any waiver pursuant to this subparagraph shall be effective for no more than a period of 6 months at a time and shall not apply beyond 12 months after the enactment of this Act.

*Effective date.*
*Time periods.*

(3) APPLICATION OF TAYLOR FORCE ACT.—Funds appropriated by this Act under the heading "Economic Support Fund" that are made available for assistance for the West Bank and Gaza shall be made available consistent with section 1004(a) of the Taylor Force Act (title X of division S of Public Law 115–141).

(4) SECURITY REPORT.—The reporting requirements in section 1404 of the Supplemental Appropriations Act, 2008 (Public Law 110–252) shall apply to funds made available by this Act, including a description of modifications, if any, to the security strategy of the Palestinian Authority.

*Applicability.*

(5) INCITEMENT REPORT.—Not later than 90 days after the date of enactment of this Act, the Secretary of State shall submit a report to the appropriate congressional committees detailing steps taken by the Palestinian Authority to counter incitement of violence against Israelis and to promote peace and coexistence with Israel.

AFRICA

SEC. 7042. (a) AFRICAN GREAT LAKES REGION ASSISTANCE RESTRICTION.—Funds appropriated by this Act under the heading "International Military Education and Training" for the central government of a country in the African Great Lakes region may be made available only for Expanded International Military Education and Training and professional military education until the Secretary of State determines and reports to the Committees on Appropriations that such government is not facilitating or otherwise participating in destabilizing activities in a neighboring country, including aiding and abetting armed groups.

*Determination.*
*Reports.*

(b) CENTRAL AFRICAN REPUBLIC.—Of the funds appropriated by this Act under the heading "Economic Support Fund", not less than $3,000,000 shall be made available for a contribution to the Special Criminal Court in Central African Republic.

(c) COUNTER ILLICIT ARMED GROUPS.—Funds appropriated by this Act shall be made available for programs and activities in areas affected by the Lord's Resistance Army (LRA) or other illicit armed groups in Eastern Democratic Republic of the Congo and the Central African Republic, including to improve physical access, telecommunications infrastructure, and early-warning mechanisms and to support the disarmament, demobilization, and reintegration of former LRA combatants, especially child soldiers.

*Lord's Resistance Army.*
*Child soldiers.*

(d) DEMOCRATIC REPUBLIC OF THE CONGO.—Funds appropriated by this Act shall be made available for assistance for the Democratic Republic of the Congo (DRC) for stabilization, democracy, global health, and bilateral economic assistance: *Provided,* That such funds shall also be made available to support security, stabilization, development, and democracy in Eastern DRC.

138 STAT. 810        PUBLIC LAW 118–47—MAR. 23, 2024

(e) ETHIOPIA.—Funds appropriated by this Act that are made available for assistance for Ethiopia should be used to support—

(1) political dialogue;

(2) civil society and the protection of human rights;

(3) investigations and prosecutions of gross violations of human rights;

(4) efforts to provide unimpeded access to, and monitoring of, humanitarian assistance; and

(5) the restoration of basic services in areas impacted by conflict.

(f) MALAWI.—Funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs that are made available for higher education programs in Malawi shall be made available for higher education and workforce development programs in agriculture as described under this section in House Report 118–146.

Reports.

(g) POWER AFRICA.—Prior to the initial obligation of funds appropriated by this Act and made available for the Power Africa program, the Administrator of the United States Agency for International Development shall submit the report required under this section in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act): *Provided,* That such funds shall be used for all-of-the-above energy development consistent with the Electrify Africa Act of 2015 (Public Law 114–121).

(h) SOUTH SUDAN.—None of the funds appropriated by this Act under title IV may be made available for assistance for the central Government of South Sudan, except to support implementation of outstanding issues of the Comprehensive Peace Agreement, mutual arrangements related to post-referendum issues associated with such Agreement, or any other viable peace agreement in South Sudan.

(i) SUDAN.—

(1) LIMITATION.—None of the funds appropriated by this Act under title IV may be made available for assistance for the central Government of Sudan, except to support implementation of outstanding issues of the Comprehensive Peace Agreement, mutual arrangements related to post-referendum issues associated with such Agreement, or any other viable peace agreement in Sudan.

Requirement.

(2) CONSULTATION.—Funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs that are made available for any new program, project, or activity in Sudan shall be subject to prior consultation with the appropriate congressional committees.

(j) ZIMBABWE.—

Certifications.
Reports.
22 USC 2151
note.

(1) INSTRUCTION.—The Secretary of the Treasury shall instruct the United States executive director of each international financial institution to vote against any extension by the respective institution of any loan or grant to the Government of Zimbabwe, except to meet basic human needs or to promote democracy, unless the Secretary of State certifies and reports to the Committees on Appropriations that the rule of law has been restored, including respect for ownership and title to property, and freedoms of expression, association, and assembly.

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 811

(2) LIMITATION.—None of the funds appropriated by this Act shall be made available for assistance for the central Government of Zimbabwe, except for health and education, unless the Secretary of State certifies and reports as required in paragraph (1).

EAST ASIA AND THE PACIFIC

SEC. 7043. (a) BURMA.—

(1) USES OF FUNDS.—Of the funds appropriated by this Act under the heading "Economic Support Fund", not less than $121,000,000 shall be made available for assistance for Burma for the purposes described in section 5575 of the Burma Act of 2022 (subtitle E of title LV of division E of Public Law 117–263) and section 7043(a) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2023 (division K of Public Law 117–328): *Provided,* That the authorities, limitations, and conditions contained in section 7043(a) of division K of Public Law 117–328 shall apply to funds made available for assistance for Burma under this Act, except for the minimum funding requirements and paragraph (1)(B): *Provided further,* That for the purposes of section 5575 of the Burma Act of 2022 and assistance for Burma made available by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs, "non-lethal assistance" shall include equipment and associated training to support—

(A) atrocities prevention;

(B) the protection of civilians from military attack;

(C) the delivery of humanitarian assistance;

(D) investigations into genocide and human rights violations committed by the Burmese military;

(E) local governance and the provision of services in areas outside the control of the Burmese military; and

(F) medical trauma care, supplies, and training.

(2) DESERTER PROGRAMS.—Pursuant to section 7043(a)(1)(A) of division K of Public Law 117–328, as continued in effect by this subsection, funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs that are made available for assistance for Burma shall be made available for programs and activities to support deserters from the military junta and its allied entities, following consultation with the appropriate congressional committees.

(b) CAMBODIA.—

Not later than 90 days after the date of enactment of this Act but prior to the initial obligation of funds appropriated by this Act that are made available for assistance for Cambodia, the Secretary of State shall submit to the appropriate congressional committees an assessment of the extent of the influence of the People's Republic of China in Cambodia, including on the Government of Cambodia and with respect to the purposes and operations of Ream Naval Base.

(c) INDO-PACIFIC STRATEGY.—

(1) ASSISTANCE.—Of the funds appropriated under titles III and IV of this Act, not less than $1,800,000,000 shall be

*[margin notes:]* Applicability.

Consultation.

Deadline. Assessment. China.

made available to support implementation of the Indo-Pacific Strategy.

<div style="float:left">China.<br>Requirement.<br>Consultation.</div>

(2) COUNTERING PRC INFLUENCE FUND.—Of the funds appropriated by this Act under the headings "Development Assistance", "Economic Support Fund", "International Narcotics Control and Law Enforcement", "Nonproliferation, Anti-terrorism, Demining and Related Programs", and "Foreign Military Financing Program", not less than $400,000,000 shall be made available for a Countering PRC Influence Fund to counter the influence of the Government of the People's Republic of China and the Chinese Communist Party and entities acting on their behalf globally, which shall be subject to prior consultation with the Committees on Appropriations: *Provided,* That such funds are in addition to amounts otherwise made available for such purposes: *Provided further,* That up to 10 percent of such funds shall be held in reserve to respond to unanticipated opportunities to counter PRC influence: *Provided further,* That funds made available pursuant to this paragraph under the heading "Foreign Military Financing Program" may remain available until September 30, 2025: *Provided further,* That funds appropriated by this Act for such Fund under the headings "International Narcotics Control and Law Enforcement", "Nonproliferation, Anti-terrorism, Demining and Related Programs", and "Foreign Military Financing Program" may be transferred to, and merged with, funds appropriated under such headings: *Provided further,* That such transfer authority is in addition to any other transfer authority provided by this Act or any other Act, and is subject to the regular notification procedures of the Committees on Appropriations.

Transfer authority.

Notification.

(3) RESTRICTION ON USES OF FUNDS.—None of the funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs may be made available for any project or activity that directly supports or promotes—

(A) the Belt and Road Initiative or any dual-use infrastructure projects of the People's Republic of China; or

(B) the use of technology, including biotechnology, digital, telecommunications, and cyber, developed by the People's Republic of China unless the Secretary of State, in consultation with the USAID Administrator and the heads of other Federal agencies, as appropriate, determines that such use does not adversely impact the national security of the United States.

Determination.

(4) STRATEGIC REVIEW.—Funds appropriated by this Act shall be made available to design and implement reforms of the processes and procedures regarding the application, consideration, and delivery of equipment and technical training under the Foreign Military Sales (FMS) program, including implementation of FMS 2023 by the Department of State: *Provided,* That not later than 180 days after the date of enactment of this Act, the Secretary of State, in consultation with the heads of other relevant Federal agencies, shall submit a comprehensive strategic review to the appropriate congressional committees on the implementation and impact of such reforms in the Indo-Pacific: *Provided further,* That such review shall provide an assessment of major defense equipment sought by key United States allies and security partners in the region,

Deadline.

Assessment.
Foreign countries.

PUBLIC LAW 118–47—MAR. 23, 2024     138 STAT. 813

including the Philippines, Indonesia, Vietnam, Singapore, and Taiwan: *Provided further,* That the Secretary shall consult with the appropriate congressional committees prior to submitting such review.

*Consultation.*

(5) MAPS.—None of the funds made available by this Act should be used to create, procure, or display any map that inaccurately depicts the territory and social and economic system of Taiwan and the islands or island groups administered by Taiwan authorities.

(d) LAOS.—Of the funds appropriated by this Act under titles III and IV, not less than $93,000,000 shall be made available for assistance for Laos, including for assistance for persons with disabilities caused by unexploded ordnance accidents, and of which up to $1,500,000 may be made available for programs to assist persons with severe physical mobility, cognitive, or developmental disabilities in areas sprayed with Agent Orange: *Provided,* That funds made available pursuant to this subsection may be used, in consultation with the Government of Laos, for assessments of the existence of dioxin contamination resulting from the use of Agent Orange in Laos and the feasibility and cost of remediation.

*Agent Orange.*

*Assessments.*

(e) NORTH KOREA.—

(1) CYBERSECURITY.—None of the funds appropriated by this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs may be made available for assistance for the central government of a country the Secretary of State determines and reports to the appropriate congressional committees engages in significant transactions contributing materially to the malicious cyber-intrusion capabilities of the Government of North Korea: *Provided,* That the Secretary of State shall submit the report required by section 209 of the North Korea Sanctions and Policy Enhancement Act of 2016 (Public Law 114–122; 22 U.S.C. 9229) to the Committees on Appropriations: *Provided further,* That the Secretary of State may waive the application of the restriction in this paragraph with respect to assistance for the central government of a country if the Secretary determines and reports to the appropriate congressional committees that to do so is important to the national security interest of the United States, including a description of such interest served.

*Determinations.*
*Reports.*

*Waiver authority.*

(2) BROADCASTS.—Funds appropriated by this Act under the heading "International Broadcasting Operations" shall be made available to maintain broadcasting hours into North Korea at levels not less than the prior fiscal year.

(3) HUMAN RIGHTS.—Funds appropriated by this Act under the headings "Economic Support Fund" and "Democracy Fund" shall be made available for the promotion of human rights in North Korea: *Provided,* That the authority of section 7032(b)(1) of this Act shall apply to such funds.

*Applicability.*

(4) LIMITATION ON USE OF FUNDS.—None of the funds made available by this Act under the heading "Economic Support Fund" may be made available for assistance for the Government of North Korea.

(f) PACIFIC ISLANDS COUNTRIES.—

(1) OPERATIONS.—Funds appropriated by this Act under the headings "Diplomatic Programs" for the Department of State and "Operating Expenses" for the United States Agency for International Development shall be made available to

expand the United States diplomatic and development presence in Pacific Islands countries (PICs), including the number and location of facilities and personnel.

(2) ASSISTANCE.—Of the funds appropriated by this Act under the headings "Development Assistance", "Economic Support Fund", "International Narcotics Control and Law Enforcement", "Nonproliferation, Anti-terrorism, Demining and Related Programs", and "Foreign Military Financing Program", not less than $160,000,000 shall be made available for assistance for PICs, including to implement the Pacific Partnership Strategy of the United States and Partners in the Blue Pacific initiative, and to further the goals of the Pacific Islands Forum's 2050 Strategy for the Blue Pacific Continent: *Provided,* That funds appropriated by this Act that are made available for the Countering PRC Influence Fund shall be made available for assistance for PICs, in addition to funds made available under this paragraph: *Provided further,* That funds made available by this paragraph for assistance for PICs shall be made available for programs and activities to strengthen and expand cooperation between the United States and higher education institutions in PICs, to be awarded on a competitive basis: *Provided further,* That funds made available by this paragraph for assistance for PICs shall be made available to appropriately commemorate the anniversary of World War II battles in the Pacific in which American servicemen and women lost their lives: *Provided further,* That of the funds made available by this paragraph for assistance for PICs, not less than $5,000,000 shall be made available for trilateral programs.

Commemoration. World War II.

(g) PEOPLE'S REPUBLIC OF CHINA.—

(1) PROHIBITION.—None of the funds appropriated by this Act may be made available for assistance for the Government of the People's Republic of China or the Chinese Communist Party.

(2) HONG KONG.—Of the funds appropriated by this Act under the first paragraph under the heading "Democracy Fund", not less than $5,000,000 shall be made available for democracy and Internet freedom programs for Hong Kong, including legal and other support for democracy activists.

(h) PHILIPPINES.—

(1) FOREIGN MILITARY FINANCING PROGRAM.—Of the funds appropriated by this Act under the heading "Foreign Military Financing Program", not less than $40,000,000 shall be made available for assistance for the Philippines.

(2) LIMITATION.—None of the funds appropriated by this Act under the heading "International Narcotics Control and Law Enforcement" may be made available for counternarcotics assistance for the Philippines, except for drug demand reduction, maritime law enforcement, or transnational interdiction.

(i) TAIWAN.—

(1) GLOBAL COOPERATION AND TRAINING FRAMEWORK.—Of the funds appropriated by this Act under the heading "Economic Support Fund", not less than $4,000,000 shall be made available for the Global Cooperation and Training Framework, which shall be administered by the American Institute in Taiwan.

(2) FOREIGN MILITARY FINANCING PROGRAM.—Of the funds appropriated by this Act under the heading "Foreign Military Financing Program", not less than $300,000,000 shall be made

available for assistance for Taiwan: *Provided,* That the Secretary of State, in coordination with the Secretary of Defense, shall prioritize the delivery of defense articles and services for Taiwan.

(3) FOREIGN MILITARY FINANCING PROGRAM LOAN AND LOAN GUARANTEE AUTHORITY.—Funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs under the heading "Foreign Military Financing Program", except for amounts designated as an emergency requirement pursuant to a concurrent resolution on the budget or the Balanced Budget and Emergency Deficit Control Act of 1985, may be made available for the costs, as defined in section 502 of the Congressional Budget Act of 1974, of direct loans and loan guarantees for Taiwan, as authorized by section 5502(g) of the Taiwan Enhanced Resilience Act (subtitle A of title LV of division E of Public Law 117–263).

(4) FELLOWSHIP PROGRAM.—Funds appropriated by this Act under the heading "Payment to the American Institute in Taiwan" shall be made available for the Taiwan Fellowship Program.

(5) CONSULTATION.—Not later than 60 days after the date of enactment of this Act, the Secretary of State shall consult with the Committees on Appropriations on the uses of funds made available pursuant to this subsection: *Provided,* That such funds shall be subject to the regular notification procedures of the Committees on Appropriations.

*Deadline.*

*Requirement. Notification.*

(j) TIBET.—

(1) Notwithstanding any other provision of law, of the funds appropriated by this Act under the heading "Economic Support Fund", not less than $10,000,000 shall be made available to nongovernmental organizations with experience working with Tibetan communities to support activities which preserve cultural traditions and promote sustainable development, education, and environmental conservation in Tibetan communities in the Tibet Autonomous Region and in other Tibetan communities in China.

(2) Of the funds appropriated by this Act under the heading "Economic Support Fund", not less than $8,000,000 shall be made available for programs to promote and preserve Tibetan culture and language in the refugee and diaspora Tibetan communities, development, and the resilience of Tibetan communities and the Central Tibetan Administration in India and Nepal, and to assist in the education and development of the next generation of Tibetan leaders from such communities: *Provided,* That such funds are in addition to amounts made available in paragraph (1) for programs inside Tibet.

(3) Of the funds appropriated by this Act under the heading "Economic Support Fund", not less than $5,000,000 shall be made available for programs to strengthen the capacity of the Central Tibetan Administration, of which up to $1,500,000 may be made available to address economic growth and capacity building activities, including for displaced Tibetan refugee families in India and Nepal to help meet basic needs, following consultation with the Committees on Appropriations: *Provided,* That such funds shall be administered by USAID.

*Consultation.*

138 STAT. 816          PUBLIC LAW 118–47—MAR. 23, 2024

(k) VIETNAM.—Of the funds appropriated under titles III and IV of this Act, not less than $197,000,000 shall be made available for assistance for Vietnam, of which not less than—

(1) $30,000,000 shall be made available for health and disability programs to assist persons with severe physical mobility, cognitive, or developmental disabilities: *Provided,* That such funds shall be prioritized to assist persons whose disabilities may be related to the use of Agent Orange and exposure to dioxin, or are the result of unexploded ordnance accidents;

(2) $20,000,000 shall be made available, notwithstanding any other provision of law, for activities related to the remediation of dioxin contaminated sites in Vietnam and may be made available for assistance for the Government of Vietnam, including the military, for such purposes;

(3) $3,000,000 shall be made available for the Reconciliation/Vietnamese Wartime Accounting Initiative; and

(4) $15,000,000 shall be made available for higher education programs.

SOUTH AND CENTRAL ASIA

SEC. 7044. (a) AFGHANISTAN.—

(1) RESTRICTION.—None of the funds appropriated by this Act that are made available for assistance for Afghanistan may be made available for assistance to the Taliban.

(2) AFGHAN STUDENTS.—Funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs shall be made available to—

(A) support the higher education of students from Afghanistan studying outside of the country, including the costs of reimbursement to institutions hosting such students, as appropriate: *Provided,* That the Secretary of State and the Administrator of the United States Agency for International Development, as appropriate, shall consult with the Committees on Appropriations prior to the initial obligation of funds for such purposes; and

(B) provide modified learning opportunities for women and girls in Afghanistan, including but not limited to, efforts to expand internet access, online schooling, and distribution of educational content.

(3) AFGHAN WOMEN.—

(A) Of the funds appropriated by this Act under the heading "Economic Support Fund" that are made available for assistance for Afghanistan, not less than $5,000,000 shall be made available for programs to investigate and document human rights abuses against women in Afghanistan: *Provided*, That such funds shall be the responsibility of the Bureau of Democracy, Human Rights, and Labor, Department of State, following consultation with the Committees on Appropriations.

(B) Funds appropriated by this Act that are made available for assistance for Afghanistan shall be made available for a program for Afghan women-led organizations to support education, human rights, and economic

Agent Orange.

Reimbursement.

Consultation.

Consultation.

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 817

livelihoods in Afghanistan: *Provided,* That such program shall be co-designed by women in Afghanistan.

(4) REPORT.—Not later than 45 days after the date of enactment of this Act, the Secretary of State and the USAID Administrator shall submit a report to the appropriate congressional committees detailing plans, consistent with the restriction contained in paragraph (1), to—

   (A) protect and strengthen the rights of Afghan women and girls;

   (B) support higher education programs, including continued support for the American University of Afghanistan's (AUAF) online programs and support for other higher education institutions in South Asia and the Middle East that are hosting AUAF and other Afghan students;

   (C) support Afghan civil society activists, journalists, and independent media, including in third countries; and

   (D) support health, education, including community-based education, and other programs to address the basic needs of the people of Afghanistan.

(b) PAKISTAN.—

(1) LIMITATION.—Funds appropriated by this Act under the heading "Foreign Military Financing Program" that are made available for assistance for Pakistan may only be made available to support counterterrorism and counterinsurgency capabilities in Pakistan.

(2) WITHHOLDING.—Of the funds appropriated under titles III and IV of this Act that are made available for assistance for Pakistan, $33,000,000 shall be withheld from obligation until the Secretary of State reports to the Committees on Appropriations that Dr. Shakil Afridi has been released from prison and cleared of all charges relating to the assistance provided to the United States in locating Osama bin Laden.

(c) SRI LANKA.—

(1) ASSISTANCE.—Funds appropriated under title III of this Act shall be made available for assistance for Sri Lanka for democracy and economic development programs, particularly in areas recovering from ethnic and religious conflict.

(2) CERTIFICATION.—Funds appropriated by this Act for assistance for the central Government of Sri Lanka may be made available only if the Secretary of State certifies and reports to the Committees on Appropriations that such Government is taking effective and consistent steps to—

   (A) protect the rights and freedoms of the people of Sri Lanka regardless of ethnicity and religious belief, including by investigating violations of human rights and the laws of war and holding perpetrators of such violations accountable;

   (B) implement the necessary political, economic, military, and legal reforms to enable economic recovery and to prevent conflict and future economic crises;

   (C) increase transparency and accountability in governance and combat corruption, including bringing to justice public officials who have engaged in significant acts of corruption;

   (D) assert its sovereignty against influence by the People's Republic of China; and

*Marginal notes:* Plans. Reports. Shakil Afridi. Reports. Human rights.

138 STAT. 818          PUBLIC LAW 118–47—MAR. 23, 2024

(E) promote reconciliation between ethnic and religious groups, particularly arising from past conflict in Sri Lanka, as described under this section in House Report 118–146: *Provided,* That the limitations of this paragraph shall not apply to funds made available for humanitarian assistance and disaster response; to protect human rights, locate and identify missing persons, and assist victims of torture and trauma; to promote justice, accountability, and reconciliation; to enhance maritime security and domain awareness; to promote fiscal transparency and sovereignty; and for International Military Education and Training.

(3) LIMITATION.—Funds appropriated by this Act that are made available for assistance for the Sri Lankan armed forces may only be made available for—

(A) international peacekeeping operations training;

(B) humanitarian assistance and disaster response;

(C) instruction in human rights and related curricula development;

(D) maritime security and domain awareness, including professionalization and training for the navy and coast guard; and

(E) programs and activities under the heading "International Military Education and Training".

Requirement.

(4) CONSULTATION.—Funds made available for assistance for Sri Lanka for international peacekeeping operations training shall be subject to prior consultation with the Committees on Appropriations.

LATIN AMERICA AND THE CARIBBEAN

SEC. 7045. (a) ASSISTANCE FOR LATIN AMERICA AND THE CARIBBEAN.—Funds appropriated by this Act under titles III and IV and made available for countries in Latin America and the Caribbean shall be prioritized for programs as described under this section in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act).

(b) CENTRAL AMERICA.—

(1) ASSISTANCE.—Funds appropriated under titles III and IV of this Act shall be made available for assistance for countries in Central America, consistent with subsection (a), of which—

(A) $61,500,000 should be made available to support entities and activities to combat corruption and impunity in such countries, including, as appropriate, offices of Attorneys General;

(B) $70,000,000 should be made available for programs to reduce violence against women and girls, including for Indigenous women and girls;

(C) funds should be made available for assistance for El Salvador, Guatemala, and Honduras for programs that support locally-led development in such countries: *Provided,* That up to 15 percent of the funds made available to carry out this subparagraph may be used by the Administrator of the United States Agency for International Development for administrative and oversight expenses related to the purposes of this subparagraph:

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 819

*Provided further,* That the USAID Administrator shall consult with the Committees on Appropriations on the planned uses of funds to carry out this subparagraph prior to the initial obligation of funds: *Provided further,* That such funds shall be subject to the regular notification procedures of the Committees on Appropriations; and

Consultation.

Requirement.
Notification.

(D) funds shall be made available for the youth empowerment program established pursuant to section 7045(a)(1)(C) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2022 (division K of Public Law 117–103).

(2) LIMITATION ON ASSISTANCE TO CERTAIN CENTRAL GOVERNMENTS.—

(A) Of the funds made available pursuant to paragraph (1) under the heading "Economic Support Fund" and under title IV of this Act, 60 percent of such funds that are made available for assistance for each of the central governments of El Salvador, Guatemala, and Honduras may only be obligated after the Secretary of State certifies and reports to the Committees on Appropriations that such government is—

Certification.
Reports.

(i) combating corruption and impunity, including investigating and prosecuting government officials, military personnel, and police officers credibly alleged to be corrupt, and improving strategies to combat money laundering and other global financial crimes;

(ii) implementing reforms, policies, and programs to strengthen the rule of law, including increasing the transparency of public institutions, strengthening the independence of judicial and electoral institutions, and improving the transparency of political campaign and political party financing;

(iii) protecting the rights of human rights defenders, trade unionists, journalists, civil society groups, opposition political parties, and the independence of the media;

(iv) providing effective and accountable law enforcement and security for its citizens, curtailing the role of the military in public security, and upholding due process of law;

(v) implementing programs to reduce violence against women and girls;

(vi) implementing policies to reduce poverty and promote economic growth and opportunity, including the implementation of reforms to strengthen educational systems, vocational training programs, and programs for at-risk youth;

(vii) cooperating with the United States to counter drug trafficking, human trafficking and smuggling, and other transnational crime;

(viii) cooperating with the United States and other governments in the region to facilitate the return, repatriation, and reintegration of migrants;

(ix) taking demonstrable actions to secure national borders and stem mass migration, including by informing its citizens of the dangers of the journey to the southwest border of the United States and

138 STAT. 820          PUBLIC LAW 118–47—MAR. 23, 2024

advancing efforts to combat crime and violence, build economic opportunity, improve government services, and protect human rights; and

(x) implementing policies that improve the environment for businesses, including foreign businesses, to operate and invest, including executing tax reform in a transparent manner, ensuring effective legal mechanisms for reimbursements of tax refunds owed to United States businesses, and resolving disputes involving the confiscation of real property of United States entities.

(B) EXCEPTIONS.—The limitation of subparagraph (A) shall not apply to funds appropriated by this Act that are made available for—

(i) judicial entities and activities to combat corruption and impunity;

(ii) programs to combat gender-based violence;

(iii) programs to promote and protect human rights, including those of Indigenous communities and Afro-descendants, and to investigate human rights abuses;

(iv) support for women's economic empowerment;

(v) humanitarian assistance; and

(vi) food security programs.

(C) FOREIGN MILITARY FINANCING PROGRAM.—None of the funds appropriated by this Act under the heading "Foreign Military Financing Program" may be made available for assistance for El Salvador, Guatemala, or Honduras, except for programs that support humanitarian assistance and disaster response.

(c) COLOMBIA.—

(1) PRE-OBLIGATION REPORTS.—Prior to the initial obligation of funds appropriated by this Act and made available for assistance for Colombia, the Secretary of State shall submit the reports required under this section in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act).

(2) ASSISTANCE.—

(A) Funds appropriated by this Act under titles III and IV shall be made available for assistance for Colombia: *Provided,* That such funds shall be made available for the programs and activities described under this section in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act).

(B) Of the funds appropriated by this Act under the heading "International Narcotics Control and Law Enforcement" and made available for assistance pursuant to this subsection, not less than $40,000,000 shall be made available to enhance rural security in coca producing municipalities and other municipalities with high levels of illicit activities: *Provided,* That such funds shall be prioritized in such municipalities that are also targeted for assistance programs that provide viable economic alternatives and improve access to public services.

(3) WITHHOLDING OF FUNDS.—

Certifications.
Reports.
Time period.

(A) COUNTERNARCOTICS.—Of the funds appropriated by this Act under the heading "International Narcotics Control

PUBLIC LAW 118–47—MAR. 23, 2024        138 STAT. 821

and Law Enforcement" that are made available for assistance for Colombia, 20 percent may be obligated only if the Secretary of State certifies and reports to the Committees on Appropriations that in the previous 12 months the Government of Colombia has—

(i) reduced overall coca cultivation, production, and drug trafficking;

(ii) continued cooperating with the United States on joint counternarcotics strategies; and

(iii) maintained extradition cooperation with the United States.

(B) HUMAN RIGHTS.—Of the funds appropriated by this Act under the heading "Foreign Military Financing Program" and made available for assistance for Colombia, 20 percent may be obligated only if the Secretary of State certifies and reports to the Committees on Appropriations that—

(i) the Special Jurisdiction for Peace and other judicial authorities, as appropriate, are sentencing perpetrators of gross violations of human rights, including those with command responsibility, to deprivation of liberty;

(ii) the Government of Colombia is making consistent progress in reducing threats and attacks against human rights defenders and other civil society activists, and judicial authorities are prosecuting and punishing those responsible for ordering and carrying out such attacks;

(iii) the Government of Colombia is making consistent progress in protecting Afro-Colombian and Indigenous communities and is respecting their rights and territories;

(iv) senior military officers credibly alleged, or whose units are credibly alleged, to be responsible for ordering, committing, and covering up cases of false positives and other extrajudicial killings, or of committing other gross violations of human rights, or of conducting illegal communications intercepts or other illicit surveillance, are being held accountable, including removal from active duty if found guilty through criminal, administrative, or disciplinary proceedings; and

(v) the Colombian Armed Forces are cooperating fully with the requirements described in clauses (i) through (iv).

(4) EXCEPTIONS.—The limitations of paragraph (3) shall not apply to funds made available for aviation instruction and maintenance, and maritime and riverine security programs.

(5) AUTHORITY.—Aircraft supported by funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs and made available for assistance for Colombia may be used to transport personnel and supplies involved in drug eradication and interdiction, including security for such activities, and to provide transport in support of alternative development programs and investigations by civilian judicial authorities.

138 STAT. 822          PUBLIC LAW 118–47—MAR. 23, 2024

(6) LIMITATION.—None of the funds appropriated by this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs that are made available for assistance for Colombia may be made available for payment of reparations to conflict victims, compensation to demobilized combatants, or cash subsidies for agrarian reforms associated with the implementation of the 2016 peace agreement between the Government of Colombia and illegal armed groups.

(d) CUBA DEMOCRACY PROGRAMS.—Funds appropriated by this Act under the heading "Economic Support Fund" and made available for democracy programs in Cuba may not be made available for business promotion, economic reform, entrepreneurship, or any other assistance that is not democracy building as expressly authorized in the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996 and the Cuban Democracy Act of 1992.

(e) CUBAN DOCTORS.—

(1) REPORT.—Not later than 90 days after the date of enactment of this Act, the Secretary of State shall submit a report to the appropriate congressional committees listing the countries and international organizations for which the Secretary has credible information are directly paying the Government of Cuba for coerced and trafficked labor of Cuban medical professionals: *Provided,* That such report shall be submitted in unclassified form but may include a classified annex.

Applicability.

(2) DESIGNATION.—The Secretary of State shall apply the requirements of section 7031(c) of this Act to officials from countries and organizations identified in the report required pursuant to the previous paragraph.

(f) FACILITATING IRRESPONSIBLE MIGRATION.—None of the funds appropriated or otherwise made available by this Act may be used to encourage, mobilize, publicize, or manage mass-migration caravans towards the United States southwest border: *Provided,* That not later than 180 days after the date of enactment of this Act, the Secretary of State shall report to the appropriate congressional committees with analysis on the organization and funding of mass-migration caravans in the Western Hemisphere: *Provided further,* That the prohibition contained in this subsection shall not be construed to preclude the provision of humanitarian assistance.

Reports.
Analysis.

(g) HAITI.—

(1) ASSISTANCE.—Funds appropriated by this Act under titles III and IV shall be made available for assistance for Haiti to support the basic needs of the Haitian people.

Reports.

(2) CERTIFICATION.—Funds appropriated by this Act that are made available for assistance for Haiti may only be made available for the central Government of Haiti if the Secretary of State certifies and reports to the appropriate congressional committees by January 1, 2025 that elections have been scheduled or held in Haiti and it is in the national interest of the United States to provide such assistance.

(3) EXCEPTIONS.—Notwithstanding paragraph (2), funds may be made available to support—

(A) democracy programs;

(B) police, anti-gang, and administration of justice programs, including to reduce pre-trial detention and eliminate inhumane prison conditions;

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 823

(C) public health, food security, subsistence farmers, water and sanitation, education, and other programs to meet basic human needs; and

(D) disaster relief and recovery.

(4) CONSULTATION.—Funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs that are made available for any new program, project, or activity in Haiti shall be subject to prior consultation with the Committees on Appropriations: *Provided*, That the requirement of this paragraph shall also apply to any funds from such Acts that are made available for support for an international security force in Haiti.

*Requirement.*

*Applicability.*

(5) PROHIBITION.—None of the funds appropriated or otherwise made available by this Act may be used for assistance for the armed forces of Haiti.

(6) HAITIAN COAST GUARD.—The Government of Haiti shall be eligible to purchase defense articles and services under the Arms Export Control Act (22 U.S.C. 2751 et seq.) for the Coast Guard.

(7) MODIFICATION.—Section 7045(c)(3) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2023 (division K of Public Law 117–328) is amended by striking "paragraph (1)" and inserting "paragraph (2)".

*136 Stat. 5066.*

(h) MEXICO.—Of the funds appropriated under title IV in this Act that are made available for assistance for Mexico, 15 percent shall be withheld from obligation until the Secretary of State certifies and reports to the appropriate congressional committees that the Government of Mexico has taken steps to—

*Certification. Reports. Drugs and drug abuse.*

(1) reduce the amount of fentanyl arriving at the United States-Mexico border;

(2) dismantle and hold accountable transnational criminal organizations;

(3) support joint counternarcotics operations and intelligence sharing with United States counterparts; and

(4) respect extradition requests for criminals sought by the United States.

(i) NICARAGUA.—Of the funds appropriated by this Act under the heading "Development Assistance", not less than $15,000,000 shall be made available for democracy and religious freedom programs for Nicaragua.

(j) ORGANIZATION OF AMERICAN STATES.—

(1) The Secretary of State shall instruct the United States Permanent Representative to the Organization of American States (OAS) to use the voice and vote of the United States to:

(A) implement budgetary reforms and efficiencies within the Organization;

(B) eliminate arrears, increase other donor contributions, and impose penalties for successive late payment of assessments;

(C) prevent programmatic and organizational redundancies and consolidate duplicative activities and functions;

(D) prioritize areas in which the OAS has expertise, such as strengthening democracy, monitoring electoral processes, and protecting human rights; and

138 STAT. 824          PUBLIC LAW 118–47—MAR. 23, 2024

(E) implement reforms within the Office of the Inspector General (OIG) to ensure the OIG has the necessary leadership, integrity, professionalism, independence, policies, and procedures to properly carry out its responsibilities in a manner that meets or exceeds best practices in the United States.

Reports.

(2) Prior to the obligation of funds appropriated by this Act and made available for an assessed contribution to the Organization of American States, but not later than 90 days after the date of enactment of this Act, the Secretary of State shall submit a report to the appropriate congressional committees on actions taken or planned to be taken pursuant to paragraph (1) that are in addition to actions taken during the preceding fiscal year, and the results of such actions.

(k) THE CARIBBEAN.—Of the funds appropriated by this Act under titles III and IV, not less than $88,000,000 shall be made available for the Caribbean Basin Security Initiative.

(l) VENEZUELA.—

(1) Of the funds appropriated by this Act under the heading "Economic Support Fund", $50,000,000 should be made available for democracy programs for Venezuela.

Determination. Reports.

(2) Of the funds made available pursuant to paragraph (1) that are allocated for electoral-related activities, 50 percent may only be obligated after the Secretary of State determines and reports to the appropriate congressional committees that elections related to such activities—

(A) allow for the diaspora from Venezuela to participate;

(B) are open for credible, unobstructed international observation; and

(C) allow for opposition candidates selected through credible and democratic processes to participate.

Requirement. Notification.

(3) Funds shall be made available for assistance for communities in countries supporting or otherwise impacted by migrants from Venezuela: *Provided,* That such amounts are in addition to funds otherwise made available for assistance for such countries and are subject to the regular notification procedures of the Committees on Appropriations.

EUROPE AND EURASIA

SEC. 7046. (a) SECTION 907 OF THE FREEDOM SUPPORT ACT.— Section 907 of the FREEDOM Support Act (22 U.S.C. 5812 note) shall not apply to—

(1) activities to support democracy or assistance under title V of the FREEDOM Support Act (22 U.S.C. 5851 et seq.) and section 1424 of the Defense Against Weapons of Mass Destruction Act of 1996 (50 U.S.C. 2333) or non-proliferation assistance;

(2) any assistance provided by the Trade and Development Agency under section 661 of the Foreign Assistance Act of 1961;

(3) any activity carried out by a member of the United States and Foreign Commercial Service while acting within his or her official capacity;

(4) any insurance, reinsurance, guarantee, or other assistance provided by the United States International Development

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 825

Finance Corporation as authorized by the BUILD Act of 2018 (division F of Public Law 115–254);

(5) any financing provided under the Export-Import Bank Act of 1945 (Public Law 79–173); or

(6) humanitarian assistance.

(b) TERRITORIAL INTEGRITY.—None of the funds appropriated by this Act may be made available for assistance for a government of an Independent State of the former Soviet Union if such government directs any action in violation of the territorial integrity or national sovereignty of any other Independent State of the former Soviet Union, such as those violations included in the Helsinki Final Act: *Provided*, That except as otherwise provided in section 7047(a) of this Act, funds may be made available without regard to the restriction in this subsection if the President determines that to do so is in the national security interest of the United States: *Provided further*, That prior to executing the authority contained in the previous proviso, the Secretary of State shall consult with the Committees on Appropriations on how such assistance supports the national security interest of the United States.

President.
Determination.

Consultation.

(c) TURKEY.—None of the funds made available by this Act may be used to facilitate or support the sale of defense articles or defense services to the Turkish Presidential Protection Directorate (TPPD) under chapter 2 of the Arms Export Control Act (22 U.S.C. 2761 et seq.) unless the Secretary of State determines and reports to the appropriate congressional committees that members of the TPPD who are named in the July 17, 2017, indictment by the Superior Court of the District of Columbia, and against whom there are pending charges, have returned to the United States to stand trial in connection with the offenses contained in such indictment or have otherwise been brought to justice: *Provided*, That the limitation in this paragraph shall not apply to the use of funds made available by this Act for border security purposes, for North Atlantic Treaty Organization or coalition operations, or to enhance the protection of United States officials and facilities in Turkey.

Determination.
Reports.

(d) UKRAINE.—

(1) STRATEGY REQUIREMENT.—Not later than 60 days after the date of enactment of this Act, the Secretary of State, in coordination with the heads of other relevant Federal agencies, shall submit to the Speaker and Minority Leader of the House of Representatives, the Majority and Minority Leaders of the Senate, and the appropriate congressional committees a strategy to prioritize United States national security interests in response to Russian aggression in Ukraine and its impact in Europe and Eurasia, which shall include an explanation of how United States assistance for Ukraine and affected countries in the region advances the objectives of such strategy: *Provided,* That such strategy shall include clear goals, benchmarks, timelines, and strategic objectives with respect to funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs that are made available for assistance for Ukraine, including details on the staffing requirements necessary to carry out such strategy.

Deadline.

Timelines.

(2) COST MATCHING.—Funds appropriated by this Act under the headings "Economic Support Fund" and "Assistance for Europe, Eurasia and Central Asia" that are made available

Reports.

138 STAT. 826

PUBLIC LAW 118–47—MAR. 23, 2024

President.
Waiver authority.
Determination.

Time period.

Requirements.
Extension.

Reports.
Audits.
Evaluations.

Applicability.

for contributions to the Government of Ukraine may not exceed 50 percent of the total amount provided for such assistance by all sources: *Provided,* That the President may waive the limitation in this paragraph if the President determines and reports to the appropriate congressional committees that to do so is in the national security interest of the United States, including a detailed justification for such determination and an explanation as to why other donors to the Government of Ukraine are unable to meet or exceed such level: *Provided further,* That following such determination, the President shall submit a report to the Speaker and Minority Leader of the House of Representatives, the Majority and Minority Leaders of the Senate, and the appropriate congressional committees every 120 days while assistance is provided in reliance on the determination under the previous proviso detailing steps taken by the Department of State to increase other donor contributions and an update on the status of such contributions: *Provided further,* That the requirements of this paragraph shall continue in effect until funds made available by this Act pursuant to this paragraph have been expended.

(3) OVERSIGHT.—

(A) STAFFING.—Funds appropriated under titles I and II of this Act shall be made available to support the appropriate level of staff in Ukraine and neighboring countries to conduct effective monitoring and oversight of United States foreign assistance and ensure the safety and security of United States personnel, consistent with the strategy required in paragraph (1).

(B) IN-PERSON MONITORING.—The Secretary of State shall, to the maximum extent practicable, ensure that funds appropriated by this Act under the headings "Economic Support Fund", "Assistance for Europe, Eurasia and Central Asia", "International Narcotics Control and Law Enforcement", and "Nonproliferation, Anti-terrorism, Demining and Related Programs" and made available for project-based assistance for Ukraine are subject to in-person monitoring by United States personnel or by vetted third party monitors.

(C) CERTIFICATION.—Not later than 15 days prior to the initial obligation of funds appropriated by this Act and made available for assistance for Ukraine under the headings "Economic Support Fund", "Assistance for Europe, Eurasia and Central Asia", "International Narcotics Control and Law Enforcement", "Nonproliferation, Anti-terrorism, Demining and Related Programs", and "Foreign Military Financing Program", the Secretary of State and the USAID Administrator shall jointly certify and report to the appropriate congressional committees that mechanisms for monitoring and oversight of funds are in place and functioning to ensure accountability of such funds to prevent waste, fraud, abuse, diversion, and corruption, including mechanisms such as use of third-party monitors, enhanced end-use monitoring, external and independent audits and evaluations, randomized spot checks, and regular reporting on outcomes achieved and progress made toward stated program objectives, consistent with the strategy required in paragraph (1): *Provided,* That section 7015(e) of this

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 827

Act shall apply to the certification requirement of this subparagraph.

(D) NOTIFICATION.—The requirements of section 1706 of the Additional Ukraine Supplemental Appropriations Act, 2023 (division M of Public Law 117–328) shall apply to funds appropriated by this Act under titles I through IV that are made available for assistance for Ukraine.

*Requirements. Applicability.*

(E) REPORTS.—

*Time periods.*

(i) Not later than 60 days after the date of enactment of this Act and every 90 days thereafter until all funds appropriated by this Act and made available for Ukraine have been expended, the Secretary of State and the USAID Administrator shall provide a comprehensive report to the appropriate congressional committees on assistance made available for Ukraine since February 24, 2022, in this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs: *Provided,* That such report shall include the total amount of such funds, disaggregated by account and fiscal year, that remain unobligated, are obligated but unexpended, and are committed but not yet notified.

(ii) Not later than 90 days after the date of enactment of this Act and every 90 days thereafter until all funds appropriated by this Act and made available for Ukraine have been expended, the Secretary of State and the USAID Administrator shall jointly report to the appropriate congressional committees on the use and planned uses of funds made available during fiscal year 2024 for assistance for Ukraine, including categories and amounts, the intended results and the results achieved, a summary of other donor contributions, and a description of the efforts undertaken by the Secretary and Administrator to increase other donor contributions: *Provided,* That such reports shall also include the metrics established to measure such results, and determine effectiveness of funds provided, and a detailed description of coordination and information sharing with the Offices of the Inspectors General, including a full accounting of any reported allegations of waste, fraud, abuse, and corruption, steps taken to verify such allegations, and steps taken to address all verified allegations.

*Summary.*

(F) TRANSPARENCY.—The reports required under this subsection shall be made publicly available consistent with the requirements of section 7016(b) of this Act.

*Public information.*

COUNTERING RUSSIAN INFLUENCE AND AGGRESSION

SEC. 7047. (a) PROHIBITION.—None of the funds appropriated by this Act may be made available for assistance for the central Government of the Russian Federation.

(b) ANNEXATION OF TERRITORY.—

*Determinations. Reports.*

(1) PROHIBITION.—None of the funds appropriated by this Act may be made available for assistance for the central government of a country that the Secretary of State determines and

138 STAT. 828        PUBLIC LAW 118–47—MAR. 23, 2024

reports to the Committees on Appropriations has taken affirmative steps intended to support or be supportive of the Russian Federation annexation of Crimea or other territory in Ukraine: *Provided,* That except as otherwise provided in subsection (a), the Secretary may waive the restriction on assistance required by this paragraph if the Secretary determines and reports to such Committees that to do so is in the national interest of the United States, and includes a justification for such interest.

Waiver authority.

(2) LIMITATION.—None of the funds appropriated by this Act may be made available for—

(A) the implementation of any action or policy that recognizes the sovereignty of the Russian Federation over Crimea or other territory in Ukraine;

(B) the facilitation, financing, or guarantee of United States Government investments in Crimea or other territory in Ukraine under the control of the Russian Federation or Russian-backed forces, if such activity includes the participation of Russian Government officials, or other Russian owned or controlled financial entities; or

(C) assistance for Crimea or other territory in Ukraine under the control of the Russian Federation or Russian-backed forces, if such assistance includes the participation of Russian Government officials, or other Russian owned or controlled financial entities.

(3) INTERNATIONAL FINANCIAL INSTITUTIONS.—The Secretary of the Treasury shall instruct the United States executive director of each international financial institution to use the voice and vote of the United States to oppose any assistance by such institution (including any loan, credit, grant, or guarantee) for any program that violates the sovereignty or territorial integrity of Ukraine.

(4) DURATION.—The requirements and limitations of this subsection shall cease to be in effect if the Secretary of State determines and reports to the Committees on Appropriations that the Government of Ukraine has reestablished sovereignty over Crimea and other territory in Ukraine under the control of the Russian Federation or Russian-backed forces.

(c) OCCUPATION OF THE GEORGIAN TERRITORIES OF ABKHAZIA AND TSKHINVALI REGION/SOUTH OSSETIA.—

Determinations.
Reports.

(1) PROHIBITION.—None of the funds appropriated by this Act may be made available for assistance for the central government of a country that the Secretary of State determines and reports to the Committees on Appropriations has recognized the independence of, or has established diplomatic relations with, the Russian Federation occupied Georgian territories of Abkhazia and Tskhinvali Region/South Ossetia: *Provided,* That the Secretary shall publish on the Department of State website a list of any such central governments in a timely manner: *Provided further,* That the Secretary may waive the restriction on assistance required by this paragraph if the Secretary determines and reports to the Committees on Appropriations that to do so is in the national interest of the United States, and includes a justification for such interest.

Web posting.
List.

Waiver authority.

(2) LIMITATION.—None of the funds appropriated by this Act may be made available to support the Russian Federation

occupation of the Georgian territories of Abkhazia and Tskhinvali Region/South Ossetia.

(3) INTERNATIONAL FINANCIAL INSTITUTIONS.—The Secretary of the Treasury shall instruct the United States executive director of each international financial institution to use the voice and vote of the United States to oppose any assistance by such institution (including any loan, credit, grant, or guarantee) for any program that violates the sovereignty and territorial integrity of Georgia.

(d) COUNTERING RUSSIAN INFLUENCE FUND.—Of the funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs under the headings "Assistance for Europe, Eurasia and Central Asia", "International Narcotics Control and Law Enforcement", "International Military Education and Training", and "Foreign Military Financing Program", not less than $300,000,000 shall be made available to carry out the purposes of the Countering Russian Influence Fund, as authorized by section 254 of the Countering Russian Influence in Europe and Eurasia Act of 2017 (Public Law 115–44; 22 U.S.C. 9543) and notwithstanding the country limitation in subsection (b) of such section, and programs to enhance the capacity of law enforcement and security forces in countries in Europe, Eurasia, and Central Asia and strengthen security cooperation between such countries and the United States and the North Atlantic Treaty Organization, as appropriate: *Provided,* That funds made available pursuant to this paragraph under the heading "Foreign Military Financing Program" may remain available until September 30, 2025.

UNITED NATIONS AND OTHER INTERNATIONAL ORGANIZATIONS

SEC. 7048. (a) TRANSPARENCY AND ACCOUNTABILITY.—Not later than 120 days after the date of enactment of this Act, the Secretary of State shall report to the Committees on Appropriations whether each organization, department, or agency receiving a contribution from funds appropriated by this Act under the headings "Contributions to International Organizations" and "International Organizations and Programs"— *Reports.*

(1) is posting on a publicly available website, consistent with privacy regulations and due process, regular financial and programmatic audits of such organization, department, or agency, and providing the United States Government with necessary access to such financial and performance audits; *Web posting. Public information. Audits.*

(2) has submitted a report to the Department of State, which shall be posted on the Department's website in a timely manner, demonstrating that such organization is effectively implementing and enforcing policies and procedures which meet or exceed best practices in the United States for the protection of whistleblowers from retaliation, including— *Web posting.*

(A) protection against retaliation for internal and lawful public disclosures;

(B) legal burdens of proof;

(C) statutes of limitation for reporting retaliation;

(D) access to binding independent adjudicative bodies, including shared cost and selection of external arbitration; and

PUBLIC LAW 118–47—MAR. 23, 2024

(E) results that eliminate the effects of proven retaliation, including provision for the restoration of prior employment; and

(3) is effectively implementing and enforcing policies and procedures on the appropriate use of travel funds, including restrictions on first-class and business-class travel;

(4) is taking credible steps to combat anti-Israel bias;

(5) is developing and implementing mechanisms to inform donors of instances in which funds have been diverted or destroyed and an explanation of the response by the respective international organization; and

(6) is implementing policies and procedures to effectively vet staff for any affiliation with a terrorist organization.

*Determinations.*
*Terrorism.*

(b) RESTRICTIONS ON UNITED NATIONS DELEGATIONS AND ORGANIZATIONS.—

(1) RESTRICTIONS ON UNITED STATES DELEGATIONS.—None of the funds made available by this Act may be used to pay expenses for any United States delegation to any specialized agency, body, or commission of the United Nations if such agency, body, or commission is chaired or presided over by a country, the government of which the Secretary of State has determined, for purposes of section 1754(c) of the Export Reform Control Act of 2018 (50 U.S.C. 4813(c)), supports international terrorism.

(2) RESTRICTIONS ON CONTRIBUTIONS.—None of the funds made available by this Act may be used by the Secretary of State as a contribution to any organization, agency, commission, or program within the United Nations system if such organization, agency, commission, or program is chaired or presided over by a country the government of which the Secretary of State has determined, for purposes of section 620A of the Foreign Assistance Act of 1961, section 40 of the Arms Export Control Act, section 1754(c) of the Export Reform Control Act of 2018 (50 U.S.C. 4813(c)), or any other provision of law, is a government that has repeatedly provided support for acts of international terrorism.

*Reports.*

(3) WAIVER.—The Secretary of State may waive the restriction in this subsection if the Secretary determines and reports to the Committees on Appropriations that to do so is important to the national interest of the United States, including a description of the national interest served.

*Israel.*
*Determination.*
*Reports.*

(c) UNITED NATIONS HUMAN RIGHTS COUNCIL.—

(1) None of the funds appropriated by this Act may be made available in support of the United Nations Human Rights Council unless the Secretary of State determines and reports to the appropriate congressional committees that participation in the Council is important to the national interest of the United States and that such Council is taking significant steps to remove Israel as a permanent agenda item and ensure integrity in the election of members to such Council: *Provided,*

*Reform agenda.*
*Timeline.*

That such report shall include a description of the national interest served and provide a detailed reform agenda, including a timeline to remove Israel as a permanent agenda item and ensure integrity in the election of members to such Council: *Provided further,* That the Secretary of State shall withhold, from funds appropriated by this Act under the heading "Contributions to International Organizations" for a contribution

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 831

to the United Nations Regular Budget, the United States proportionate share of the total annual amount of the United Nations Regular Budget funding for the United Nations Human Rights Council until such determination and report is made: *Provided further,* That if the Secretary is unable to make such determination and report, such amounts may be reprogrammed for purposes other than the United Nations Regular Budget, subject to the regular notification procedures of the Committees on Appropriations: *Provided further,* That the Secretary shall report to the Committees on Appropriations not later than September 30, 2024, on the resolutions considered in the United Nations Human Rights Council during the previous 12 months, and on steps taken to remove Israel as a permanent agenda item and to improve the quality of membership through competitive elections.

*Notification.*

*Time period.*

(2) None of the funds appropriated by this Act may be made available for the United Nations International Commission of Inquiry on the Occupied Palestinian Territory, including East Jerusalem, and Israel.

(d) PROHIBITION OF PAYMENTS TO UNITED NATIONS MEMBERS.— None of the funds appropriated or made available pursuant to titles III through VI of this Act for carrying out the Foreign Assistance Act of 1961, may be used to pay in whole or in part any assessments, arrearages, or dues of any member of the United Nations or, from funds appropriated by this Act to carry out chapter 1 of part I of the Foreign Assistance Act of 1961, the costs for participation of another country's delegation at international conferences held under the auspices of multilateral or international organizations.

(e) REPORT.—Not later than 45 days after the date of enactment of this Act, the Secretary of State shall submit a report to the Committees on Appropriations detailing the amount of funds available for obligation or expenditure in fiscal year 2024 for contributions to any organization, department, agency, or program within the United Nations system or any international program that are withheld from obligation or expenditure due to any provision of law: *Provided,* That the Secretary shall update such report each time additional funds are withheld by operation of any provision of law: *Provided further,* That the reprogramming of any withheld funds identified in such report, including updates thereof, shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations.

*Updates.*

*Requirement.*
*Consultation.*
*Notification.*

(f) SEXUAL EXPLOITATION AND ABUSE IN PEACEKEEPING OPERATIONS.—The Secretary of State shall, to the maximum extent practicable, withhold assistance to any unit of the security forces of a foreign country if the Secretary has credible information that such unit has engaged in sexual exploitation or abuse, including while serving in a United Nations peacekeeping operation, until the Secretary determines that the government of such country is taking effective steps to hold the responsible members of such unit accountable and to prevent future incidents: *Provided,* That the Secretary shall promptly notify the government of each country subject to any withholding of assistance pursuant to this paragraph, and shall notify the appropriate congressional committees of such withholding not later than 10 days after a determination to withhold such assistance is made: *Provided further,* That the Secretary shall,

*Determinations.*

*Notifications.*
*Deadline.*

138 STAT. 832        PUBLIC LAW 118–47—MAR. 23, 2024

to the maximum extent practicable, assist such government in bringing the responsible members of such unit to justice.

Notification.

(g) ADDITIONAL AVAILABILITY.—Subject to the regular notification procedures of the Committees on Appropriations, funds appropriated by this Act which are returned or not made available due to the second proviso under the heading "Contributions for International Peacekeeping Activities" in title I of this Act or section 307(a) of the Foreign Assistance Act of 1961 (22 U.S.C. 2227(a)), shall remain available for obligation until September 30, 2025: *Provided*, That the requirement to withhold funds for programs in Burma under section 307(a) of the Foreign Assistance Act of 1961 shall not apply to funds appropriated by this Act.

Deadline.
Contracts.
Determination.

(h) ACCOUNTABILITY REQUIREMENT.—Not later than 30 days after the date of enactment of this Act, the Secretary of State, in coordination with the Administrator of the United States Agency for International Development, shall seek to enter into written agreements with each international organization that receives funding appropriated by this Act to provide timely access to the Inspectors General of the Department of State and the United States Agency for International Development and the Comptroller General of the United States to such organization's financial data and other information relevant to United States contributions to such organization, as determined by the Inspectors and Comptroller General.

(i) STRENGTHENING AMERICAN PRESENCE AT INTERNATIONAL ORGANIZATIONS.—

(1) Of the funds made available by this Act under the heading "International Organizations and Programs", not less than $5,000,000 shall be made available for the placement of United States citizens in the Junior Professional Officer Programme.

(2) Of the funds made available by this Act under the heading "Diplomatic Programs", not less than $750,000 shall be made available to enhance the competitiveness of United States citizens for leadership positions in the United Nations system, including pursuant to section 9701 of the Department of State Authorization Act of 2022 (title XCVII of division I of Public Law 117–263).

WAR CRIMES TRIBUNAL

President.
Determination.

SEC. 7049. If the President determines that doing so will contribute to a just resolution of charges regarding genocide or other violations of international humanitarian law, the President may direct a drawdown pursuant to section 552(c) of the Foreign Assistance Act of 1961 of up to $30,000,000 of commodities and services for the United Nations War Crimes Tribunal established with regard to the former Yugoslavia by the United Nations Security Council or such other tribunals or commissions as the Council may establish or authorize to deal with such violations, without regard to the ceiling limitation contained in paragraph (2) thereof: *Provided,* That the determination required under this section shall be in lieu of any determinations otherwise required under section 552(c): *Provided further,* That funds made available pursuant to this section shall be made available subject to the regular notification procedures of the Committees on Appropriations.

Notification.

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 833

### GLOBAL INTERNET FREEDOM

SEC. 7050. (a) FUNDING.—Of the funds available for obligation during fiscal year 2024 under the headings "International Broadcasting Operations", "Economic Support Fund", "Democracy Fund", and "Assistance for Europe, Eurasia and Central Asia", not less than $94,000,000 shall be made available for programs to promote Internet freedom globally, consistent with section 9707 of the Department of State Authorization Act of 2022 (title XCVII of division I of Public Law 117–263).

(b) COORDINATION AND SPEND PLANS.—After consultation among the relevant agency heads to coordinate and de-conflict planned activities, but not later than 90 days after the date of enactment of this Act, the Secretary of State and the Chief Executive Officer of the United States Agency for Global Media, in consultation with the President of the Open Technology Fund, shall submit to the Committees on Appropriations spend plans for funds made available by this Act for programs to promote Internet freedom globally, which shall include a description of safeguards established by relevant agencies to ensure that such programs are not used for illicit purposes: *Provided,* That the Department of State spend plan shall include funding for all such programs for all relevant Department of State and United States Agency for International Development offices and bureaus.

Consultation. Deadline.

### TORTURE AND OTHER CRUEL, INHUMAN, OR DEGRADING TREATMENT OR PUNISHMENT

SEC. 7051. (a) PROHIBITION.—None of the funds made available by this Act may be used to support or justify the use of torture and other cruel, inhuman, or degrading treatment or punishment by any official or contract employee of the United States Government.

(b) ASSISTANCE.—Funds appropriated under titles III and IV of this Act shall be made available, notwithstanding section 660 of the Foreign Assistance Act of 1961, for assistance to eliminate torture and other cruel, inhuman, or degrading treatment or punishment by foreign police, military, or other security forces in countries receiving assistance from funds appropriated by this Act.

### AIRCRAFT TRANSFER, COORDINATION, AND USE

SEC. 7052. (a) TRANSFER AUTHORITY.—Notwithstanding any other provision of law or regulation, aircraft procured with funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs under the headings "Diplomatic Programs", "International Narcotics Control and Law Enforcement", "Andean Counterdrug Initiative", and "Andean Counterdrug Programs" may be used for any other program and in any region.

(b) PROPERTY DISPOSAL.—The authority provided in subsection (a) shall apply only after the Secretary of State determines and reports to the Committees on Appropriations that the equipment is no longer required to meet programmatic purposes in the designated country or region: *Provided,* That any such transfer shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations.

(c) AIRCRAFT COORDINATION.—

Applicability. Determination. Reports.

Requirement. Consultation. Notification.

138 STAT. 834          PUBLIC LAW 118–47—MAR. 23, 2024

Reimbursements.

(1) AUTHORITY.—The uses of aircraft purchased or leased by the Department of State and the United States Agency for International Development with funds made available in this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs shall be coordinated under the authority of the appropriate Chief of Mission: *Provided,* That such aircraft may be used to transport, on a reimbursable or non-reimbursable basis, Federal and non-Federal personnel supporting Department of State and USAID programs and activities: *Provided further,* That official travel for other agencies for other purposes may be supported on a reimbursable basis, or without reimbursement when traveling on a space available basis: *Provided further,* That funds received by the Department of State in connection with the use of aircraft owned, leased, or chartered by the Department of State may be credited to the Working Capital Fund of the Department and shall be available for expenses related to the purchase, lease, maintenance, chartering, or operation of such aircraft.

Applicability.

(2) SCOPE.—The requirement and authorities of this subsection shall only apply to aircraft, the primary purpose of which is the transportation of personnel.

(d) AIRCRAFT OPERATIONS AND MAINTENANCE.—To the maximum extent practicable, the costs of operations and maintenance, including fuel, of aircraft funded by this Act shall be borne by the recipient country.

PARKING FINES AND REAL PROPERTY TAXES OWED BY FOREIGN GOVERNMENTS

Applicability.

SEC. 7053. The terms and conditions of section 7055 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2010 (division F of Public Law 111–117) shall apply to this Act: *Provided,* That subsection (f)(2)(B) of such section shall be applied by substituting "September 30, 2023" for "September 30, 2009".

INTERNATIONAL MONETARY FUND

Applicability.

SEC. 7054. (a) EXTENSIONS.—The terms and conditions of sections 7086(b)(1) and (2) and 7090(a) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2010 (division F of Public Law 111–17) shall apply to this Act.

(b) REPAYMENT.—The Secretary of the Treasury shall instruct the United States Executive Director of the International Monetary Fund (IMF) to seek to ensure that any loan will be repaid to the IMF before other private or multilateral creditors.

EXTRADITION

Notification.

SEC. 7055. (a) LIMITATION.—None of the funds appropriated in this Act may be used to provide assistance (other than funds provided under the headings "Development Assistance", "International Disaster Assistance", "Complex Crises Fund", "International Narcotics Control and Law Enforcement", "Migration and Refugee Assistance", "United States Emergency Refugee and Migration Assistance Fund", and "Nonproliferation, Anti-terrorism, Demining and Related Assistance") for the central government of a country which has notified the Department of State of its refusal

PUBLIC LAW 118–47—MAR. 23, 2024        138 STAT. 835

to extradite to the United States any individual indicted for a criminal offense for which the maximum penalty is life imprisonment without the possibility of parole or for killing a law enforcement officer, as specified in a United States extradition request.

(b) CLARIFICATION.—Subsection (a) shall only apply to the central government of a country with which the United States maintains diplomatic relations and with which the United States has an extradition treaty and the government of that country is in violation of the terms and conditions of the treaty.

*Applicability.*

(c) WAIVER.—The Secretary of State may waive the restriction in subsection (a) on a case-by-case basis if the Secretary certifies to the Committees on Appropriations that such waiver is important to the national interest of the United States.

*Certification.*

### ENTERPRISE FUNDS

SEC. 7056. (a) NOTIFICATION.—None of the funds made available under titles III through VI of this Act may be made available for Enterprise Funds unless the appropriate congressional committees are notified at least 15 days in advance.

*Time period.*
*President.*

(b) DISTRIBUTION OF ASSETS PLAN.—Prior to the distribution of any assets resulting from any liquidation, dissolution, or winding up of an Enterprise Fund, in whole or in part, the President shall submit to the appropriate congressional committees a plan for the distribution of the assets of the Enterprise Fund.

(c) TRANSITION OR OPERATING PLAN.—Prior to a transition to and operation of any private equity fund or other parallel investment fund under an existing Enterprise Fund, the President shall submit such transition or operating plan to the appropriate congressional committees.

### UNITED NATIONS POPULATION FUND

SEC. 7057. (a) CONTRIBUTION.—Of the funds made available under the heading "International Organizations and Programs" in this Act for fiscal year 2024, $32,500,000 shall be made available for the United Nations Population Fund (UNFPA).

(b) AVAILABILITY OF FUNDS.—Funds appropriated by this Act for UNFPA, that are not made available for UNFPA because of the operation of any provision of law, shall be transferred to the "Global Health Programs" account and shall be made available for family planning, maternal, and reproductive health activities, subject to the regular notification procedures of the Committees on Appropriations.

*Transfer authority.*
*Notification.*

(c) PROHIBITION ON USE OF FUNDS IN CHINA.—None of the funds made available by this Act may be used by UNFPA for a country program in the People's Republic of China.

(d) CONDITIONS ON AVAILABILITY OF FUNDS.—Funds made available by this Act for UNFPA may not be made available unless—

(1) UNFPA maintains funds made available by this Act in an account separate from other accounts of UNFPA and does not commingle such funds with other sums; and

(2) UNFPA does not fund abortions.

*Abortion.*

(e) REPORT TO CONGRESS AND DOLLAR-FOR-DOLLAR WITHHOLDING OF FUNDS.—

(1) Not later than 4 months after the date of enactment of this Act, the Secretary of State shall submit a report to the Committees on Appropriations indicating the amount of

funds that UNFPA is budgeting for the year in which the report is submitted for a country program in the People's Republic of China.

(2) If a report under paragraph (1) indicates that UNFPA plans to spend funds for a country program in the People's Republic of China in the year covered by the report, then the amount of such funds UNFPA plans to spend in the People's Republic of China shall be deducted from the funds made available to UNFPA after March 1 for obligation for the remainder of the fiscal year in which the report is submitted.

GLOBAL HEALTH ACTIVITIES

SEC. 7058. (a) IN GENERAL.—Funds appropriated by titles III and IV of this Act that are made available for bilateral assistance for child survival activities or disease programs including activities relating to research on, and the prevention, treatment and control of, HIV/AIDS may be made available notwithstanding any other provision of law except for provisions under the heading "Global Health Programs" and the United States Leadership Against HIV/ AIDS, Tuberculosis, and Malaria Act of 2003 (117 Stat. 711; 22 U.S.C. 7601 et seq.), as amended: *Provided,* That of the funds appropriated under title III of this Act, not less than $575,000,000 should be made available for family planning/reproductive health, including in areas where population growth threatens biodiversity or endangered species.

(b) PANDEMICS AND OTHER INFECTIOUS DISEASE OUTBREAKS.—

(1) GLOBAL HEALTH SECURITY.—Funds appropriated by this Act under the heading "Global Health Programs" shall be made available for global health security programs to accelerate the capacity of countries to prevent, detect, and respond to infectious disease outbreaks, including by strengthening public health capacity where there is a high risk of emerging zoonotic infectious diseases: *Provided,* That not later than 60 days after the date of enactment of this Act, the Administrator of the United States Agency for International Development and the Secretary of State, as appropriate, shall consult with the Committees on Appropriations on the planned uses of such funds.

*Deadline. Consultation.*

(2) EXTRAORDINARY MEASURES.—If the Secretary of State determines and reports to the Committees on Appropriations that an international infectious disease outbreak is sustained, severe, and is spreading internationally, or that it is in the national interest to respond to a Public Health Emergency of International Concern, not to exceed an aggregate total of $200,000,000 of the funds appropriated by this Act under the headings "Global Health Programs", "Development Assistance", "International Disaster Assistance", "Complex Crises Fund", "Economic Support Fund", "Democracy Fund", "Assistance for Europe, Eurasia and Central Asia", "Migration and Refugee Assistance", and "Millennium Challenge Corporation" may be made available to combat such infectious disease or public health emergency, and may be transferred to, and merged with, funds appropriated under such headings for the purposes of this paragraph.

*Determination. Reports. Transfer authority.*

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 837

(3) EMERGENCY RESERVE FUND.—Up to $70,000,000 of the funds made available under the heading "Global Health Programs" may be made available for the Emergency Reserve Fund established pursuant to section 7058(c)(1) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2017 (division J of Public Law 115–31): *Provided,* That such funds shall be made available under the same terms and conditions of such section.

(4) CONSULTATION AND NOTIFICATION.—Funds made available by this subsection shall be subject to prior consultation with, and the regular notification procedures of, the Committees on Appropriations.

Requirement.

(c) LIMITATION.—Notwithstanding any other provision of law, none of the funds made available by this Act may be made available to the Wuhan Institute of Virology located in the City of Wuhan in the People's Republic of China.

Wuhan Institute of Virology. China.

GENDER EQUALITY AND WOMEN'S EMPOWERMENT

SEC. 7059. (a) IN GENERAL.—Funds appropriated by this Act shall be made available to promote the equality and empowerment of women and girls in United States Government diplomatic and development efforts by raising the status, increasing the economic participation and opportunities for political leadership, and protecting the rights of women and girls worldwide.

(b) WOMEN'S ECONOMIC EMPOWERMENT.—Funds appropriated by this Act shall be made available to expand economic opportunities for women by increasing the number and capacity of women-owned enterprises, improving property rights for women, increasing women's access to financial services and capital, enhancing the role of women in economic decision-making at the local, national, and international levels, and improving women's ability to participate in the global economy, including through implementation of the Women's Entrepreneurship and Economic Empowerment Act of 2018 (Public Law 115–428): *Provided,* That the Secretary of State and the Administrator of the United States Agency for International Development, as applicable, shall consult with the Committees on Appropriations on the uses of funds made available pursuant to this subsection.

Consultation.

(c) GENDER EQUITY AND EQUALITY ACTION FUND.—Of the funds appropriated under title III of this Act, up to $200,000,000 may be made available for the Gender Equity and Equality Action Fund.

(d) MADELEINE K. ALBRIGHT WOMEN'S LEADERSHIP PROGRAM.—Of the funds appropriated under title III of this Act, not less than $50,000,000 shall be made available for the Madeleine K. Albright Women's Leadership Program, as established by section 7059(b) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2023 (division K of Public Law 117–328).

(e) GENDER-BASED VIOLENCE.—

(1) Of the funds appropriated under titles III and IV of this Act, not less than $250,000,000 shall be made available to implement a multi-year strategy to prevent and respond to gender-based violence in countries where it is common in conflict and non-conflict settings.

(2) Funds appropriated under titles III and IV of this Act that are available to train foreign police, judicial, and

military personnel, including for international peacekeeping operations, shall address, where appropriate, prevention and response to gender-based violence and trafficking in persons, and shall promote the integration of women into the police and other security forces.

(3) Funds made available pursuant to this subsection should include efforts to combat a variety of forms of violence against women and girls, including child marriage, rape, and female genital cutting and mutilation.

(f) WOMEN, PEACE, AND SECURITY.—Of the funds appropriated by this Act under the headings "Development Assistance", "Economic Support Fund", "Assistance for Europe, Eurasia and Central Asia", and "International Narcotics Control and Law Enforcement", $150,000,000 should be made available to support a multi-year strategy to expand, and improve coordination of, United States Government efforts to empower women as equal partners in conflict prevention, peace building, transitional processes, and reconstruction efforts in countries affected by conflict or in political transition, and to ensure the equitable provision of relief and recovery assistance to women and girls.

SECTOR ALLOCATIONS

SEC. 7060. (a) BASIC EDUCATION AND HIGHER EDUCATION.—
(1) BASIC EDUCATION.—

(A) Of the funds appropriated under title III of this Act, not less than $922,000,000 shall be made available for the Nita M. Lowey Basic Education Fund, and such funds may be made available notwithstanding any other provision of law that restricts assistance to foreign countries: *Provided,* That such funds shall also be used for secondary education activities: *Provided further,* That of the funds made available by this paragraph, $150,000,000 should be available for the education of girls in areas of conflict.

(B) Of the funds appropriated under title III of this Act for assistance for basic education programs, $152,000,000 shall be made available for contributions to multilateral partnerships that support education.

(2) HIGHER EDUCATION.—Of the funds appropriated by title III of this Act, not less than $271,000,000 shall be made available for assistance for higher education: *Provided,* That such funds may be made available notwithstanding any other provision of law that restricts assistance to foreign countries, and shall be subject to the regular notification procedures of the Committees on Appropriations: *Provided further,* That of such amount, not less than $33,000,000 shall be made available for new and ongoing partnerships between higher education institutions in the United States and developing countries focused on building the capacity of higher education institutions and systems in developing countries: *Provided further,* That of such amount and in addition to the previous proviso, not less than $35,000,000 shall be made available for higher education programs pursuant to section 7060(a)(3) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2021 (division K of Public Law 116–260).

Requirement.
Notification.

(3) SCHOLAR RESCUE PROGRAMS.—Of the funds appropriated by this Act under the headings "Development Assistance", "Economic Support Fund", and "Assistance for Europe, Eurasia and Central Asia", not less than $7,000,000 shall be made available for scholar rescue programs to support projects that strengthen democracy and civil society by protecting scholars at risk overseas, including through fellowships and placement opportunities abroad, which shall be administered by the Assistant Secretary for Democracy, Human Rights, and Labor, Department of State.

(b) DEVELOPMENT PROGRAMS.—Of the funds appropriated by this Act under the heading "Development Assistance", not less than $18,500,000 shall be made available for United States Agency for International Development cooperative development programs and not less than $31,500,000 shall be made available for the American Schools and Hospitals Abroad program.

(c) DISABILITY PROGRAMS.—Funds appropriated by this Act under the heading "Development Assistance" shall be made available for programs and activities administered by USAID to address the needs of, and protect and promote the rights of, people with disabilities in developing countries, including initiatives that focus on independent living, economic self-sufficiency, advocacy, education, employment, transportation, sports, political and electoral participation, and integration of individuals with disabilities, including for the cost of translation: *Provided,* That funds shall be made available to support disability rights advocacy organizations in developing countries: *Provided further,* That of the funds made available pursuant to this subsection, 5 percent may be used by USAID for management, oversight, and technical support.

(d) FOOD SECURITY AND AGRICULTURAL DEVELOPMENT.—

(1) USE OF FUNDS.—Of the funds appropriated by title III of this Act, not less than $960,000,000 shall be made available for food security and agricultural development programs to carry out the purposes of the Global Food Security Act of 2016 (Public Law 114–195), including for the Feed the Future Innovation Labs: *Provided,* That funds may be made available for a contribution as authorized by section 3202 of the Food, Conservation, and Energy Act of 2008 (Public Law 110–246), as amended by section 3310 of the Agriculture Improvement Act of 2018 (Public Law 115–334).

(2) FEED THE FUTURE MODERNIZATION.—Of the funds made available pursuant to this subsection—

(A) not less than 50 percent should be made available for the Feed the Future target countries; and

(B) not less than $25,000,000 shall be made available to support private sector investment in food security, including as catalytic capital.

(e) MICRO, SMALL, AND MEDIUM-SIZED ENTERPRISES.—Of the funds appropriated by this Act, not less than $252,000,000 shall be made available to support the development of, and access to financing for, micro, small, and medium-sized enterprises that benefit the poor, especially women.

(f) PROGRAMS TO COMBAT TRAFFICKING IN PERSONS.—Of the funds appropriated by this Act under the headings "Development Assistance", "Economic Support Fund", "Assistance for Europe, Eurasia and Central Asia", and "International Narcotics Control and

138 STAT. 840          PUBLIC LAW 118–47—MAR. 23, 2024

Law Enforcement", not less than $111,000,000 shall be made available for activities to combat trafficking in persons internationally, including for the Program to End Modern Slavery, of which not less than $89,500,000 shall be from funds made available under the heading "International Narcotics Control and Law Enforcement": *Provided,* That funds made available by this Act under the headings "Development Assistance", "Economic Support Fund", and "Assistance for Europe, Eurasia and Central Asia" that are made available for activities to combat trafficking in persons should be obligated and programmed consistent with the country-specific recommendations included in the annual Trafficking in Persons Report, and shall be coordinated with the Office to Monitor and Combat Trafficking in Persons, Department of State: *Provided further,* That such funds are in addition to funds made available by this Act under the heading "Diplomatic Programs" for the Office to Monitor and Combat Trafficking in Persons: *Provided further,* That funds made available by this Act shall be made available to further develop, standardize, and update training for all United States Government personnel under Chief of Mission authority posted at United States embassies and consulates abroad on recognizing signs of human trafficking and protocols for reporting such cases.

*Deadline.*

(g) PUBLIC-PRIVATE PARTNERSHIPS.—Of the funds appropriated by this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs under the heading "Economic Support Fund", $100,000,000 shall be made available to support new public-private partnership foundations for conservation and food security if legislation establishing such foundations is enacted into law by December 31, 2024.

(h) RECONCILIATION PROGRAMS.—Of the funds appropriated by this Act under the heading "Development Assistance", not less than $25,000,000 shall be made available to support people-to-people reconciliation programs which bring together individuals of different ethnic, racial, religious, and political backgrounds from areas of civil strife and war: *Provided,* That such funds shall be subject to the regular notification procedures of the Committees on Appropriations: *Provided further,* That to the maximum extent practicable, such funds shall be matched by sources other than the United States Government: *Provided further,* That such funds shall be administered by the Center for Conflict and Violence Prevention, USAID.

*Requirement.
Notification.*

(i) WATER AND SANITATION.—Of the funds appropriated by this Act, not less than $451,000,000 shall be made available for water supply and sanitation projects pursuant to section 136 of the Foreign Assistance Act of 1961, of which not less than $225,500,000 shall be for programs in sub-Saharan Africa.

(j) DEVIATION.—Unless otherwise provided for by this Act, the Secretary of State and the USAID Administrator, as applicable, may deviate below the minimum funding requirements designated in sections 7059, 7060, and 7061 of this Act by up to 10 percent, notwithstanding such designation: *Provided,* That such deviations shall only be exercised to address unforeseen or exigent circumstances: *Provided further,* That concurrent with the submission of the report required by section 653(a) of the Foreign Assistance Act of 1961, the Secretary shall submit to the Committees on Appropriations in writing any proposed deviations utilizing such authority that are planned at the time of submission of such report:

*Proposals.*

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 841

*Provided further,* That any deviations proposed subsequent to the submission of such report shall be subject to prior consultation with such Committees: *Provided further,* That not later than November 1, 2025, the Secretary of State shall submit a report to the Committees on Appropriations on the use of the authority of this subsection.

<div style="text-align:right">Requirement.<br>Consultation.<br>Reports.</div>

## ENVIRONMENT PROGRAMS

SEC. 7061. (a) Funds appropriated by this Act to carry out the provisions of sections 103 through 106, and chapter 4 of part II, of the Foreign Assistance Act of 1961 may be used, notwithstanding any other provision of law, except for the provisions of this section and only subject to the reporting procedures of the Committees on Appropriations, to support environment programs.

<div style="text-align:right">Reports.</div>

(b)(1) Of the funds appropriated under title III of this Act, not less than $365,750,000 shall be made available for biodiversity conservation programs.

(2) Not less than $118,750,000 of the funds appropriated under titles III and IV of this Act shall be made available to combat the transnational threat of wildlife poaching and trafficking.

(3) None of the funds appropriated under title IV of this Act may be made available for training or other assistance for any military unit or personnel that the Secretary of State determines has been credibly alleged to have participated in wildlife poaching or trafficking, unless the Secretary reports to the appropriate congressional committees that to do so is in the national security interest of the United States.

<div style="text-align:right">Determination.<br>Poaching.<br>Reports.</div>

(4) Funds appropriated by this Act for biodiversity programs shall not be used to support the expansion of industrial scale logging, agriculture, livestock production, mining, or any other industrial scale extractive activity into areas that were primary/intact tropical forests as of December 30, 2013, and the Secretary of the Treasury shall instruct the United States executive directors of each international financial institution (IFI) to use the voice and vote of the United States to oppose any financing of any such activity.

(c) The Secretary of the Treasury shall instruct the United States executive director of each IFI that it is the policy of the United States to use the voice and vote of the United States, in relation to any loan, grant, strategy, or policy of such institution, regarding the construction of any large dam consistent with the criteria set forth in Senate Report 114–79, while also considering whether the project involves important foreign policy objectives.

(d) Of the funds appropriated under title III of this Act, not less than $175,750,000 shall be made available for sustainable landscapes programs.

(e) Of the funds appropriated under title III of this Act, not less than $256,500,000 shall be made available for adaptation programs, including in support of the implementation of the Indo-Pacific Strategy.

(f) Of the funds appropriated under title III of this Act, not less than $247,000,000 shall be made available for clean energy programs, including in support of carrying out the purposes of the Electrify Africa Act (Public Law 114–121) and implementing the Power Africa initiative.

138 STAT. 842          PUBLIC LAW 118–47—MAR. 23, 2024

(g) Funds appropriated by this Act under title III may be made available for United States contributions to the Adaptation Fund and the Least Developed Countries Fund.

(h) Of the funds appropriated under title III of this Act, not less than $47,500,000 shall be made available for the purposes enumerated under section 7060(c)(7) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2021 (division K of Public Law 116–260): *Provided,* That such funds may only be made available following consultation with the Committees on Appropriations.

*Consultation.*

(i) Of the funds appropriated under title III of this Act, not less than $19,000,000 shall be made available to support Indigenous and other civil society organizations in developing countries that are working to protect the environment, including threatened and endangered species.

(j) The Secretary of State and USAID Administrator shall implement the directive regarding law enforcement in national parks and protected areas as described under this section in Senate Report 118–71.

*Implementation.*

BUDGET DOCUMENTS

*Deadlines.*

SEC. 7062. (a) OPERATING PLANS.—Not later than 45 days after the date of enactment of this Act, each department, agency, or organization funded in titles I, II, and VI of this Act, and the Department of the Treasury and Independent Agencies funded in title III of this Act, including the Inter-American Foundation and the United States African Development Foundation, shall submit to the Committees on Appropriations an operating plan for funds appropriated to such department, agency, or organization in such titles of this Act, or funds otherwise available for obligation in fiscal year 2024, that provides details of the uses of such funds at the program, project, and activity level: *Provided,* That such plans shall include, as applicable, a comparison between the congressional budget justification funding levels, the most recent congressional directives or approved funding levels, and the funding levels proposed by the department or agency; and a clear, concise, and informative description/justification: *Provided further,* That operating plans that include changes in levels of funding for programs, projects, and activities specified in the congressional budget justification, in this Act, or amounts designated in the tables in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act), as applicable, shall be subject to the notification and reprogramming requirements of section 7015 of this Act.

*Requirement. Notification.*

(b) SPEND PLANS.—

(1) Prior to the initial obligation of funds, the Secretary of State or Administrator of the United States Agency for International Development, as appropriate, shall submit to the Committees on Appropriations a spend plan for funds made available by this Act for—

(A) assistance for countries in Central America and the Caribbean, Cambodia, Ethiopia, Iraq, Pacific Islands countries, Pakistan, Tunisia, and Ukraine;

(B) assistance for the Africa Regional Counterterrorism program, Caribbean Basin Security Initiative, Central America Regional Security Initiative, Counterterrorism

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 843

Partnerships Fund, Global Peace Operations Initiative, Indo-Pacific Strategy and the Countering PRC Influence Fund, Partnership for Global Infrastructure and Investment, Partnership for Regional East Africa Counterterrorism, Power Africa, Prosper Africa, and Trans-Sahara Counterterrorism Partnership;

(C) assistance made available pursuant to the following sections in this Act: section 7032; section 7036; section 7047(d) (on a country-by-country basis); section 7059; and subsections (a), (d), (e), (f), (h), and (i) of section 7060;

(D) funds provided under the heading "International Narcotics Control and Law Enforcement" for International Organized Crime and for Cybercrime and Intellectual Property Rights: *Provided,* That the spend plans shall include bilateral and global programs funded under such heading along with a brief description of the activities planned for each country; and

(E) implementation of the Global Fragility Act of 2019.

(2) Not later than 90 days after the date of enactment of this Act, the Secretary of the Treasury shall submit to the Committees on Appropriations a detailed spend plan for funds made available by this Act under the headings "Department of the Treasury, International Affairs Technical Assistance" in title III and "Treasury International Assistance Programs" in title V.

(3) Notwithstanding paragraph (1), up to 10 percent of the funds contained in a spend plan required by this subsection may be obligated prior to the submission of such spend plan if the Secretary of State, the USAID Administrator, or the Secretary of the Treasury, as applicable, determines that the obligation of such funds is necessary to avoid significant programmatic disruption: *Provided*, That not less than seven days prior to such obligation, the Secretary or Administrator, as appropriate, shall consult with the Committees on Appropriations on the justification for such obligation and the proposed uses of such funds.

*Determination.*

*Time period.*
*Consultation.*

(c) CLARIFICATION.—The spend plans referenced in subsection (b) shall not be considered as meeting the notification requirements in this Act or under section 634A of the Foreign Assistance Act of 1961.

(d) CONGRESSIONAL BUDGET JUSTIFICATION.—The congressional budget justification for Department of State operations and foreign operations shall be provided to the Committees on Appropriations concurrent with the date of submission of the President's budget for fiscal year 2025: *Provided,* That the appendices for such justification shall be provided to the Committees on Appropriations not later than 10 calendar days thereafter.

*Appendices.*

REORGANIZATION

SEC. 7063. (a) PRIOR CONSULTATION AND NOTIFICATION.—Funds appropriated by this Act, prior Acts making appropriations for the Department of State, foreign operations, and related programs, or any other Act may not be used to implement a reorganization, redesign, or other plan described in subsection (b) by the Department of State, the United States Agency for International Development, or any other Federal department, agency, or organization

138 STAT. 844          PUBLIC LAW 118–47—MAR. 23, 2024

Requirement.

funded by this Act without prior consultation by the head of such department, agency, or organization with the appropriate congressional committees: *Provided,* That such funds shall be subject to the regular notification procedures of the Committees on Appropriations: *Provided further,* That any such notification submitted to such Committees shall include a detailed justification for any proposed action: *Provided further,* That congressional notifications submitted in prior fiscal years pursuant to similar provisions of law in prior Acts making appropriations for the Department of State, foreign operations, and related programs may be deemed to meet the notification requirements of this section.

(b) DESCRIPTION OF ACTIVITIES.—Pursuant to subsection (a), a reorganization, redesign, or other plan shall include any action to—

(1) expand, eliminate, consolidate, or downsize covered departments, agencies, or organizations, including bureaus and offices within or between such departments, agencies, or organizations, including the transfer to other agencies of the authorities and responsibilities of such bureaus and offices;

(2) expand, eliminate, consolidate, or downsize the United States official presence overseas, including at bilateral, regional, and multilateral diplomatic facilities and other platforms; or

(3) expand or reduce the size of the permanent Civil Service, Foreign Service, eligible family member, and locally employed staff workforce of the Department of State and USAID from the staffing levels previously justified to the Committees on Appropriations for fiscal year 2024.

DEPARTMENT OF STATE MATTERS

Requirement.
Notification.

SEC. 7064. (a) WORKING CAPITAL FUND.—Funds appropriated by this Act or otherwise made available to the Department of State for payments to the Working Capital Fund that are made available for new service centers, shall be subject to the regular notification procedures of the Committees on Appropriations.

(b) CERTIFICATION.—

Reports.

(1) COMPLIANCE.—Not later than 45 days after the initial obligation of funds appropriated under titles III and IV of this Act that are made available to a Department of State bureau or office with responsibility for the management and oversight of such funds, the Secretary of State shall certify and report to the Committees on Appropriations, on an individual bureau or office basis, that such bureau or office is in compliance with Department and Federal financial and grants management policies, procedures, and regulations, as applicable.

(2) CONSIDERATIONS.—When making a certification required by paragraph (1), the Secretary of State shall consider the capacity of a bureau or office to—

(A) account for the obligated funds at the country and program level, as appropriate;

(B) identify risks and develop mitigation and monitoring plans;

(C) establish performance measures and indicators;

(D) review activities and performance; and

(E) assess final results and reconcile finances.

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 845

(3) PLAN.—If the Secretary of State is unable to make a certification required by paragraph (1), the Secretary shall submit a plan and timeline detailing the steps to be taken to bring such bureau or office into compliance.

Timeline.

(c) OTHER MATTERS.—

(1) In addition to amounts appropriated or otherwise made available by this Act under the heading "Diplomatic Programs"—

(A) as authorized by section 810 of the United States Information and Educational Exchange Act, not to exceed $5,000,000, to remain available until expended, may be credited to this appropriation from fees or other payments received from English teaching, library, motion pictures, and publication programs and from fees from educational advising and counseling and exchange visitor programs; and

(B) not to exceed $15,000, which shall be derived from reimbursements, surcharges, and fees for use of Blair House facilities.

(2) Funds appropriated or otherwise made available by this Act under the heading "Diplomatic Programs" are available for acquisition by exchange or purchase of passenger motor vehicles as authorized by law and, pursuant to section 1108(g) of title 31, United States Code, for the field examination of programs and activities in the United States funded from any account contained in title I of this Act.

(3) Consistent with section 204 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001 (22 U.S.C. 2452b), up to $25,000,000 of the amounts made available under the heading "Diplomatic Programs" in this Act may be obligated and expended for United States participation in international fairs and expositions abroad, including for construction and operation of a United States pavilion at Expo 2025.

(4) Of the funds appropriated by this Act under the heading "Diplomatic Programs", not less than $500,000 shall be made available for additional personnel for the Bureau of Legislative Affairs, Department of State.

(5) Reports required by section 303(g) of the Convention on Cultural Property Implementation Act (19 U.S.C. 2602) shall also be submitted to the Committees on Appropriations: *Provided,* That such reports shall also include information concerning compliance with section 303(c) of such Act.

Reports.

Compliance.

(6)(A) The notification requirement of paragraphs (2) and (3) of subsection (j) of the State Department Basic Authorities Act of 1956 (22 U.S.C. 2651a(j)) shall also apply to the Committees on Appropriations.

Applicability.

(B) The justification requirement of paragraph (4) of subsection (j) of the State Department Basic Authorities Act of 1956 (22 U.S.C. 2651a(j)) shall also apply to the Committees on Appropriations.

(C) Not later than 90 days after the date of enactment of this Act, the Secretary of State shall submit to the appropriate congressional committees a report detailing the criteria used to certify that a position established in accordance with paragraph (2) of subsection (j) of the State Department Basic Authorities Act of 1956 (22 U.S.C. 2651a(j)) does not require

Reports.
Criteria.
Certification.

138 STAT. 846          PUBLIC LAW 118–47—MAR. 23, 2024

List.
Updates.
Time period.
Termination
date.

the exercise of significant authority pursuant to the laws of the United States: *Provided,* That such report shall also include a listing of each special appointment authorized by such section, the number of positions for the applicable office, and the salary and other support costs of such office, and such report shall be updated and submitted to the such committees every 180 days thereafter until September 30, 2025.

UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT MANAGEMENT

22 USC 3948
note.

SEC. 7065. (a) AUTHORITY.—Up to $170,000,000 of the funds made available in title III of this Act pursuant to or to carry out the provisions of part I of the Foreign Assistance Act of 1961, including funds appropriated under the heading "Assistance for Europe, Eurasia and Central Asia", may be used by the United States Agency for International Development to hire and employ individuals in the United States and overseas on a limited appointment basis pursuant to the authority of sections 308 and 309 of the Foreign Service Act of 1980 (22 U.S.C. 3948 and 3949).

Expiration date.
22 USC 3948
note.
22 USC 3948
note.

(b) RESTRICTION.—The authority to hire individuals contained in subsection (a) shall expire on September 30, 2025.

(c) PROGRAM ACCOUNT CHARGED.—The account charged for the cost of an individual hired and employed under the authority of this section shall be the account to which the responsibilities of such individual primarily relate: *Provided,* That funds made available to carry out this section may be transferred to, and merged with, funds appropriated by this Act in title II under the heading "Operating Expenses".

Transfer
authority.

22 USC 3948
note.

(d) FOREIGN SERVICE LIMITED EXTENSIONS.—Individuals hired and employed by USAID, with funds made available in this Act or prior Acts making appropriations for the Department of State, foreign operations, and related programs, pursuant to the authority of section 309 of the Foreign Service Act of 1980 (22 U.S.C. 3949), may be extended for a period of up to 4 years notwithstanding the limitation set forth in such section.

Notification.

(e) DISASTER SURGE CAPACITY.—Funds appropriated under title III of this Act to carry out part I of the Foreign Assistance Act of 1961, including funds appropriated under the heading "Assistance for Europe, Eurasia and Central Asia", may be used, in addition to funds otherwise available for such purposes, for the cost (including the support costs) of individuals detailed to or employed by USAID whose primary responsibility is to carry out programs in response to natural disasters or man-made disasters, subject to the regular notification procedures of the Committees on Appropriations.

(f) PERSONAL SERVICES CONTRACTORS.—Funds appropriated by this Act to carry out chapter 1 of part I, chapter 4 of part II, and section 667 of the Foreign Assistance Act of 1961, and title II of the Food for Peace Act (Public Law 83–480; 7 U.S.C. 1721 et seq.), may be used by USAID to employ up to 40 personal services contractors in the United States, notwithstanding any other provision of law, for the purpose of providing direct, interim support for new or expanded overseas programs and activities managed by the agency until permanent direct hire personnel are hired and trained: *Provided,* That not more than 15 of such contractors shall be assigned to any bureau or office: *Provided further,* That

Assignment.

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 847

such funds appropriated to carry out title II of the Food for Peace Act (Public Law 83–480; 7 U.S.C. 1721 et seq.), may be made available only for personal services contractors assigned to the Bureau for Humanitarian Assistance.

(g) SMALL BUSINESS.—In entering into multiple award indefinite-quantity contracts with funds appropriated by this Act, USAID may provide an exception to the fair opportunity process for placing task orders under such contracts when the order is placed with any category of small or small disadvantaged business. <span style="float:right">Contracts.<br>Exception.</span>

(h) SENIOR FOREIGN SERVICE LIMITED APPOINTMENTS.—Individuals hired pursuant to the authority provided by section 7059(o) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2010 (division F of Public Law 111–117) may be assigned to or support programs in Afghanistan or Pakistan with funds made available in this Act and prior Acts making appropriations for the Department of State, foreign operations, and related programs.

(i) CRISIS OPERATIONS STAFFING.—Up to $86,000,000 of the funds made available in title III of this Act pursuant to, or to carry out the provisions of, part I of the Foreign Assistance Act of 1961 and section 509(b) of the Global Fragility Act of 2019 (title V of division J of Public Law 116–94) may be made available for the United States Agency for International Development to appoint and employ personnel in the excepted service to prevent or respond to foreign crises and contexts with growing instability: *Provided,* That functions carried out by personnel hired under the authority of this subsection shall be related to the purpose for which the funds were appropriated: *Provided further,* That such funds are in addition to funds otherwise available for such purposes and may remain attributed to any minimum funding requirement for which they were originally made available: *Provided further,* That the USAID Administrator shall coordinate with the Director of the Office of Personnel Management and consult with the appropriate congressional committees on implementation of this provision. <span style="float:right">Consultation.</span>

(j) PERSONAL SERVICE AGREEMENTS.—Funds appropriated by this Act under titles II and III may be made available for the USAID Administrator to exercise the authorities of section 2669(c) of title 22, United States Code.

### STABILIZATION AND DEVELOPMENT IN REGIONS IMPACTED BY EXTREMISM AND CONFLICT

SEC. 7066. (a) PREVENTION AND STABILIZATION FUND.—Of the funds appropriated by this Act under the headings "Economic Support Fund", "International Narcotics Control and Law Enforcement", "Nonproliferation, Anti-terrorism, Demining and Related Programs", "Peacekeeping Operations", and "Foreign Military Financing Program", not less than $135,000,000 shall be made available for the Prevention and Stabilization Fund for the purposes enumerated in section 509(a) of the Global Fragility Act of 2019 (title V of division J of Public Law 116–94): *Provided,* That such funds shall be prioritized for countries with national and local governments with the demonstrated political will and capacity to partner on strengthening government legitimacy: *Provided further,* That the Secretary of State and the Administrator of the United States Agency for International Development shall consult with <span style="float:right">Consultation.<br>Deadline.</span>

138 STAT. 848          PUBLIC LAW 118–47—MAR. 23, 2024

Transfer
authority.

Consultation.
Notification.

Requirement.
Consultation.

the Committees on Appropriations on the intended prioritization
and allocation of such funds not later than 60 days prior to submit-
ting the pre-obligation spend plans required by section 7062(b)
of this Act: *Provided further,* That funds appropriated under such
headings may be transferred to, and merged with, funds appro-
priated under such headings for such purposes: *Provided further,*
That such transfer authority is in addition to any other transfer
authority provided by this Act or any other Act, and is subject
to prior consultation with, and the regular notification procedures
of, the Committees on Appropriations: *Provided further,* That funds
made available pursuant to this subsection under the heading "For-
eign Military Financing Program" may remain available until Sep-
tember 30, 2025.

(b) TRANSITIONAL JUSTICE.—Of the funds appropriated by this
Act under the headings "Economic Support Fund" and "Inter-
national Narcotics Control and Law Enforcement", not less than
$10,000,000 shall be made available for programs to promote
accountability for genocide, crimes against humanity, and war
crimes, which shall be in addition to any other funds made available
by this Act for such purposes: *Provided,* That such programs shall
include components to develop local investigative and judicial skills,
and to collect and preserve evidence and maintain the chain of
custody of evidence, including for use in prosecutions, and may
include the establishment of, and assistance for, transitional justice
mechanisms: *Provided further,* That such funds shall be adminis-
tered by the Ambassador-at-Large for the Office of Global Criminal
Justice, Department of State, and shall be subject to prior consulta-
tion with the Committees on Appropriations: *Provided further,* That
funds made available by this paragraph shall be made available
on an open and competitive basis.

DEBT-FOR-DEVELOPMENT

Notification.

SEC. 7067. In order to enhance the continued participation
of nongovernmental organizations in debt-for-development and debt-
for-nature exchanges, a nongovernmental organization which is a
grantee or contractor of the United States Agency for International
Development may place in interest bearing accounts local currencies
which accrue to that organization as a result of economic assistance
provided under title III of this Act and, subject to the regular
notification procedures of the Committees on Appropriations, any
interest earned on such investment shall be used for the purpose
for which the assistance was provided to that organization.

EXTENSION OF CONSULAR FEES AND RELATED AUTHORITIES

Applicability.
22 USC 214 note.

SEC. 7068. (a) Section 1(b)(1) of the Passport Act of June
4, 1920 (22 U.S.C. 214(b)(1)) shall be applied through fiscal year
2024 by substituting "the costs of providing consular services" for
"such costs".

Applicability.

(b) Section 21009 of the Emergency Appropriations for
Coronavirus Health Response and Agency Operations (division B
of Public Law 116–136; 134 Stat. 592) shall be applied during
fiscal year 2024 by substituting "2020 through 2024" for "2020
and 2021".

Transfer
authority.
Determination.
Reports.
Consultation.

(c) Discretionary amounts made available to the Department
of State under the heading "Administration of Foreign Affairs"
of this Act, and discretionary unobligated balances under such

PUBLIC LAW 118–47—MAR. 23, 2024        138 STAT. 849

heading from prior Acts making appropriations for the Department of State, foreign operations, and related programs, may be transferred to the Consular and Border Security Programs account if the Secretary of State determines and reports to the Committees on Appropriations that to do so is necessary to sustain consular operations, following consultation with such Committees: *Provided,* That such transfer authority is in addition to any transfer authority otherwise available in this Act and under any other provision of law: *Provided further,* That no amounts may be transferred from amounts designated as an emergency requirement pursuant to a concurrent resolution on the budget or the Balanced Budget and Emergency Deficit Control Act of 1985.

(d) In addition to the uses permitted pursuant to section 286(v)(2)(A) of the Immigration and Nationality Act (8 U.S.C. 1356(v)(2)(A)), for fiscal year 2024, the Secretary of State may also use fees deposited into the Fraud Prevention and Detection Account for the costs of providing consular services.

(e) Amounts provided pursuant to subsection (b) are designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985.

MANAGEMENT AND OVERSIGHT

SEC. 7069. (a) MANAGEMENT.—

(1) Consistent with paragraph (2), there is hereby established in the Treasury of the United States the "USAID Buying Power Maintenance Account".

(2) Up to $50,000,000 of expired or unexpired discretionary unobligated balances appropriated for this and for any succeeding fiscal year under the heading "Operating Expenses" may be transferred to, and merged with, the account established pursuant to paragraph (1) not later than the end of the fifth fiscal year after the last fiscal year for which such funds are available for the purposes for which appropriated: *Provided,* That amounts deposited in such account shall be available until expended for the purposes of offsetting adverse fluctuations in foreign currency exchange rates or overseas wage and price changes to maintain overseas operations, in addition to such other funds as may be available for such purposes: *Provided further,* That amounts from such account may be transferred to, and merged with, funds appropriated under titles II and III of this Act or subsequent Acts making appropriations for the Department of State, foreign operations, and related programs for such purposes: *Provided further,* That any specific designation or restriction contained in this Act or any other provision of law limiting the amounts available that may be obligated or expended shall be deemed to be adjusted to the extent necessary to offset the net effect of fluctuations in foreign currency exchange rates or overseas wage and price changes in order to maintain approved levels: *Provided further,* That transfers pursuant to this subsection shall be subject to the regular notification procedures of the Committees on Appropriations.

(b) ACCOUNTABILITY AND OVERSIGHT.—For purposes of strengthening oversight, efficiency, and accountability, of the relocation activities and related support of individuals at risk as a result

22 USC 2396b.

Transfer authorities.
Deadline.

Requirement.
Notification.

138 STAT. 850            PUBLIC LAW 118–47—MAR. 23, 2024

of the situation in Afghanistan, including travel and related expenditures, security and vetting, sustainment and other needs, fees, examinations, and administrative expenses, there is hereby established in the Treasury of the United States the "Enduring Welcome Administrative Expenses Account": *Provided,* That such funds may be made available as contributions and the administrative authorities in the Foreign Assistance Act of 1961 may be made available with respect to such funds, as appropriate: *Provided further,* That unobligated balances from prior year appropriations available to the Department of State for support for Operation Enduring Welcome and related efforts may be transferred to such account for the purposes specified in this subsection: *Provided further,* That amounts transferred to this account from funds made available under the heading "United States Emergency Refugee and Migration Assistance Fund" may be made available notwithstanding any provision of law which restricts assistance to foreign countries: *Provided further,* That not later than 30 days after the establishment of such account, the Secretary of State shall submit to the Committees on Appropriations a report detailing the funds available for obligation under the Enduring Welcome Administrative Expenses Account, the proposed uses of such funds by program, project, and activity and each planned use of the authority of the previous proviso: *Provided further,* That such report shall be updated and submitted to the Committees on Appropriations every 60 days until September 30, 2025: *Provided further,* That amounts transferred pursuant to this subsection that were previously designated by the Congress as an emergency requirement pursuant to a concurrent resolution on the budget or the Balanced Budget and Emergency Deficit Control Act of 1985 are designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985.

*Transfer authority.*

*Reports.*

*Updates.*
*Time period.*
*Termination date.*

### MULTILATERAL DEVELOPMENT BANKS

SEC. 7070. The African Development Fund Act (22 U.S.C. 290g et seq.) is amended by adding at the end the following new section:

22 USC 290g–26.

**"SEC. 227. SIXTEENTH REPLENISHMENT.**

"(a) IN GENERAL.—The United States Governor of the Fund is authorized to contribute on behalf of the United States $591,000,000 to the sixteenth replenishment of the resources of the Fund, subject to obtaining the necessary appropriations.

"(b) AUTHORIZATION OF APPROPRIATIONS.—In order to pay for the United States contribution provided for in subsection (a), there are authorized to be appropriated, without fiscal year limitation, $591,000,000 for payment by the Secretary of the Treasury.".

### PROHIBITIONS ON CERTAIN TRANSACTIONS INVOLVING SPECIAL DRAWING RIGHTS

SEC. 7071. (a) PROHIBITION ON CERTAIN TRANSACTIONS INVOLVING PERPETRATORS OF GENOCIDE AND STATE SPONSORS OF TERRORISM WITHOUT CONGRESSIONAL AUTHORIZATION.—Section 6(b) of the Special Drawing Rights Act (22 U.S.C. 286q(b)) is amended by adding at the end the following:

"(3) Unless Congress by law authorizes such action, neither the President nor any person or agency shall on behalf of the

*President.*

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 851

United States engage in any voluntary transaction involving the exchange of Special Drawing Rights that are held by a member country of the Fund, if the Secretary of State has found that the government of the member country—

"(A) has committed genocide at any time during the 1-year period ending with the date of the transaction; or

"(B) has repeatedly provided support for acts of international terrorism.

"(4) The Secretary of the Treasury shall direct the United States Executive Director at each international financial institution (as defined in section 1701(c)(2) of the International Financial Institutions Act) to use the voice and vote of the United States to—

"(A) oppose the provision of financial assistance to any government with respect to which the Secretary of State has made a finding described in paragraph (3); and

"(B) seek to ensure that the member countries of the institution do not engage in voluntary transactions involving the exchange of Special Drawing Rights held by such a government.

"(5) WAIVER.—The President may waive paragraphs (3) and (4) on a case-by-case basis if the President reports to the Committee on Financial Services of the House of Representatives and the Committee on Foreign Relations of the Senate that the waiver is in the national interest of the United States, and includes a detailed explanation of the reasons therefor.".

(b) REPEAL.—Effective on the date that is 10 years after the date of the enactment of this Act, paragraphs (3) through (5) of section 6(b) of the Special Drawing Rights Act, as added by subsection (a) of this section, are repealed.

(c) ENERGY SECURITY AND IMF ACCOUNTABILITY.—

(1) IN GENERAL.—The Secretary of the Treasury may, through December 31, 2031, make direct loans not to exceed $21,000,000,000 in the aggregate to the Poverty Reduction and Growth Trust (in this subsection referred to as the "PRGT") of the International Monetary Fund (in this subsection referred to as the "IMF"), provided that funds made available in prior Acts making appropriations for the Department of State, foreign operations, and related programs under the heading "Contributions to International Monetary Fund Facilities and Trust Funds" shall be available to cover the cost, as defined in section 502 of the Congressional Budget Act of 1974, of loans to the PRGT, subject to paragraph (2).

(2) LIMITATION.—No portion of the funds described under paragraph (1) may be used for the provision of loans by the United States to the Resilience and Sustainability Trust (in this subsection referred to as the "RST") of the IMF, or for the transfer of resources from the PRGT to the RST.

(d) CONGRESSIONAL NOTIFICATION WITH RESPECT TO EXCEPTIONAL ACCESS LENDING.—

(1) IN GENERAL.—The Bretton Woods Agreements Act (22 U.S.C. 286–286zz) is amended by adding at the end the following:

*[Margin notes]*

Time period.

President. Reports.

Effective date. 22 USC 286q and note.

Expiration date. Loans.

138 STAT. 852        PUBLIC LAW 118–47—MAR. 23, 2024

Time periods.
22 USC 286aaa.

Reports.

**"SEC. 74. CONGRESSIONAL NOTIFICATION WITH RESPECT TO EXCEPTIONAL ACCESS LENDING.**

"(a) IN GENERAL.—The United States Executive Director at the Fund may not support any proposal that would alter the criteria used by the Fund for exceptional access lending if the proposal would permit a country that is ineligible, before the proposed alteration, to receive exceptional access lending, unless, not later than 15 days before consideration of the proposal by the Board of Executive Directors of the Fund, the Secretary of the Treasury has submitted to the Committee on Financial Services of the House of Representatives and the Committee on Foreign Relations of the Senate a report on the justification for the proposal and the effects of the proposed alteration on moral hazard and repayment risk at the Fund.

"(b) WAIVER.—The Secretary of the Treasury may reduce the applicable notice period required under subsection (a) to not less than 7 days on reporting to the Committee on Financial Services of the House of Representatives and Committee on Foreign Relations of the Senate that the reduction is important to the national interest of the United States, with an explanation of the reasons therefor.".

Effective date.
22 USC 286aaa
and note.

(2) REPEAL.—Effective on the date that is 10 years after the date of the enactment of this Act, section 74 of the Bretton Woods Agreements Act, as added by paragraph (1) of this subsection, is repealed.

(e) NEW ARRANGEMENTS TO BORROW.—

(1) EXTENSION.—Section 17(a)(6) of the Bretton Woods Agreements Act (22 U.S.C. 286e–2(a)(6)) is amended by striking "December 31, 2025" and inserting "December 31, 2030".

Deadline.
Recommendations.

(2) STRATEGY.—Not later than 180 days after the date of the enactment of this Act, the Secretary of the Treasury shall submit to the Committee on Financial Services of the House of Representatives and the Committee on Foreign Relations of the Senate a strategy with respect to the New Arrangements to Borrow (NAB) of the International Monetary Fund, including any recommendations to reduce the resources of the NAB beyond reductions proposed under the 16th General Review of Quotas, that maintains United States support for the International Monetary Fund as a quota-based institution.

EXTENSION OF CERTAIN REQUIREMENTS OF THE PRESIDENT'S EMERGENCY PLAN FOR AIDS RELIEF

SEC. 7072. (a) INSPECTORS GENERAL AND ANNUAL STUDY.—Section 101 of the United States Leadership Against HIV/AIDS, Tuberculosis, and Malaria Act of 2003 (22 U.S.C. 7611) is amended—

(1) in subsection (f)(1)—
(A) in subparagraph (A), by striking "2023" and inserting "March 25 of fiscal year 2025"; and
(B) in subparagraph (C)(iv)—
(i) by striking "nine" and inserting "eleven"; and
(ii) by striking "2023" and inserting "2025"; and
(2) in subsection (g)—
(A) in paragraph (1), by striking "September 30, 2024" and inserting "March 25, 2025"; and
(B) in paragraph (2)—

PUBLIC LAW 118–47—MAR. 23, 2024          138 STAT. 853

(i) in the heading, by striking "2024" and inserting "2025"; and

(ii) by striking "September 30, 2024" and inserting "March 25, 2025".

(b) PARTICIPATION IN THE GLOBAL FUND TO FIGHT AIDS, TUBERCULOSIS, AND MALARIA.—Section 202(d) of the United States Leadership Against HIV/AIDS, Tuberculosis, and Malaria Act of 2003 (22 U.S.C. 7622(d)) is amended—

(1) in paragraph (4)—

(A) in subparagraph (A)—

(i) in clause (i), by striking "2023" and inserting "March 25 of fiscal year 2025"; and

(ii) in clause (ii), by striking "2023" and inserting "March 25 of fiscal year 2025"; and

(B) in subparagraph (B)(iii), by striking "2023" and inserting "2024 and March 25 of fiscal year 2025"; and

(2) in paragraph (5), by striking "2023" and inserting "2024 and for fiscal year 2025 through March 25 of such fiscal year".

(c) ALLOCATION OF FUNDS.—Section 403 of the United States Leadership Against HIV/AIDS, Tuberculosis, and Malaria Act of 2003 (22 U.S.C. 7673) is amended—

(1) in subsection (b), by striking "2023" and inserting "2024 and fiscal year 2025 through March 25 of such fiscal year"; and

(2) in subsection (c), in the matter preceding paragraph (1), by striking "2023" and inserting "2024 and for fiscal year 2025 through March 25 of such fiscal year".

GAZA OVERSIGHT

SEC. 7073. (a) CERTIFICATION.—The Secretary of State shall certify and report to the appropriate congressional committees not later than 15 days after the date of enactment of this Act, that— *Reports.*

(1) oversight policies, processes, and procedures have been established by the Department of State and the United States Agency for International Development, as appropriate, and are in use to prevent the diversion to Hamas and other terrorist and extremist entities in Gaza and the misuse or destruction by such entities of assistance, including through international organizations; and *Policies. Processes. Procedures.*

(2) such policies, processes, and procedures have been developed in coordination with other bilateral and multilateral donors and the Government of Israel, as appropriate.

(b) OVERSIGHT POLICY AND PROCEDURES.—The Secretary of State and the USAID Administrator shall submit to the appropriate congressional committees, concurrent with the submission of the certification required in subsection (a), a written description of the oversight policies, processes, and procedures for funds appropriated by this Act that are made available for assistance for Gaza, including specific actions to be taken should such assistance be diverted, misused, or destroyed, and the role of the Government of Israel in the oversight of such assistance.

(c) REQUIREMENT TO INFORM.—The Secretary of State and USAID Administrator shall promptly inform the appropriate congressional committees of each instance in which funds appropriated by this Act that are made available for assistance for Gaza have been diverted, misused, or destroyed, to include the

PUBLIC LAW 118–47—MAR. 23, 2024

type of assistance, a description of the incident and parties involved, and an explanation of the response of the Department of State or USAID, as appropriate.

Consultation.

(d) THIRD PARTY MONITORING.—Funds appropriated by this Act shall be made available for third party monitoring of assistance for Gaza, including end use monitoring, following consultation with the appropriate congressional committees.

Time period.

(e) REPORT.—Not later than 90 days after the initial obligation of funds appropriated by this Act that are made available for assistance for Gaza, and every 90 days thereafter until all such funds are expended, the Secretary of State and the USAID Administrator shall jointly submit to the appropriate congressional committees a report detailing the amount and purpose of such assistance provided during each respective quarter, including a description of the specific entity implementing such assistance.

Time period.
Termination date.
Reports.

(f) ASSESSMENT.—Not later than 90 days after the date of enactment of this Act and every 90 days thereafter until September 30, 2025, the Secretary of State, in consultation with the Director of National Intelligence and other heads of elements of the intelligence community that the Secretary considers relevant, shall submit to the appropriate congressional committees a report assessing whether funds appropriated by this Act and made available for assistance for the West Bank and Gaza have been diverted to or destroyed by Hamas or other terrorist and extremist entities in the West Bank and Gaza: *Provided*, That such report shall include details on the amount and how such funds were made available and used by such entities: *Provided further*, That such report may be submitted in classified form, if necessary.

Deadline.

(g) CONSULTATION.—Not later than 30 days after the date of enactment of this Act but prior to the initial obligation of funds made available by this Act for humanitarian assistance for Gaza, the Secretary of State and USAID Administrator, as appropriate, shall consult with the Committees on Appropriations on the amount and anticipated uses of such funds.

OTHER MATTERS

(INCLUDING RESCISSIONS OF FUNDS)

SEC. 7074. (a) Funds appropriated or otherwise made available by this Act for programs to counter foreign propaganda and disinformation, and for related purposes, may only be made available for the purpose of countering such efforts by foreign state and non-state actors abroad, including through programs of the Global Engagement Center established pursuant to section 1287 of the National Defense Authorization Act for Fiscal Year 2017 (22 U.S.C. 2656 note): *Provided,* That not later than 90 days after enactment of this Act but prior to the initial obligation of funds made available for the Global Engagement Center, the Secretary of State shall submit a report to the appropriate congressional committees detailing the steps taken by the Department of State to resolve each of the 18 recommendations detailed in the Office of Inspector General, Department of State, report "Inspection of the Global Engagement Center" (ISP I–22–15).

Reports.

Flags.

(b) None of the funds appropriated or otherwise made available by this Act may be obligated or expended to fly or display a

flag over a facility of the United States Department of State other than the—

    (1) United States flag;

    (2) Foreign Service flag pursuant to 2 FAM 154.2–1;

    (3) POW/MIA flag;

    (4) Hostage and Wrongful Detainee flag, pursuant to section 904 of title 36, United States Code;

    (5) flag of a State, insular area, or the District of Columbia at domestic locations;

    (6) flag of an Indian Tribal government;

    (7) official branded flag of a United States agency; or

    (8) sovereign flag of other countries.

(c) Funds may be transferred to the United States Section of the International Boundary and Water Commission, United States and Mexico, from Federal or non-Federal entities, to study, design, construct, operate, and maintain treatment and flood control works and related structures, consistent with the functions of the United States Section: *Provided*, That such funds shall be deposited in an account under the heading "International Boundary and Water Commission, United States and Mexico", to remain available until expended. *(margin note: Transfer authority.)*

(d) During fiscal year 2024, section 614(a)(4)(A)(ii) of the Foreign Assistance Act of 1961 (22 U.S.C. 2364(a)(4)(A)(ii)) shall be applied by substituting "$500,000,000" for "$250,000,000". *(margin note: Time period. Applicability.)*

(e)(1) Of the unobligated balances from amounts in the Department of the Treasury Forfeiture Fund, established by section 9705 of title 31, United States Code, $260,000,000 are hereby permanently rescinded, not later than September 30, 2024. *(margin note: Deadline.)*

(2) Of the unobligated balances from amounts made available by section 104A(m) of Public Law 103–325 (12 U.S.C. 4703a(m)), $50,000,000 are hereby permanently rescinded.

(3) Of the unobligated balances in the "Nonrecurring Expenses Fund" established in section 223 of division G of Public Law 110–161, $50,000,000 are hereby rescinded not later than September 30, 2024.

## RESCISSIONS

### (INCLUDING RESCISSIONS OF FUNDS)

SEC. 7075. (a) MILLENNIUM CHALLENGE CORPORATION.—Of the unobligated balances from amounts made available under the heading "Millennium Challenge Corporation" from prior Acts making appropriations for the Department of State, foreign operations, and related programs, $475,000,000 are rescinded.

(b) EMBASSY SECURITY, CONSTRUCTION, AND MAINTENANCE.— Of the unobligated balances from amounts made available under the heading "Embassy Security, Construction, and Maintenance" from prior Acts making appropriations for the Department of State, foreign operations, and related programs, $224,000,000 are rescinded.

(c) INTERNATIONAL NARCOTICS CONTROL AND LAW ENFORCEMENT.—Of the unobligated balances from amounts made available under the heading "International Narcotics Control and Law Enforcement" from prior Acts making appropriations for the Department of State, foreign operations, and related programs, $50,000,000 are rescinded.

(d) ECONOMIC SUPPORT FUND.—Of the unobligated balances from amounts made available under the heading "Economic Support Fund" from prior Acts making appropriations for the Department of State, foreign operations, and related programs, $152,496,000 are rescinded.

(e) CONSULAR AND BORDER SECURITY PROGRAMS.—Of the unobligated balances available in the "Consular and Border Security Programs" account, $902,340,000 are rescinded.

(f) EXPORT-IMPORT BANK.—Of the unobligated balances from amounts made available under the heading "Export and Investment Assistance, Export-Import Bank of the United States, Subsidy Appropriation" for tied-aid grants from prior Acts making appropriations for the Department of State, foreign operations, and related programs, $114,130,000 are rescinded.

(g) RESTRICTION.—No amounts may be rescinded from amounts that were previously designated by the Congress as an emergency requirement pursuant to a concurrent resolution on the budget or section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985.

This division may be cited as the "Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024".

# DIVISION G—OTHER MATTERS

# TITLE I—EXTENSIONS AND OTHER MATTERS

**SEC. 101. NATIONAL FLOOD INSURANCE PROGRAM.**

*Applicability.*
*42 USC 4016 note.*

(a) FINANCING.—Section 1309(a) of the National Flood Insurance Act of 1968 (42 U.S.C. 4016(a)) shall be applied by substituting "September 30, 2024" for "September 30, 2023".

*42 USC 4026 note.*

(b) PROGRAM EXPIRATION.—Sections 1319 of the National Flood Insurance Act of 1968 (42 U.S.C. 4026) shall be applied by substituting "September 30, 2024" for "September 30, 2023".

*42 USC 4016 note.*

(c) RETROACTIVE EFFECTIVE DATE.—This section shall take effect as if enacted on September 30, 2023.

**SEC. 102. RURAL HEALTHCARE WORKERS.**

*Applicability.*
*8 USC 1182 note.*

Section 220(c) of the Immigration and Nationality Technical Corrections Act of 1994 (8 U.S.C. 1182 note) shall be applied by substituting "September 30, 2024" for "September 30, 2015".

**SEC. 103. E-VERIFY.**

*Applicability.*
*8 USC 1324a note.*

Section 401(b) of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (8 U.S.C. 1324a note) shall be applied by substituting "September 30, 2024" for "September 30, 2015".

**SEC. 104. NON-MINISTER RELIGIOUS WORKERS.**

*Applicability.*
*8 USC 1101 note.*

Section 101(a)(27)(C)(ii) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(27)(C)(ii)) shall be applied by substituting "September 30, 2024" for "September 30, 2015" each place such date appears.

**SEC. 105. H-2B SUPPLEMENTAL VISA EXEMPTION.**

*Consultation.*
*Determination.*
*Aliens.*
*8 USC 1184 note.*

Notwithstanding the numerical limitation set forth in section 214(g)(1)(B) of the Immigration and Nationality Act (8 U.S.C.