# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5097**                                                  **September Term, 2024**

1:25-cv-00402-AHA
1:25-cv-00400-AHA

**Filed On: June 23, 2025** [2121951]

Global Health Council, et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States of America,
et al.,

      Appellants

------------------------------

Consolidated with 25-5098

# O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for July 7, 2025, at 9:30 A.M.:

        Appellants         -         10 Minutes

        Appellees         -         10 Minutes

One counsel per side to argue. The panel considering these cases will consist of Circuit Judges Henderson, Katsas, and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by June 25, 2025.

### Per Curiam

                                       **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                          BY:     /s/
                                        Michael C. McGrail
                                        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)