No. 25-5097 September Term, 2024

1:25-cv-00402-AHA
1:25-cv-00400-AHA

Filed On: July 3, 2025 [2123823]

Global Health Council, et al.,

    Appellees

    v.

Donald J. Trump, in his official capacity as President of the United States of America, et al.,

    Appellants

------------------------------

Consolidated with 25-5098

**BEFORE:** Henderson, Katsas, and Pan, Circuit Judges

# O R D E R

Upon consideration of appellees' motion for leave to file a surreply, and the lodged surreply, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged surreply.

### Per Curiam

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

    BY:    /s/
            Michael C. McGrail
            Deputy Clerk