# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5097**                                             **September Term, 2024**

1:25-cv-00402-AHA  
1:25-cv-00400-AHA

**Filed On: July 7, 2025** [2124013]

Global Health Council, et al.,

       Appellees

    v.

Donald J. Trump, in his official capacity as President of the United States of America, et al.,

       Appellants

------------------------------

Consolidated with 25-5098

      **BEFORE:**   Circuit Judges Henderson, Katsas, and Pan

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, July 7, 2025 at 9:32 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    Sean R. Janda (DOJ), counsel for Appellants.

    Daniel Jacobson, counsel for Appellees.

                                                      **FOR THE COURT:**  
                                                      Clifton B. Cislak, Clerk

                                BY:    /s/  
                                             Anne A. Rothenberger  
                                             Deputy Clerk