ORAL ARGUMENT NOT YET SCHEDULED
No. 25-5097 (consolidated with 25-5098)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

Global Health Council, et al.,
*Appellees,*

v.

Donald J. Trump, in his official capacity as
President of the United States of America, et al.
*Appellants.*

On Appeal from the United States District Court for the District of Columbia

## NOTICE OF SUBSTITUTION OF COUNSEL

ALAN WILSON
Attorney General of South Carolina

ROBERT COOK
Solicitor General
J. EMORY SMITH, JR.
Deputy Solicitor General
BEN MCGREY*
THOMAS T. HYDRICK
JOSEPH D. SPATE
Asst. Dep. Solicitors General
 *Counsel of Record
State of South Carolina
Office of the Attorney General
1000 Assembly St.
Columbia, SC 29201
803.734.3371
benmcgrey@scag.gov

DAVE YOST
Attorney General of Ohio

MATHURA J. SRIDHARAN*
Ohio Solicitor General
 *Counsel of Record
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
mathura.sridharan@ohioago.gov

*(Additional counsel listed after signature block)*

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that the States of Ohio, South Carolina, Alabama, Alaska, Arkansas, Florida, Georgia, Indiana, Iowa, Kansas, Louisiana, Mississippi, Nebraska, North Dakota, Oklahoma, South Dakota, Tennessee, Texas, Utah, and West Virginia respectfully withdraw T. Elliot Gaiser as counsel and substitutes Mathura J. Sridharan. Please designate Ms. Sridharan as counsel of record in the above-captioned matter.

Dated: August 1, 2025

ALAN WILSON
Attorney General of South Carolina

ROBERT COOK
Solicitor General
J. EMORY SMITH, JR.
Deputy Solicitor General
BEN MCGREY*
THOMAS T. HYDRICK
JOSEPH D. SPATE
Asst. Dep. Solicitors General
 *Counsel of Record
State of South Carolina
Office of the Attorney General
1000 Assembly St.
Columbia, SC 29201
803.734.3371
benmcgrey@scag.gov

Counsel for the State of South Carolina

Respectfully submitted,

DAVE YOST
Ohio Attorney General

/s/ Mathura J. Sridharan
MATHURA J. SRIDHARAN*
Ohio Solicitor General
 *Counsel of Record
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
mathura.sridharan@ohioago.gov

Counsel for the State of Ohio

2

## ADDITIONAL COUNSEL

STEVE MARSHALL
Alabama Attorney General

TREG R. TAYLOR
Alaska Attorney General

JAMES UTHMEIER
Florida Attorney General

CHRISTOPHER M. CARR
Georgia Attorney General

THEODORE E. ROKITA
Indiana Attorney General

BRENNA BIRD
Iowa Attorney General

KRIS KOBACH
Kansas Attorney General

LIZ MURRILL
Louisiana Attorney General

LYNN FITCH
Mississippi Attorney General

MICHAEL T. HILGERS
Nebraska Attorney General

DREW H. WRIGLEY
North Dakota Attorney General

GENTNER DRUMMOND
Oklahoma Attorney General

MARTY JACKLEY
South Dakota Attorney General

JONATHAN SKRMETTI
Tennessee Attorney General
and Reporter

KEN PAXTON
Texas Attorney General

DEREK E. BROWN
Utah Attorney General

JOHN B. MCCUSKEY
West Virginia Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, I caused the foregoing to be electrically filed with the Clerk of the Court by using the Court's CM/ECF system. All registered counsel will be served by the Court's CM/ECF system.

>   */s/ Mathura J. Sridharan*
>   MATHURA J. SRIDHARAN
>   *Counsel for State of Ohio*