**CERTIFICATE AS TO PARTIES, RULINGS & RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), and Federal Rule of Appellate Procedure 26.1, the undersigned counsel certifies as follows:

**Parties and *amici*.** Defendants-Appellants are President Donald J. Trump; the U.S. Department of State; the U.S. Agency for International Development; the Office of Management and Budget; Secretary of State and Acting Administrator of the U.S. Agency for International Development Marco Rubio; Acting Deputy Administrator for Policy and Planning of the U.S. Agency for International Development Jeremy Lewin; and Director of the Office of Management and Budget Russell Vought.

Plaintiffs-Appellees are Global Health Council; Small Business Association for International Companies; HIAS; Management Sciences for Health, Inc.; Chemonics International, Inc.; DAI Global LLC; Democracy International, Inc.; American Bar Association; AIDS Vaccine Advocacy Coalition; and Journalism Development Network, Inc. (Corporate Disclosure Statements follow this Certificate.)

The Constitutional Accountability Center was amicus in the district court. As of this filing, the States of Ohio, South Carolina, and 18 other States; Alan B. Morrison; the Constitutional Accountability Center; the District of

1

Columbia and 22 States; Professors William W. Buzbee, Noah Rosenblum, and Jodi Short; and the Protect Democracy Project are amici in this Court.

**Rulings Under Review.** The ruling under review is a Memorandum Opinion and Order entered on March 10, 2025, in both *AIDS Vaccine Advocacy Coalition v. U.S. Department of State*, No. 25-cv-400 (D.D.C.), ECF 60, and *Global Health Council v. Trump*, No. 25-cv-402 (D.D.C.), ECF 60, by the Honorable Amir H. Ali, granting in part plaintiffs' motions for a preliminary injunction. The ruling is reported at 770 F.Supp.3d 121 (D.D.C. 2025).

**Related Cases.** Appellants previously appealed earlier orders of the district court in each of these cases.

Those appeals were consolidated and subsequently dismissed by this Court. *See* Order, *AIDS Vaccine Advocacy Coal. v. U.S. Dep't of State*, Nos. 25-5046, 25-5047 (D.C. Cir. Feb. 26, 2025). Appellants then requested emergency relief in the Supreme Court, which denied that request. *See Department of State v. AIDS Vaccine Advocacy Coal.*, 145 S. Ct. 753 (2025).

With the exception of the appeals described above, these cases have not otherwise been in any court other than the district court from which they

originated. Undersigned counsel is unaware of any related cases currently pending in this Court or any other court.

| | |
|---|---|
| */s/ Lauren Bateman* | */s/ Daniel F. Jacobson* |
| Lauren Bateman | Daniel F. Jacobson |
| *Counsel for AIDS Vaccine Advocacy Coalition, et al.* | *Counsel for Global Health Council, et al.* |

# CORPORATE DISCLOSURE STATEMENT
No. 25-5097

In accordance with Federal Rule of Appellate Procedure 26.1 and Local Appellate Rule 26.1.1, Plaintiffs-Appellees in No. 25-5097, state as follows:

Chemonics International, Inc. is owned by Chemonics Holdings, Inc. No publicly held corporation owns more than 10% of Chemonics International, Inc.'s stock.

DAI Global, LLC is owned by DAI ESOP, Inc., and DAI GEO US, Inc., DAI GEO UK, Inc., DAI GEO III, Inc., DAI GEO VI, Inc., DAI GEO V, Inc., DAI GEO VI, LLC, and DAI GEO VII, Inc. No publicly held corporation owns 10% or more of its stock.

The remaining Plaintiff-Appellees in No. 25-5097, Global Health Council (GHC); Small Business Association for International Companies (SBAIC); HIAS; Management Sciences for Health (MSH); Democracy International, Inc.; and the American Bar Association (ABA), do not have any parent corporations and no publicly held corporation owns 10% or more of their stock.

# CORPORATE DISCLOSURE STATEMENT
No. 25-5098

In accordance with Federal Rule of Appellate Procedure 26.1 and Local Appellate Rule 26.1.1, Plaintiffs-Appellees in No. 25-5098, state as follows:

AIDS Vaccine Advocacy Coalition (AVAC) is a 501(c)(3) nonprofit corporation that works to hasten the end of the global HIV/AIDS epidemic by accelerating development and delivery of HIV prevention options. AVAC is a nonprofit, non-stock corporation. It has no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

Plaintiff Journalism Development Network, Inc. (JDN) is a 501(c)(3) nonprofit corporation that supports a global consortium of journalists from more than 70 nonprofit investigative centers and regional news organizations across the world to help people better understand how organized crime and corruption affect their lives. JDN is a nonprofit, non-stock corporation. It has no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.