# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5097**　　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　**1:25-cv-00400-AHA**
　　　　　　　　　　　　　　　　　　　　　　**1:25-cv-00402-AHA**

　　　　　　　　　　　　　　　　　　　　　**Filed On: August 15, 2025**

Global Health Council, et al.,

　　　　Appellees

　　v.

Donald J. Trump, in his official capacity as President of the United States of America, et al.,

　　　　Appellants

------------------------------

Consolidated with 25-5098

## O R D E R

　　Upon consideration of appellees' petition for rehearing en banc and the supplement thereto, it is

　　**ORDERED**, on the court's own motion, that appellants file a response to the petition for rehearing en banc due August 20, 2025 by 5:00 p.m. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　Scott H. Atchue
　　　　　　　　　　　　　　　　　　　Deputy Clerk