# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5097**                          **September Term, 2024**

1:25-cv-00400-AHA
1:25-cv-00402-AHA

**Filed On:** August 15, 2025

Global Health Council, et al.,

       Appellees

     v.

Donald J. Trump, in his official capacity as President of the United States of America, et al.,

       Appellants

------------------------------

Consolidated with 25-5098

## O R D E R

     Upon consideration of the emergency motion for a stay pending rehearing en banc, it is

     **ORDERED** that appellants' response to the emergency motion for a stay be filed by 5:00 p.m. on Wednesday, August 20, 2025.

                                                   **FOR THE COURT:**
                                                   Clifton B. Cislak, Clerk

                                  BY:     /s/
                                                   Lynda M. Flippin
                                                   Deputy Clerk