[ORAL ARGUMENT HELD JULY 7, 2025]

Nos. 25-5097, 25-5098

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

GLOBAL HEALTH COUNCIL, et al.,
*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, et al.,
*Defendants-Appellants*.

AIDS VACCINE ADVOCACY COALITION, et al.,
*Plaintiffs-Appellees*,

v.

UNITED STATES DEPARTMENT OF STATE, et al.,
*Defendants-Appellants*.

*On Appeal from the United States District Court
for the District of Columbia*

**MOTION OF CONSTITUTIONAL ACCOUNTABILITY CENTER FOR INVITATION TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES' PETITION FOR REHEARING EN BANC**

Elizabeth B. Wydra
Brianne J. Gorod
Brian R. Frazelle
Miriam Becker-Cohen
CONSTITUTIONAL
   ACCOUNTABILITY CENTER
1730 Rhode Island Ave. NW, Suite 1200
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

Movant Constitutional Accountability Center (CAC) respectfully requests an invitation from this Court, under Circuit Rule 40(f), to submit a brief as *amicus curiae* in support of Plaintiffs-Appellees' petition for rehearing en banc. *See, e.g.*, *Campaign Legal Ctr. v. Fed. Election Comm'n*, No. 22-5339 (D.C. Cir. Mar. 11, 2024) (granting request for an invitation to file an *amicus* brief in support of a petition for rehearing en banc). Pursuant to D.C. Circuit Rule 29(b), undersigned counsel for *amicus curiae* represents that all Plaintiffs-Appellees consent to the filing of this brief. Defendants-Appellants take no position on the filing.

## I.    Interest of *Amicus Curiae*

CAC is a think tank and public interest law firm dedicated to fulfilling the progressive promise of the Constitution's text and history. CAC works to improve understanding of the Constitution and accordingly has an interest in this case. CAC has filed *amicus* briefs in this Court and other courts addressing Congress's plenary power of the purse, including its control over spending and the appropriations process. *See, e.g.*, Brief of Constitutional Accountability Center as *Amicus Curiae* in Support of Plaintiffs-Appellees, *Global Health Council v. Trump & AIDS Vaccine Advocacy Coalition v. Department of State*, Nos. 25-5097, 25-5098 (D.C. Cir. filed June 13, 2025); Brief of Constitutional Accountability Center as *Amicus Curiae* in Support of Plaintiffs-Appellees, *The Sustainability Institute v. Trump*, No. 25-1575 (4th Cir. filed July 11, 2025); Brief of Constitutional

1

Accountability Center as *Amicus Curiae* in Support of Plaintiffs-Appellees, *New York v. Trump*, No. 25-1236, 25-1413 (1st Cir. filed July 25, 2025). Accordingly, CAC has developed expertise relevant to the issue of impoundment of federal funding and the viability of constitutional claims challenging unilateral executive impoundments.

## II. Usefulness of Briefing by Prospective *Amicus Curiae* in this Case

Movant believes its proposed brief would be useful to the Court for several reasons. First, it provides a unique historical perspective on Congress's plenary control over appropriations and spending. Second, it provides a detailed analysis of *Dalton v. Specter*, 511 U.S. 462 (1994), and why that case does not foreclose judicial review of the separation-of-powers claim in this case. Third, it zooms out from *Dalton v. Specter* to demonstrate how the Supreme Court has analyzed constitutional claims alongside statutory violations and makes clear how constitutional review in this case fits into the broader doctrinal backdrop.

## CONCLUSION

For the foregoing reasons, Movant Constitutional Accountability Center respectfully requests that the Court invite it to file the accompanying *amicus curiae* brief.

Respectfully submitted,

/s/ Brianne J. Gorod
Elizabeth B. Wydra

2

Brianne J. Gorod  
Brian R. Frazelle  
Miriam Becker-Cohen  
CONSTITUTIONAL ACCOUNTABILITY CENTER  
1730 Rhode Island Ave. NW, Suite 1200  
Washington, D.C. 20036  
(202) 296-6889  
brianne@theusconstitution.org  

*Counsel for Amicus Curiae*

Dated: August 18, 2025

# CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(w) because it contains 410 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Circuit Rule 32(e)(1):

I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Times New Roman font.

Executed this 18th day of August, 2025.

/s/ Brianne J. Gorod
Brianne J. Gorod

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on August 18, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 18th day of August, 2025.

/s/ Brianne J. Gorod  
Brianne J. Gorod

*Counsel for Amicus Curiae*