**No. 25-5097**  **September Term, 2024**
FILED ON: AUGUST 28, 2025

GLOBAL HEALTH COUNCIL, ET AL.,
  APPELLEES

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, ET AL.,
  APPELLANTS

Consolidated with 25-5098

Appeals from the United States District Court
for the District of Columbia
(No. 1:25-cv-00402)
(No. 1:25-cv-00400)

Before: HENDERSON, KATSAS and PAN, *Circuit Judges*

**A M E N D E D   J U D G M E N T**

These causes came to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the part of the District Court's preliminary injunction involving impoundment be vacated and the cases be remanded for further proceedings, in accordance with the amended opinion of the court filed herein this date.

**Per Curiam**

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

BY:    /s/

       Daniel J. Reidy
       Deputy Clerk

Date: August 28, 2025

Opinion for the court filed by Circuit Judge Henderson.
Dissenting opinion filed by Circuit Judge Pan.