**No. 25-5097** September Term, 2024

1:25-cv-00400-AHA
1:25-cv-00402-AHA

**Filed On:** August 28, 2025

Global Health Council, et al.,

    Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States of America, et al.,

    Appellants

------------------------------

Consolidated with 25-5098

    **BEFORE:** Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs*, Pan, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of the emergency motion for a stay of the panel opinion and judgment pending en banc review; the response in opposition thereto and cross-motion to stay the district court's preliminary injunction or issue the mandate expeditiously; the reply in support of the emergency motion and response to the cross-motion; and the letters filed August 22, 2025, August 25, 2025, and August 26, 2025; it is

    **ORDERED** that the motion and cross-motion be dismissed as moot in light of the order amending the opinion, the revised opinion, and the judgment issued this date.

**Per Curiam**

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

                     BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk

* Circuit Judge Childs did not participate in this matter.