# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5097**  **September Term, 2024**

1:25-cv-00402-AHA
1:25-cv-00400-AHA

Filed On: August 28, 2025 [2132528]

Global Health Council, et al.,

    Appellees

    v.

Donald J. Trump, in his official capacity as President of the United States of America, et al.,

    Appellants

------------------------------

Consolidated with 25-5098

# M A N D A T E

In accordance with the judgment of August 28, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY:  /s/
    Daniel J. Reidy
    Deputy Clerk

Link to the judgment filed August 28, 2025